# Expert Report I: U.S. v. TAREK MEHANNA

## Evan F. Kohlmann
### September 2011

My full name is Evan Francois Kohlmann. I am a private International Terrorism Consultant who specializes in tracking Al-Qaida and other contemporary terrorist movements. I hold a degree in International Politics from the Edmund A. Walsh School of Foreign Service (Georgetown University), and a Juris Doctor (professional law degree) from the University of Pennsylvania Law School. I am also the recipient of a certificate in Islamic studies from the Prince Alwaleed bin Talal Center for Muslim-Christian Understanding (CMCU) at Georgetown University. I currently work as an investigator with the NEFA Foundation and as an on-air analyst for NBC News in the United States. I also run an Internet website Globalterroralert.com that provides information to the general public relating to international terrorism. I am author of the book Al-Qaida's Jihad in Europe: the Afghan-Bosnian Network (Berg/Oxford International Press, London, 2004) which has been used as a teaching text in graduate-level terrorism courses offered at such educational institutions as Harvard University's Kennedy School of Government, Princeton University, and the Johns Hopkins School of Advanced International Studies (SAIS).

As part of my research beginning in approximately 1997, I have traveled overseas to interview known terrorist recruiters and organizers (such as Abu Hamza al-Masri) and to attend underground conferences and rallies; I have reviewed thousands of open source documents; and, I have amassed one of the largest digital collections of terrorist multimedia and propaganda in the world. The open source documents in my collection include sworn legal affidavits, original court exhibits, video and audio recordings, text communiqués, eyewitness testimonies, and archived Internet websites. I have testified on eleven occasions as an expert witness in jurisdictions beyond the United States—including the United Kingdom, Denmark, Australia, and Bosnia-Herzegovina. I have testified twice as an expert witness in U.S. civil cases, Gates v. Syrian Arab Republic and Amduso v. Sudan before the U.S. District Court for the District of Columbia. I have additionally testified as an approved expert witness in United States federal and military courts in seventeen criminal cases; including:

- United States v. Sabri Benkhala (Eastern District of Virginia, 2004)
- United States v. Ali Timimi (Eastern District of Virginia, 2005)
- United States v. Uzair Paracha (Southern District of New York, 2005)
- United States v. Ali Asad Chandia (Eastern District of Virginia, 2006)
- United States v. Yassin Aref (Northern District of New York, 2006.
- United States v. Sabri Benkhala (Eastern District of Virginia, 2007)
- United States v. Rafiq Sabir (Southern District of New York, 2007)
- United States v. Emaddedine Muntasser (District of Massachusetts, 2007)

1

- United States v. Hassan Abu Jihaad (District of Connecticut, 2008)
- United States v. Mohammed Amawi et al. (Northern District of Ohio, 2008)
- United States v. Salim Hamdan (Guantanamo Bay Military Commissions, 2008)
- United States v. Ali Hamza al-Bahlul (Guantanamo Bay Military Commissions, 2008)
- United States v. Mohamed Shnewer et al. (District of New Jersey, 2008)
- United States v. Oussama Kassir (Southern District of New York, 2009)
- United States v. Syed Haris Ahmed (Northern District of Georgia, 2009)
- United States v. Ehsanul Sadequee (Northern District of Georgia, 2009)
- United States v. Pete Seda et al. (District of Oregon, 2010)
- United States v. Betim Kaziu (Eastern District of New York, 2011)

In United States v. Uzair Paracha, Federal District Judge Sidney Stein held a Daubert hearing on my qualifications as an expert witness and issued a ruling concluding: "Evan Kohlmann has sufficient education, training, and knowledge to be qualified as an expert, and… Kohlmann's methodology—that is, his process of gathering sources, including a variety of original and secondary sources, cross-checking sources against each other, and subjecting his opinions and conclusions to peer review—is sufficiently reliable to meet the standards for admissibility of expert testimony set by the Federal Rules of Evidence."

Likewise, in United States v. Hassan Abu Jihaad, Federal District Judge Mark Kravitz held a Daubert hearing on my qualifications as an expert witness and issued a ruling concluding, "Mr. Kohlmann is certainly qualified to provide expert testimony… Mr. Kohlmann is qualified by means of his education, training, background, and experience to testify as an expert on terrorism… Mr. Kohlmann has conducted first-hand interviews of several leaders of terrorist organizations and has reviewed reams of information about al Qaeda… and the other subjects on which he will offer testimony. Indeed… it is apparent that these subjects are Mr. Kohlmann's life work, and he has, therefore, acquired a considerable amount of information and documentation on these subjects… Mr. Kohlmann's work receives a considerable amount of peer review from academic scholars and others, and by all accounts, Mr. Kohlmann's work is well regarded."

Similarly, during United States v. Syed Haris Ahmed, Federal District Judge William S. Duffey Jr. held a Daubert hearing on my qualifications as an expert witness, and noted in his published ruling, "Kohlmann has developed an understanding of terrorist organization structures, operations, and membership, allowing him to speak with authority about Al-Qaeda in Iraq, Lashkar-e-Taiba, and Jaish-e-Mohammed. His research and experience have provided him a base of understanding far greater, and far more sophisticated, than of the Court and of jurors... A person lacking Kohlmann's advanced knowledge of JeM and LeT essentially would not be able to recognize the information on Khan's hard drive as information that might link a person to JeM or LeT."

Most recently, on February 4, 2011, the U.S. 2nd Circuit Court of Appeals issued a formal ruling regarding the admissibility of my testimony during United States v. Rafiq Sabir (2007): "Kohlmann has, in fact, been qualified as an expert on al Qaeda and terrorism in a number of federal prosecutions... Kohlmann's proposed expert testimony had a considerable factual basis... We conclude that the district court acted well within

2

its discretion in concluding that Kohlmann's testimony satisfied the enumerated requirements of Rule 702… Such testimony was plainly relevant to mens rea."

In February 2010, the U.S. Attorney's Office for the District of Massachusetts provided me with an external digital storage unit with the volume label "93334aug2006." The unit contained a number of items, including copies of several CD-ROM discs preserved in ISO format and an FTK-preserved copy of the contents of a hard drive which appeared to originate from a Dell laptop computer. I was asked by the U.S. Attorney's Office to review the contents therein, and thereupon further requested to produce a comprehensive report based upon my skills, training, knowledge, and experience offering an expert assessment of the significance of those materials. Following a lengthy review of the evidence assembled by the U.S. Attorney's Office and the Federal Bureau of Investigation (FBI) in the present case, I have concluded that the defendant closely fits the classic profile of a contemporary violent extremist, and that there is a strong likelihood that he is a leading progenitor behind a genuine "homegrown" terrorist network.

## I.) THE TREND OF DECENTRALIZED TERRORISM / HOMEGROWN TERRORISM

For almost a decade between 1991 and 2001, Saudi exile Usama Bin Laden worked tirelessly to build the alliance of jihadi organizations that became known as Al-Qaida from its very foundations. Much of his efforts were often expended on consolidating leadership, training, and financial assets that had previously been divvied up amongst a variety of different sub-entities. According to founding Al-Qaida Shura Council member Mamdouh Mahmud Salim (a.k.a. Abu Hajer al-Iraqi), "Abu Abdullah [Bin Laden] had tendency to favor a policy of centralization… and felt obligated to assemble the Arabs in one location, train and prepare them to be a single mobilized fighting brigade."[1]

However, Bin Laden had apparently overestimated the importance of group centralization, neglecting the benefits afforded to him by Al-Qaida's loose, amalgamated infrastructure. Already by the late 1980s, those around Bin Laden warned him that their attempts to create strict administration and hierarchy within the mujahideen were ending in disaster. Mamdouh Salim—appointed by Bin Laden to assist him in the regimentation of the Arabs in Afghanistan—admitted in mujahideen memoirs, "we tried our best to correct the brothers, but I should admit that… I was mistaken about the task of management. I thought of people what I had read about them in books—if you were to say to someone, 'Fear Allah', then that's fine, he would fear Allah! …I believed that just like I could flip a switch to make a light turn on and off, I could also similarly handle people!"[2]

Bin Laden also failed to fully grasp how the relative "openness" of his movement and the perceived lack of hierarchy appealed to young jihadist recruits. In the world of Al-Qaida and the Arab-Afghan mujahideen, even the most junior of operatives could

---

[1] Muhammad, Basil. Al-Ansaru l'Arab fi Afghanistan. The Committee for Islamic Benevolence Publications; ©1991. Page 199.

[2] Muhammad, Basil. Al-Ansaru l'Arab fi Afghanistan. The Committee for Islamic Benevolence Publications; ©1991. Page 196.

3

potentially gain high status within the organization by either demonstrating useful skills, or else by volunteering to sacrifice themselves on behalf of the mission. In other words, Al-Qaida offered an equal opportunity at fame and recognition to nearly any sympathetic soul willing to risk death or imprisonment. When agents from the U.S. Federal Bureau of Investigation (FBI) apprehended a junior Al-Qaida operative who helped build the suicide truck bombs used to attack two U.S. embassies in East Africa in 1998, he boasted of his own role in the plot and explained that he "was attracted to Usama Bin Ladin and the group Al Qaeda because it did not matter what nationality you were" and because Al Qaeda members did not explicitly follow "orders from a chain of command" in the same way as more traditional terrorist organizations.[3]

Faced with a resounding defeat on the peaks of Tora Bora on the Afghan-Pakistani border, a group of high-ranking Al-Qaida commanders decided to re-think the jihadi military campaign against the West. In 2002 and 2003, this shift in strategy became noticeable following a series of dramatic kamikaze bombing attacks targeting Westerners in a host of countries, from Indonesia to Morocco. Al-Qaida's then-official website—the Al-Neda Center for Islamic Studies and Research—published a landmark book by an Al-Qaida leader in Saudi Arabia named Shaykh Yusuf al-Ayyiri acknowledging that these attacks marked a new phase in evolution for Al-Qaida. According to al-Ayyiri, "the Al-Qaida Organization has adopted a strategy in its war with the Americans based on expanding the battlefield and exhausting the enemy, who spread his interests over the globe, with successive and varied blows... Expanding the battlefield has invaluable benefits. The enemy, who needed to protect his country only, realized that he needed to protect his huge interests in every country. The more diversified and distant the areas in which operations take place, the more exhausting it becomes for the enemy, the more he needs to stretch his resources, and the more he becomes terrified."[4]

In the wake of 9/11, prominent jihad recruiters in Europe who had previously encouraged others to travel to mujahideen training camps in Afghanistan, Bosnia-Herzegovina, and Chechnya began shifting the direction of their message—and placing emphasis on the individual nature and responsibility of jihad. Even notorious camps in Pakistan run by second-tier jihadi terrorist groups like Lashkar-e-Taiba (LET) became increasingly inaccessible to outsiders due to the prospect of infiltration by hostile intelligence agents. At a conference in the United Kingdom in October 2002, hook-handed Egyptian cleric Abu Hamza al-Masri admonished his audience, "We need to resist, we need to fight, even alone. And you can't go now to learn in Afghanistan or Eritrea as before. Now, a war zone is a war zone. There is no need for camping, there is no facilities for camping... A lot of the skills you need for the frontline, you can learn from here... Where are you? What can you do in your area?"[5] The leader of the Al-Muhajiroun movement in the U.K. Shaykh Omar Bakri Mohammed echoed these same comments and added, "the Ummah [should] know it is obligatory upon them to engage

---

[3] Government Exhibit GX-6 (Interview of Mohammed Sadiq Odeh by FBI Agent John Anticev). U.S. v. Usama Bin Laden, et al. S(7) 98 Cr. 1023 (LBS). United States District Court, Southern District of New York.

[4] Al-Neda Center for Islamic Studies and Research. "The Operation of 11 Rabi al-Awwal: The East Riyadh Operation and Our War With the United States and its Agents." August 2003. Translated into English by the United States Foreign Broadcast Information Service (FBIS).

[5] Speech given at "Iraq Today Mecca Tomorrow." National Conference held in Leicester, United Kingdom; organized by Al-Muhajiroun, P.O. Box 349 London N9 7RR. October 27, 2002.

EX00045

in… preparation and to engage in the jihad. And each one must find their own way. There is no need yourself to contact somebody here or there. You find your own way! Sincerely, you will get it. You do not want to put someone else in trouble. You, look for yourself! …Seek it! You will get it!"[6] In a treatise on self-radicalization released in mid-2004, senior Al-Qaida commander Shaykh Atiyallah al-Liby (a.k.a. Atiyah Abd al-Rahman) argued that the advantage of such a strategy is that "collective organized work is not affected by the loss of individuals, because individuals are easily replaced with others. The organization exists not on any individual; rather it operates as number of distributed responsibilities where the loss of individuals is redundant. This is one of the secrets of the effectiveness of Al-Qaida and their success in group operations."[7]

Beyond written propaganda and explicit training manuals, influential Al-Qaida commanders have also used the Internet in other ways designed to incite sympathetic individuals to form "homegrown" terrorist networks—most notably, with sophisticated, Hollywood-worthy digital video recordings (which are often subtitled in English to specifically reach a Western audience). In a recent public report on homegrown radicalization, the New York Police Department warned of extremist organizations serving as "indoctrination accelerators" by "us[ing]… the English language as well as the internet [to] amplify[y] their message." According to the NYPD, the use of such tactics by a terrorist organization allows it to "successfully recruit, indoctrinate, and train aspiring extremists."[8]

Al-Qaida's senior leadership has repeatedly acknowledged the "very critical" significance of "jihadi media, whether central, official materials or even semi-official that provides support and backup."[9] During an official video recording released in September 2005, American Al-Qaida spokesman Adam Yehiye Gadahn explained the role of Al-Qaida's Internet multimedia in recruiting new followers:

> "Allah is our witness that the numerous audio and videotapes issued by Shaykh Usama Bin Laden, Dr. Ayman al-Zawahiri, and other leaders of the jihad have not been released merely to dispel rumors of their death—or, as the Americans once ridiculously claimed, to send coded messages to their followers. No, these communiqués have been released to explain and propound the nature and goals of the worldwide jihad against America and the crusaders, and to convey our legitimate demands to friend and foe alike, so that the former may join us on this honorable and blessed path."[10]

Even when confronted with rumors of digital infiltration by hostile law enforcement agencies, Al-Qaida has staunchly defended Internet discussion forums which serve to disseminate jihadi propaganda. In April 2006, Al-Qaida in the Arabian Peninsula

---

[6] Speech given at "Iraq Today Mecca Tomorrow." National Conference held in Leicester, United Kingdom; organized by Al-Muhajiroun, P.O. Box 349 London N9 7RR. October 27, 2002.
[7] Atiyatullah, Louis. "The Badr Al-Riyadh Tape: A Well Organized Al-Qaida's Media Strategy Revealed." The Global Islamic Media Centre (GIM). 2004. Page 2.
[8] New York Police Department (NYPD). "Radicalization in the West: The Homegrown Threat." Prepared by Mitchell D. Silber and Arvin Bhatt. NYPD Intelligence Division. Page 72.
[9] As-Sahab Media Foundation. "You are Held Responsible Only For Thyself."
http://www.shamikh1.info/vb/showthread.php?t=112742. June 2, 2011.
[10] As-Sahab Media Foundation. "A Message to the People of the West from the fighting brother Azzam the American on the Fourth Anniversary of the Battles of New York and Washington." http://www.as-sahaab.com. MPEG Video; 12 minutes in length. November 6, 2005.

EX00046

(AQAP) released a communique insisting that online web forums "have provided a superb service to the jihad and the mujahideen and everyone credits them for this."[11]

The weighty role of jihadi media in Al-Qaida's recruitment strategy has only accelerated over time. More recently, Adam Gadahn appeared in a new Al-Qaida video to further expound on the singular importance of Internet-based propaganda materials to the principle of self-radicalization:

> "The opportunity to carry out the divine obligation to fight the enemies of Allah is available to anyone who has the will and determination, regardless of where he might be. It's simply a matter of taking precautions and working in total secrecy and making use of all means possible to do damage to the enemy… And I advise every brother who wants to work for this religion not to undertake any action before taking advantage of the wide range of resources available today on the Internet, particularly the various manuals, encyclopedias and course which deal with the Mujahideen's operational and electronic security, and security in general."[12]

Encouraged by multi-lingual terrorist propaganda and online instructional material, a flurry of would-be homegrown extremists have emerged across Europe and North America in bids to form their own autonomous local militant networks loosely styled on the philosophy of Al-Qaida. The spectrum of responses to this material by such extremists has included both entrepreneurial efforts to travel to a foreign conflict zone with the intention of joining an overseas terrorist organization, as well as striving independently to carry out an actual terrorist attack within U.S. borders. These cases have helped to establish a general objective profile of a prototypical "homegrown" terrorist network. Based upon my skills, education, training, and past experience in analyzing precisely such cases, the principle relevant factors as to whether a person or persons might fit the profile of a "homegrown" terrorist network include (but are not limited to):

- The Formulation of Self-Selecting Schemes Aimed at Traveling Abroad to Join Foreign Terrorist Organizations, Attending Training Camps, and/or Achieving Imminent Acts of Physical Violence;
- Pre-Existing Connections to Known Extremist Groups and Convicted Terrorists;
- The Adoption of a Hardline Sectarian Religious Perspective, Often Identified With the "Salafi-Jihadi" or "Takfiri" School (Evidenced by the Possession And/Or Distribution of Extremist Ideological Materials);
- The Use of Coded Language and Attempts at Logistical Subterfuge (i.e. Attempts to Secret or Hide One's Activities); and,
- The Deliberative Collection and Redistribution of Large Quantities of Terrorist Propaganda.
- The Browsing of Internet Websites Run by or on Behalf of International Terrorist Organizations.

---

[11] Al-Qaida in the Arabian Peninsula. "Communique #22: Regarding the Saudi government's recent claim that it has arrested members of the Media Wing." http://www.w-n-n.net/showthread.php?t=9640. April 3, 2006.
[12] As-Sahab Media Foundation. "You are Held Responsible Only For Thyself." http://www.shamikh1.info/vb/showthread.php?t=112742. June 2, 2011.

EX00047

## II.) THE FORMULATION OF SELF-SELECTING SCHEMES AIMED AT TRAVELING ABROAD TO JOIN FOREIGN TERRORIST ORGANIZATIONS, AND/OR ACHIEVING IMMINENT ACTS OF PHYSICAL VIOLENCE

Though traditional terrorist organizations tended to be fairly hierarchical—meaning that any orders to carry out an attack would come from top leaders of the group—"homegrown" networks function in a much different and more complex fashion. Without the benefit of advice or guidance from above, "homegrown" violent extremists must devise their own schemes and plans. Among jihadi-style extremists, these self-selecting schemes revolve around particular goals: traveling abroad to actively locate and join a foreign terrorist organization, attending training camps run by such foreign terrorist organizations, and/or independently carrying out a random terrorist attack at home which is philosophically in line with the principles and methodology of a foreign terrorist organization.

The preserved laptop hard drive provided to me by the U.S. Attorney's Office for the District of Massachusetts contains innumerable references to paramilitary training, attending training camps, and joining terrorist organizations on combat frontlines. According to Instant Messenger logs stored on the hard drive, on March 27, 2006, user "Ahmad Rashad" wrote to "Sayf Maslool", "did u see the web site i sent u the other day... the one with a3daad [training]... koll 7aagaa [everything]. how to do, how to use wat is used for wat. kharaayat [maps], tadreebaat [exercises]... there was alot of info."[13]

On May 22, "Ahmad Rashad" again wrote to Sayf Maslool, informing him "got a new thunder meen [from] kashmeer... its tadreeb [exercises]... its about their mo3askar [camp]. real nice." Maslool replied, "ma sha' Allah... gimme the link."[14] The video referenced in this chat log was produced by a Pakistani paramilitary organization known as "Al-Badr Mujahideen", which has been named by the U.S. State Department as a "group of concern":

> "Groups of concern have not been designated as Foreign Terrorist Organizations under 8 USC Section 1189, although many have been designated under other U.S. Government counterterrorism authorities... The al-Badr Mujahedin split from Hizbul-Mujahedin (HM) in 1998... The group was relatively inactive until 2000. Since then, it has increasingly claimed responsibility for attacks against Indian military targets. Since the late 1990s, al-Badhr leader Bakht Zamin repeatedly has expressed his support for Usama bin Ladin and the Taliban, and in 2002 declared jihad against U.S. forces in Afghanistan."[15]

---

[13] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[14] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[15] "Chapter 8: Foreign Terrorist Organizations." Country Reports on Terrorism: 2005. U.S. Department of State; Office of the Coordinator for Counterterrorism. April 28, 2006. http://www.state.gov/s/ct/rls/crt/2005/65275.htm.

EX00048

The Al-Badr Mujahideen video shared by "Ahmad Rashad" consists of an in-depth look at a remote training camp in Pakistani-controlled Kashmir, including militants performing calisthenics exercises and practicing with weapons. Notably, though the Al-Badr Mujahideen faction was initially established for jihad against Hindu forces from India, the masked men in the video are actually firing weapons at targets marked with Christian crosses.[16]

However, the evidence in the preserved laptop hard drive suggesting plans to travel abroad for training and/or to join a foreign terrorist organization goes far beyond mere Internet videos or mass-produced instructional manuals. Online chat logs from the same preserved laptop hard drive contain discussions of attending paramilitary training camps in at least two Middle Eastern countries: Yemen and Egypt. On May 18, 2006, "Sayf Maslool" described a "better camp" in Yemen to user "Tauqir": "the one I was at. Abul-Hasan's camp... he was a student of Muqbil's... Abul-Hasan's camp is awesome... I didn't want to leave it, man... one of Abul-Hasan's bodyguards got shahadah [martyrdom] in Iraq."[17]    Maslool repeated, with emphasis, "one of Abul-Hasan's bodyguard cwent to fight in Iraq."[18] On February 6, 2006, Maslool discussed returning to the same location in Yemen with user "Ali Abu Bakr": "they all walk around the camp with camo jackets and AK-47s... It's more of a camp than it is a school... right after 9/11 the US dropped a missile on the school."[19] During the context of another Arabic-language chat on May 1, 2006, between "ibunul_khattab82" and "Ahmad as-Sarayri", Sarayri urged, "you know, shooting is very useful... did you learn?" Ibnul_khattab82 confirmed that indeed he had received such instruction and shared an image with Sarayri, explaining, "I was training in this photo... download the image, it's very beautiful."[20]

The camp patron referenced by "Sayf Maslool", Shaykh Muqbil bin Hadi al-Wadiee, is a well-known militant leader in Yemen. Shaykh Muqbil's followers and students, numbering nearly 100,000 over the past 20 years, have included Yemenis, Saudis, Americans, Canadians, Libyans, and Somalis.[21] The cleric first worked in Saudi Arabia for fifteen years before being deported by Saudi authorities in the early 1980s for alleged links to the band of extremists who seized the Grand Mosque in 1979.[22] According to the U.S. Department of Defense, Yemeni Guantanamo Bay detainee Shazi Fahed Abdullah Ahmad identified Shaykh Muqbil as being "responsible for the jihadist movement in the geographical region of Sa'dah, Yemen... Sheik Muqbil and a few other 'Brotherhood' movement supporters recognized UBL [Usama Bin Laden] as their leader."[23] The Pentagon has also alleged that another Yemeni detainee held as an enemy

---

[16] Islamic Media Center. "Maaskar Al Badr Training Camps in Kashmir."
http://www.archive.org/download/albadr-imc/albadr-imc.rm. Released: October 19, 2005.

[17] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.

[18] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.

[19] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

[20] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.

[21] MENA News Agency (Cairo) in Arabic. April 24, 1998; 1625GMT. See also: Wiktorowicz, Quintan. "The new global threat: transnational Salafis and Jihad." Middle East Policy. No. 4, Vol. 8; December 1, 2001.

[22] Wiktorowicz, Quintan. "The new global threat: transnational Salafis and Jihad." Middle East Policy. No. 4, Vol. 8; December 1, 2001.

[23] U.S. Department of Defense. Guantanamo Bay Administrative Review Board (ARB) Round One. "Summary of Administrative Review Board Proceedings for ISN 026." 2005.

EX00049

combatant in Guantanamo Bay was "recruited by Shaykh Muqbil as 'one of the martyrs who had been readied for the al Qaida's Southeast Asia hijacking plan of 11 September 2001.'"[24]

Aside from facilities run by Shaykh Muqbil's lieutenants in Yemen, there are also several logs of online discussions regarding makeshift paramilitary training camps in the region of Alexandria, Egypt. On May 24, 2006, user "Ahmad Rashad" contacted "Sayf Maslool" and informed him, "i was going over some of the battar mag." Rashad added, "i got some nice new today from the bro i met fee masr [in Egypt]… he took some of his good friends to alex wa 3amalohom mo3askar so3'yar [to Alexandria and they created a small training camp]. i been trying to hlep him out with as much info as i can… sent me a nice pic of himself. real great guys man. he is trying hard to work with the shabaab but most guys there are really scared."[25] On June 4, Rashad returned to the same subject and repeated that his associates had "3amaal mo3askar so3'yar [created a small training camp] for couple of the bros there. he sent me a pic from it." Rashad immediately proceeded to share an image, "6.jpg", with Sayf Maslool.[26] On May 7, Rashad asked Maslool, "how is masr [Egypt]?" Maslool responded, "I was talking to thunderbun friends"—evidently referring to supporters of extremist violence. Rashad began describing his own militant contacts: "another bro he is relly good bro. bayhaan al thunderfun awee wa howaa madaraab [he loves jihad very much and he's a trainer] ma3 nafsoo [by himself]… he is like, bahawal akalaam ashaby 3alla al jhd bass kolohom khayfeen [I try to speak to my friends about jihad but all of them are afraid]."[27]

When user "Ali Abu Bakr" suggested to "Sayf Maslool" on March 22, 2006, "yo lets go donate blood over the summer", Maslool replied, "insha Allah… Rabbina yi sahhil [May Allah facilitate this] 'ashan ummak ti2tillnee [so your mom can kill me]… it's not that easy to keep them out of the picture… 3ashan kidda [That's why] ana ba 7aawil [I'm trying] atlub al 3ilm [to seek knowledge] bara amrika [outside America] u know what i'm saying, 3ashan yib2a ashal [so it can be easier]."[28] In a document appearing to discuss a marriage proposal that is featured under the "My Documents" folder for Windows user "Tariq", the female Egyptian-American college student in New York insisted:

> "I want to stay in the US for as little time as possible, for the obvious reasons… I want to live in a place where I can inshaAllah raise mujaahid children, preferably near ardul jihad [the land of jihad]… I have been proposed to by several brothers on the manhaj who have been disappointing in that, despite their professed love for jihad, they give more priority

http://www.dod.gov/pubs/foi/detainees/csrt_arb/ARB_Transcript_Set_5_20000-20254.pdf. Page 14 (20013).

[24] U.S. Department of Defense. Guantanamo Bay Administrative Review Board (ARB) Round One. "Summary of Administrative Review Board Proceedings for ISN 026." 2005. http://www.dod.gov/pubs/foi/detainees/csrt_arb/ARB_Transcript_Set_5_20000-20254.pdf. Pages 24-25 (20023-20024).

[25] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[26] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[27] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[28] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

EX00050

to, say, raising children that grow up to be ulemaa [clerics], and jihad is something they desire to go forth for at the age of 45, 50. There are also many brothers who aren't doing anything at all in terms of physical or logistical preparation... I will not marry someone who has not endeavored for a practical implementation of his professed love for this major obligatory duty."[29]

The same "My Documents" folder contains an apparent letter sent in reply by "Tariq":

"My real name is Tariq, first of all. I am 23 years old, and was born here in the US (in Pittsburgh, PA). In addition to my studies, I am employed as a pharmacy intern at a local hospital and also work side hours here and there at local retail pharmacies (CVS, etc.). I have one brother who is two years younger than I. We live with our parents in a suburb of Massachusetts... I am counting the days until I can step on a plane out of this country for good. Your conditions are exactly the conditions that I put forth for any woman I would want in my life, and they were engraved in my heart years before I even heard of you. In fact, just so you are aware of how serious I am in regards to the third condition that you mentioned - without getting into much detail - know that a short while back, I went for an interview and was rejected by that company and sent back because I had no references to vouch for me, as they don't just hire anyone of the street... As I mentioned previously, as soon as the chance is in front of me, I'm outta here, in sha' Allah... I plan to make my way to that place as soon as it is made possible by Allah to do so."[30]

Internet conversations involving "Sayf Maslool" suggest that the owner of the laptop hard drive was well aware that such activities could carry with them major consequences. On June 20, 2006, user "Ali Abu Bakr" congratulated Maslool, "i just wanted to say jazakum allahu khairun for the amazing khutbah on Friday. i had to rush afterwards i couldnt talk... but may allah reward u." Maslool replied, "it was nothing although it seems there was some commotion about it afterwards at ur sis's wedding... I was in NY Friday night and I got phone calls saying that a bunch of people from the masjid ganged up on my father at the wedding and told them about 'what I did', just totally exaggurating everything... did ur father say anything?" User "Ali Abu Bakr" admitted, "he was like 'it was extremely dangerous'... and he keeps saying that we will never understand the consequences of our actions until we're in jail."[31]

## III.)  PRE-EXISTING     CONNECTIONS     TO     KNOWN EXTREMIST GROUPS AND CONVICTED TERRORISTS

In order to achieve their ambitious goals, members of homegrown militant networks often attempt to network with other extremists in their general locale. The purpose of this social networking is primarily to share ideas and pool their relatively meager resources. Given that such militants are typically in the distinct minority amongst the general population, there are immense benefits to such networking, even if minor ideological or personal differences persist. In the present case, there are at least two

---

[29] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents \My Work\answers-1.doc.
[30] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents \My Work\Answers.doc.
[31] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

EX00051

highly significant examples of this phenomenon—involving a New York-based faction known as "The Islamic Thinkers Society" and an individual who has since pled guilty to providing material support to a designated foreign terrorist organization, former Houston, Texas resident Daniel Maldonado (a.k.a. Daniel al-Jughaifi).

- **The Islamic Thinkers Society**

The Islamic Thinkers Society (ITS) is an associated splinter faction of Shaykh Omar Bakri Mohammed's radical Al-Muhajiroun movement in the United Kingdom. ITS itself is based in the New York metropolitan area (and is known to be particularly active in Queens and Manhattan). According to an official report recently released by the Intelligence Division of the New York Police Department (NYPD):

> "The Islamic Thinkers Society (ITS) is an organization primarily composed of 2nd and 3rd generation college-age Americans of South Asian and Middle Eastern descent and espouses the same extremist worldview as al-Muhajiroun. Their ideology is underpinned by a politicized Salafi outlook that describes the United States as a nation of kuffars, or unbelievers. They do not respect U.S. 'manmade laws' but rather seek to implement sharia and restore the Caliphate. Islamic Thinkers Society claims that the worldwide Muslim community is under attack by a hostile West. It alleges that the West's strategy to undermine Islam combines social, cultural, political, economic, and military aspects. In an effort to support its arguments, ITS posts regular statements on its website about the wars in Iraq and Afghanistan, the Palestinian-Israeli conflict, Kashmir, and other global issues typically important to Muslims worldwide. In this regard, the group's call to jihad represents a justified resistance in defense of the worldwide Muslim community… The group has a Wahhabi orientation and is quick to impart 'takfir' upon [excommunicate] other Muslims who they consider apostates."[32]

The website of the Islamic Thinkers Society (ITS) insists that it advocates "intellectual" and "political" struggle: "Our da'wah [missionary] activities takes place mainly in the streets of Times Square and Jackson Heights, NYC where we give out leaflets and hold posters/banners covering all types of issues relating from spiritual, social, economical, to political issues."[33]

Yet, despite this apparent disclaimer, the ITS has repeatedly engaged in activities that are explicitly designed (and are quite likely) to incite violence. On April 17, 2006, a Palestinian Islamic Jihad (PIJ) suicide bomber killed nine Israelis in an attack on a restaurant in Tel Aviv. Three days later, I personally attended and video-recorded a protest rally organized by the Islamic Thinkers Society outside the Israeli consulate in mid-town Manhattan seeking to openly voice their support for Palestinian suicide bombing attacks, and chanting, "Zionists, Zionists You will pay! The Wrath of Allah is on its way! …The mushroom cloud is on its way! The real Holocaust is on its way!" When the leader of the group noticed that he was being recorded on video camera, he deliberately turned towards the camera and defiantly shouted, "We know many

---

[32] New York Police Department (NYPD). "Radicalization in the West: The Homegrown Threat." Prepared by Mitchell D. Silber and Arvin Bhatt. NYPD Intelligence Division. Page 72.
[33] http://www.islamicthinkers.com/index/index.php?option=com_content&task=view&id=5&Itemid=57. August 19, 2004.

11

government services are watching us—such as the FBI, CIA, Mossad, Homeland Security… We know we are getting on their nerves—and so are you. So we say the hell with you! May the FBI burn in Hell! CIA burn in Hell! Mossad burn in Hell! Homeland Security burn in hell!"[34] Videos of similar protest rallies in the New York metropolitan area can be downloaded from IslamicThinkers.com—along with speeches by Al-Qaida military commanders and even terrorist propaganda videos.

Subsequently, in its 2007 report on "Radicalization in the West: The Homegrown Threat", the New York Police Department specifically cited the so-called "Islamic Thinkers Society" for serving as—what it termed—an "indoctrination accelerant" for homegrown terrorism due to its dual role as both an "incubator" and "proliferator" of radicalization: "Their use of the English language as well as the internet amplifies their message and specifically resonates with 2nd and 3rd generation Muslims in the West, many of whom speak or read little, if any Arabic. Thus, even in the virtual world, this organization successfully recruits, indoctrinates, and trains aspiring extremists."[35] ITS also continues to retain close operational contacts with Ahlus Sunnah Wal Jamaah (ASWJ) and other Internet-savvy Al-Muhajiroun factions active in the United Kingdom.

On February 25, 2006, user "Taimur" sent an online message to "Sayf Maslool", asking, "uv checked out the Islamic thinkers society bros right?" Maslool responded, "I am friends w/ Mu'awiyah… Ahmad az-Zarini. He's like, Greek/Afghani/… good bros masha Allah. demonstrate a lot."[36] On March 17, user "Taimur" again began discussing the Islamic Thinkers Society with Sayf Maslool: "we were talking to the brother from ITS on the phone. he said boston bros r coming down to the hamza yusuf event tomm… the bengali bro… shareef i think." Maslool corrected him, "I was told today that the bros will not be coming down… the brother who is driving cancelled." When "Taimur" explained that he had learned ITS members intended to distribute a letter condemning a moderate Muslim leader, Maslool replied, "I'm surprised they're not gonna like, break his legs."[37]

- **Daniel Maldonado**

Former Houston, Texas resident Daniel Maldonado (a.k.a. Daniel al-Jughaifi) is a Muslim convert and a former administrator on both the radical "Clearguidance.com" and "Islamic Network" forums.[38] In November 2005, Maldonado left the United States and established a new residence in Egypt under the pretense of studying the Arabic language and the religion of Islam. Maldonado eventually traveled on with his family to the conflict-wracked Mogadishu, Somalia "in search of a country where he could practice

---

[34] NEFA Foundation. "Video of Protest by Islamic Militants Outside the Israeli Embassy in New York: April 17, 2006." http://www.nefafoundation.org/index.cfm?pageID=33.
[35] New York Police Department (NYPD). "Radicalization in the West: The Homegrown Threat." Prepared by Mitchell D. Silber and Arvin Bhatt. NYPD Intelligence Division. Page 72.
[36] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[37] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[38] For more on Clearguidance.com and the Islamic Network, see part 7 of this report: "The Browsing of Internet Websites Run by or on Behalf of International Terrorist Organizations."

EX00053

true Islam" and "because he believed that he [would be] fighting for a legitimate Islamic government."[39]

Following his eventual capture by Kenyan army soldiers in early 2007, Maldonado was interviewed by agents of the U.S. Federal Bureau of Investigation (FBI) and—after being advised of his Miranda rights—still agreed to describe his experiences in Somalia.[40] According to an FBI affidavit filed in a criminal case against him, Maldonado was met by a handler at the airport in Mogadishu, who took him to a house and gave him an ammunition belt and an AK-47 assault rifle. Subsequently, Maldonado was provided with combat instruction:

> "MALDONADO admitted participating in military training in Mogadishu. He described a program that included weapons, explosives, and physical fitness training. He was told that after he completed major physical training, and firearms training, he would be able to go to the 'front line' to fight, a desire which he had previously expressed. MALDONADO stated that while in Mogadishu, he went to a house where young mujahadin fighters were provided with military camouflage uniforms, combat boots, ammunition, weapons and rocket propelled grenade launchers. MALDONADO stated that since he already had an AK-47 assault rifle, he only accepted a military uniform and combat boots. After receiving their equipment, MALDONADO and the other mujahadin fighters were transported by land to Kismaayo... During the travel to Kismaayo, and while stopped at a training camp in Jilib, Somalia, each fighter was asked to provide his name and that of an emergency contact person... MALDONADO advised that while he was in Kismaayo, mujahadin fighters continued to engage in physical and firearms training. MALDONADO stated that, while in Kismaayo, he did not shoot any firearms but did participate in physical training, which included running and swimming... MALDONADO admitted that while training at camps in Kismaayo and Jilib, he consorted with an individual who assembled, produced and tested IEDs. He watched and learned as this individual, (hereinafter 'bomb maker'), manufactured small explosive devices. The 'bomb maker' detonated explosives on the side of a wall to ensure that the various explosive mixtures detonated as designed... In Kismaayo, MALDONADO watched the 'bomb maker' prepare explosive mixtures at a house where young mujahadin gathered. The 'bomb maker' created a mixture of TNT which he put into plastic tubes. The 'bomb maker' also cut the tips off matches, grinding them into a powder on an orange plate, which he explained to MALDONADO was going to be used as initiators for other explosive devices. The 'bomb maker' also had one bottle of 'nitro' and another bottle which he said contained nitrates. The 'bomb maker' always carried the brown bottles and a torn pink explosives manual. He told MALDONADO he would never be able to get through an airport because of the explosives he had handled. MALDONADO opined that the 'bomb maker' was not the young mujahadin's designated explosives instructor. The designated explosives instructor was another man who had two missing fingers on his left hand who would often talk about Usama bin Laden... MALDONADO stated that while residing with the young mujahadin in Mogadishu, he became aware that al Qaeda members were residing and training in the same compound. A Yemeni who

---

[39] Affidavit from FBI Special Agent Jeremiah A. George. Filed as part of Superseding Criminal Complaint in United States v. Daniel Maldonado. United States District Court for the Southern District of Texas. Case #: H-07-125M. February 13, 2007.

[40] Affidavit from FBI Special Agent Jeremiah A. George. Filed as part of Superseding Criminal Complaint in United States v. Daniel Maldonado. United States District Court for the Southern District of Texas. Case #: H-07-125M. February 13, 2007.

EX00054

personally knew bin Laden, and MALDONADO, participated in nightly gatherings during which stories of bin Laden were told by the Yemeni. MALDONADO identified certain members at the camp as being al Qaeda, although he did not know for sure who all of the al Qaeda members were. MALDONADO opined that al Qaeda fighters were given much more respect than members of the ICU. During discussions with the young mujahadin, they spoke about conquering Somalia, Ethiopia, and Egypt and making them Islamic states. MALDONADO learned about a major al Qaeda operative fighting in the southern part of Somalia whom he did not meet.[41]

In April 2007, Maldonado pled guilty to charges of participating in an Al-Qaida training camp in Somalia in exchange for an agreement that prosecutors would not file any further charges against him. He was sentenced to ten years in federal prison.[42] Maldonado is also a known former associate of Omar Hammami (a.k.a. Abu Mansoor al-Amriki), a U.S. national who has assumed a senior leadership position with the Shabaab al-Mujahideen terrorist organization in Somalia.

The Windows desktop for registered user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office contains a JPEG image file, "Sabaya.card.jpg" which appears to be an electronic copy of Daniel Maldonado's business card during his time living in Egypt.[43] On March 7, 2006, user "Taimur" contacted "Sayf Maslool" via online chat and asked, "what happened to that brother who was with us during LOG, br. daanial or something like that?" Maslool responded, "Dan? he moved to Egypt… [He is] teaching English. as for what he is doing at this exact moment? Allahu A'lam [God knows]."[44] Two months later, on May 10, a user with the handle "Dan" (a.k.a. "dmsalafi") contacted Sayf Maslool over the Internet and asked, "when are you planning to come here? aint there like a 'help the muhajireen [immigrants] fund' over there? like 'baytul Ansar'?" Maslool laughed and replied, "the Lion's Den… August, dude, in sha' Allah. any more trouble from the mukhbrt [secret police]?" "Dan" wrote back, "no wal humdulillah [thanks to God] but I will. I am sure of it." Sayf Maslool responded, "heh. so will I....."[45] On June 30, Sayf Maslool engaged user "Dan" in a discussion about the previously-cited rape of an Iraqi girl and the murder of her family by soldiers from the U.S. 101st Airborne Division. "Dan" expressed his outrage at the incident: "I can't believe what I just read. those basterds… may Allah burn them." Maslool added, "whats more is that they burned her body after they raped/killed her… u can kil, bomb, torture, etc. but the minute u cross into the realm of raping a Muslim woman…" After Maslool trailed off, the user "Dan" completed the thought: "it is on like pop corn."[46]

---

[41] Affidavit from FBI Special Agent Jeremiah A. George. Filed as part of Superseding Criminal Complaint in United States v. Daniel Maldonado. United States District Court for the Southern District of Texas. Case #: H-07-125M. February 13, 2007.

[42] George, Cindy. "Ex-Houstonian linked to al-Qaida pleads guilty." Houston Chronicle. April 19, 2007. http://www.chron.com/disp/story.mpl/chronicle/473105S.html.

[43] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Desktop\Sabaya.card.jpg.

[44] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.

[45] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\dmsalafi.log.

[46] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\dmsalafi.log.

EX00055

## IV.)  THE  ADOPTION  OF  A  HARDLINE  SECTARIAN RELIGIOUS PERSPECTIVE

Computer evidence seized by the FBI makes it fairly clear that the defendant in the present case has adopted a hardline sectarian ideology which has put him at odds with other members of his own local community—and, tellingly, even among others who consider themselves conservative Salafi Muslims.  The author or inspiration for much of this material was the original founder of Al-Qaida's operational network in Saudi Arabia, and the mastermind behind the May 2003 suicide bombings in Riyadh: Shaykh Yousef al-Ayyiri (a.k.a. "Al-Battar").  Al-Ayyiri was a Saudi national who left his home at age 18 to join the jihad in Afghanistan, eventually rising to become the commander of a mujahideen training camp.[47]  Before long, senior figures in Al-Qaida began to respect al-Ayyiri as a "seasoned military man… a genius and theorizer who served jihad… He is an inspired genius and a miracle of the age.  Had he been in another nation, they would not have made him walk on the ground.  They would have carried him on their heads."[48]  According to another digital magazine later distributed by Al-Qaida in Saudi Arabia, when al-Ayyiri learned of the September 11, 2001 suicide hijackings in New York and Washington D.C., he "was so joyous he nearly floated on air."[49]  Addressing those who had criticized Al-Qaida for killing innocent Arab civilians during the 2003 attacks in Riyadh, al-Ayyiri scoffed, "Whoever asks why in [Saudi Arabia] should ask himself—if he was honest—why in Chechnya, why in Kabul, why in Jerusalem, why in Bali, and why in Mombassa.  These countries are ruled by agent Karzai-type rulers and occupied by Americans or Jews who are considered infidels and untrustworthy in Allah's book."  Moreover, according to al-Ayyiri, "this war is based on a strategy to widen the battlefield.  The entire world has become a battlefield in practice and not in theory."[50]

Al-Ayyiri's strategy for developing a global "homegrown" terrorist movement has had an astonishing impact, and his influence is readily apparent—including in the evidence gathered in the present investigation.  The "My Received Files" folder for Windows user "Tariq" on the preserved hard drive provided to me by the U.S. Attorney's Office includes a compressed RAR file, which contains a stored text file, Majmo3.chm, titled "An Encyclopedia of Shaykh al-Battar's Publications."  As suggested, the file is a complete library of the most popular books and essays authored by Shaykh Yousef al-Ayyiri—including "The Truth About the New Crusader War", "An Evaluation of the Taliban Movement", "The Islamic Permissibility of Self-Sacrificial Operations: Suicide or Martyrdom", "The Book on the Role of Women in Waging Jihad Against the Enemy", "The Moscow Theater Operation," and "Constants on the Path of Jihad."[51]

---

[47] As-Sahab Media Foundation.  "Martyrs of the Confrontations."
http://members.lycos.co.uk/allewa/Audio/m1.ram, m2.ram, and m3.ram.  Released: December 4, 2003.
[48] As-Sahab Media Foundation.  "Martyrs of the Confrontations."
http://members.lycos.co.uk/allewa/Audio/m1.ram, m2.ram, and m3.ram.  Released: December 4, 2003.
[49] Al-Qaida in the Arabian Peninsula (AQAP).  Sawt al-Jihad ("Voice of Jihad") Magazine #2.
http://www.cybcity.com/suondmag2/magallh-a.zip.  October 2003.
[50] Al-Neda Center for Islamic Studies and Research.  "The Operation of 11 Rabi al-Awwal: The East Riyadh Operation and Our War With the United States and its Agents."
http://www.faroq.org/news/news.php?id.  August 2003.
[51] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Received Files
العييري .

EX00056

The "Encyclopedia" of Yousef al-Ayyiri's publications appears to have been first downloaded during an online chat between user "Sayf Maslool" and an associate, "Ahmad Rashad." On May 6, 2006, Rashad offered Sayf Maslool, "bro i have a file with all of shiek al oyaary wrtings everything he ever wrote would u like me to send it to ya." Maslool responded, "yeah, I was looking for it... nice... he's a genius."[52] In fact, the founder of Al-Qaida's branch in Saudi Arabia was a regular topic of discussion between "Sayf Maslool" and a variety of web contacts, including Rashad, "Tauqir", "Ahmad Zamanian", and "Taimur." On April 15, 2006, Sayf Maslool told Rashad that he had previously "read a couple" of books by Yousef al-Ayyiri: "they were all on Maqdisi's site... [They were] excellent. the guy was a genius. he wrote a 200 page book about hidashar sebtembar [September 11] in 14 hours." Maslool identified at least two such documents that he found particularly meaningful: a book "about the Taliban", and "The Truth About the New Crusader War." Regarding the latter document, Maslool commented, "I downloaded it. I will give it to u tonight in sha' Allah. I printed it out and everythign[sic]."[53] In return on June 4, 2006, Ahmad Rashad advised Sayf Maslool, "hey man i found liek 6 lecture by al battar. want them[?] ...about 7arb al 3asabat [guerilla warfare] and all that." Maslool responded curtly, "got em."[54]

The chat conversations involving user "Sayf Maslool" are littered with examples of admiration and support for Yousef al-Ayyiri. During a discussion with "Taimur" on February 27, 2006, Maslool offered to share images of al-Ayyiri from his collection: "Shaykh Yusuf al-'Uyayri... on the right. the one on the left is a computer generated one... they made the other one... to show people what he would look like... if he tried to escape even though he never escaped... the Saudi forces killed him... 3 yrs ago... u know he used to be a bodyguard for UBL."[55] The next day, on February 28, 2006, Maslool enthused to "Ahmad Rashad" that al-Ayyiri was "excellent" and "my favorite": "Shaykh Yusuf used to be one of the 7uraas [guards] for al Shaykh al kabir [Bin Laden]... and he loved Shaykh Azzam so so so much.... yo man al wa7id [A person] 7aasis [feels]... anahu 3ayish ma3 nas malhumsh lazmah [One feels that he is living among the undesirable people] when compared to these people." Rashad commiserated, "i know man most of us are man. it hurts. Hurts. man u have no diea[sic]. i like think about it so much. man u know i have so many high dreams and hopes but i feel like im so small and i keep making zonoab my dreams are just so much biger[sic] then me." Reassuringly, Maslool wrote back, "dreams are there so that u can try to fulfill them... Akhi just keep doing what you're doing."[56] On April 1, 2006, Maslool explained to user "Tauqir", "Yusuf al-'Uyayri is his name - he had the whole Qur'an memorized as well as all six books of hadith in their entirety... while he was in jail in Saudi. took him like, 3

---

[52] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[53] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[54] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[55] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[56] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

16

or 4 yrs."[57]   Maslool even understood the meaning of al-Ayyiri's dubiously honorific title: "Shaykh Yusuf's nickname was al-Batter (the slicing sword)... Battaar."[58]

Among both Arabic and English-speaking Al-Qaida supporters, one of Yousef al-Ayyiri's books has been particularly popular and enduring: "Constants on the Path of Jihad" ("Thawabit ala Darb al-Jihad").  The book attracted so much attention that wanted Yemeni-American cleric Shaykh Anwar al-Awlaki dedicated an entire lecture series to explaining al-Ayyiri's underlying message in "Constants on the Path of Jihad" to an English-speaking audience.  Al-Awlaki initially grew to prominence during the late 1990s as a Salafist preacher and activist in the U.S.  Following the September 11, 2001 terrorist attacks on the United States, al-Awlaki initially came under suspicion due to his unusual contacts with at least two 9/11 hijackers—Nawaf al-Hazmi and Khalid al-Midhar—while they were living in the U.S.  Since his departure from the U.S. in 2003 for Yemen, Anwar al-Awlaki has grown increasingly militant in his philosophy.  This has included providing English-interpretations of documents originally published by Al-Qaida's regional wing in Saudi Arabia—and even appearing in exclusive media releases on behalf of "Al-Qaida in the Arabian Peninsula" (AQAP).[59]  In March 2010, al-Awlaki released an audio recording of himself, explaining, "I for one was born in the U.S., I lived in the U.S. for 21 years. America was my home... However, with the American invasion of Iraq and continued U.S. aggression against Muslims I could not reconcile between living in the U.S. and being a Muslim.  And I eventually came to the conclusion that Jihad against America is binding upon myself just as it is binding on every other able Muslim."[60]   Al-Awlaki is suspected of having assisted in the recruitment and/or radicalization of several recent terrorists of note, including Fort Hood mass shooter Maj. Nidal Malik Hassan and AQAP "Underwear bomber" Umar Abdulmutallab.

In his English-language audio series dedicated to expounding Yousef al-Ayyiri's philosophy embodied in "Constants on the Path of Jihad", al-Awlaki instructs listeners:

> "Jihad does not end with the disappearance of a person.  Jihad must continue regardless because it does not depend on any particular leader or individual... Jihad does not depend on any particular land.  It is global.  When the Muslim is in his land, he performs jihad... No borders or barriers stop it.  The message cannot be conveyed without jihad.  If a particular people or nation is classified as... 'the people of war' in the Shariah, that classification applies to them all over the earth.  Islam cannot be customized to suit the conditions where you are, for instance Europe."[61]

According to Anwar al-Awlaki, al-Ayyiri also instructed that "victory" cannot be limited to mere "military victories" alone, and should also include "sacrifice.  The Mujahid sacrificing 'his self' and his wealth is victory.  Victory of your idea, your religion.  If you

[57] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log
[58] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[59] See e.g.: Al-Malahem Media Foundation. "A Premiere and Exclusive Interview with the Islamic Preacher Sheikh Anwar Al-Awlaki." Al-Qaida in the Arabian Peninsula (AQAP).
http://www.alfaloja.ws/vb/showthread?t=117972. May 22, 2010.
[60] Al-Awlaki, Anwar. "Western Jihad is Here to Stay." http://www.ansar1.info/showthread?t=20412. March 19, 2010.
[61] Shaykh Anwar Al Awlaki. "Constants on the Path of Jihad" ("Thawaabit Ala' Darb Al-Jihad.") Audio recording transcribed at http://sabiluna.sitesled.com/Constants%20on%20The%20Path%20of%20Jihad.pdf.

EX00058

die for your religion, your death will spread the da`wa… Allah chooses Shuhada (martyrs) from amongst the believers. This is a victory." [62]

The sermon "Constants on the Path of Jihad" is the subject of numerous online conversations involving user "Sayf Maslool" and his Internet associates. Maslool underscored the significance of Anwar al-Awlaki's English translation by noting his links to 9/11 suicide hijackers: "Rabiah (Nawwaf) was one of the people who was friends w/ Anwar al-Awlaqi. Anwar helped him get an apartment when he first came to the US." [63] On March 19, 2006, Sayf Maslool vented to "Taimur":

> "dude I really stopped caring about the media and their attacks… RPGs speak louder than words.  they attack w/ their words, the Mujahidin respond in their own way… like remember in the Thawabit series, when Shaykh Anwar was talking about this issue, he was talking about how the Prophet was like, 'I have no control over this message I am just here to deliver it, and I have to deliver all of it'.  And whoever believes, then let him believe and whoever disbelieves, then let him disbelieve.  like, our purpose is not to convince anyone of anything it is simply to relay the message and Allah told us many times that in the end only a handful of people will accept." [64]

Maslool was not only an avid fan of "Constants on the Path of Jihad", but moreover, he actively attempted to distribute the document to sympathetic friends and associates.  On February 28, 2006, he sent a message to "Ahmad Rashad", "akhi have u heard the explanation of Thawabit 'ala Darb al-Peanut Butte by Shaykh Yusuf… I fund[sic] a working link… go down to Anwar al Awlaki." [65]  On March 5, 2006, Maslool instructed "Umar Khalil", "here are is the link to the Anwar al-'Awlaqi lectures you were listening to at my place… just scroll down to Anwar al-Awlaki and you'll see the 6 part series there.  It's called 'Thawabit.'" [66]  On April 25, 2006, "Ahmad Zamanian" requested, "akhee can u send me sh. anwar al-awlaki's modern day jihad series? not the mashari al-aswak… its the one where he says 't_____ are mujaahideen'… and 't_____ is pb&j.'" Maslool quickly responded, "yeah the Thawabit… it's Yusuf al-Uyayri's book. accept the file man… Thawabit 'ala darb al-J, yeah." [67]

"Sayf Maslool" and his associates proceeded to describe "Constants on the Path of Jihad" in glowing terms.  On April 1, 2006, "Tauqir" confided, "dude this lecture is amazing… thawabit… thawabit al dancing… when u hear the word dancer replace it withhhh…"  Maslool replied, "aha yes it certainly is… that whole series is amazing… u know the Shaykh who wrote the book that he is explaining, Yusuf al-'Uyayro, Uyayri… the Shaykh who wrote the book that he is explaining." [68] User "Taimur" was even more effusive in his praise: "i started to listen to Thawaabit by sh. Anwar.  finished the first part so far… subhanAllah! its great.  the first part pretty much refuted all the claims

[62] Shaykh Anwar Al Awlaki. "Constants on the Path of Jihad" ("Thawaabit Ala` Darb Al-Jihad.") Audio recording transcribed at http://sabiluna.sitesled.com/Constants%20on%20The%20Path%20of%20Jihad.pdf.
[63] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[64] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[65] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[66] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\poppino.log.
[67] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\TaalibWaMujaahid.log.
[68] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.

EX00059

against jihad." Sayf Maslool concurred, "yeah, it's very thorough."[69]  The next day, "Taimur" apologized for his unexpected absence: "sry... i was listening to thawabit... words cant describe it.  but awesome."  He cheered to Maslool, "thawabit is becoming really popular now... im on the 6 part which im sad..cuz its almost over :-(."  Maslool responded, "ehe, I said the same thing... insha Allah one day, me and u can join the Taifah al-Mansurah [The Victorious Party]."[70]  When "Taimur" mentioned the growing popularity of "Constants on the Path of Jihad," Maslool added, "some bros here are getting into it as well.  like on the way home from the walimah, I broguth[sic] a copy w/ me and we were listening to it, so... all the bros made copies."[71]

On April 9, 2006, "Taimur" again echoed, "u have no idea how many ppl r into thwabit now." Sayf Maslool duly encouraged his efforts: "good spread the Da'wah.  it's the only form it ------ we can do at this point."  In the same vein, "Taimur" then referenced "another speaker who gives a discussion on thwabit.  this bro posted on uponsunnah.  i have it.  its by abul muthanna."  Malool laughed: "hehe yes, good brothere... he isn't around anymore... on his way to being shahid, in sha Allah... he's a white American... from US... Georgia... blonde haired... blue eyed... studied like everywhere, Pakistan, etc... did some stuff in Kashmir."[72]  Log files created by the Mozilla Firefox web browser for Windows user "Tariq" indicate that the hard drive provided to me by the U.S. Attorney's Office once contained a file labeled "Thawaabit by abul muthanna."[73]

## V.)  THE ADOPTION OF A HARDLINE SECTARIAN RELIGIOUS PERSPECTIVE

Throughout the evidence in the present case provided to me by the U.S. Attorney's Office, there are strong indicators of logistical subterfuge and attempts at evading law enforcement and through the use of word substitutions and coded language. In a private message sent via an online extremist forum in September 2005, user "Abu Sabaayaa" (believed to be the defendant) urged an associate to "exercise relative safety when sending anything" over the Internet.[74]  Particularly suspect, in this regard, are a series of disturbing Arabic-language online chats involving "ibnul_khattab82" and user "Ahmad as-Sarayri."[75]  Though these discussions appear to be carefully coded in order to thwart any attempts at outside surveillance, their meaning is nonetheless clear enough to persuasively indicate a criminal intent.

On February 5, 2006, "ibnul_khattab82" wrote to as-Sarayri, "I wanted to ask you, did you find me a job or not." After a moment of confusion, as-Sarayri picked up on the coded reference and responded, "I understand you.  there is for you beyond your

[69] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[70] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[71] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[72] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[73] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\downloads.rdf [see reference to: "thawaabit by abul muthanna"].
[74] "MehnnatoSalehPM1.html."  Tp.evan.pdf – Page 16.
[75] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.

EX00060

imagination... in mixing effective drugs, the ones whose impact is joyous... and we're trying to work in these companies but you will better... things surely you studied when you come... you will be a specialist."[76]  Following up on the same subject, on February 13, "ibnul_khattab82" questioned as-Sarayri, "They have no thought about anyone from al-Rafidein [Iraq]?"  User "Ahmad as-Sarayri" explained, "they have, but they take people who are the best in certain fields. you will be from those people with expertise... inshallah because you are a specialist... easy mixtures [or formulas], you know most of them... very easy especially for you... if I wasn't afraid for you, I would've sent it to you... when you come, and everyone's here you will see."[77]

On July 27, 2006, user "Ahmad as-Sarayri" once again pleaded with "ibnul_khattab82":

> "There's a problem in having more investment. the company's in need in order for the job to be better and for the technical level not to decrease... first can you bring a video camera to record the weddings? ...second, whatever you can offer to raise the capital to reach a higher technical level... and we don't want the technical producer's level to be lower... we want to keep pace with advancements, you understand me... the dowry is expensive but he who gets engaged to the beautiful one, then he'll pay the rent, and I hope to bring in safe partners if possible... I know that you will be happy with that when you see the success of the company."[78]

It should be noted that the word "wedding" is frequently used by Al-Qaida activists as a coded reference for a "martyrdom operation" (or suicide bombing attack)—which, as demonstrated in this report, are often carefully recorded on video by various Al-Qaida factions for future propaganda purposes.  Likewise, "getting engaged to the beautiful ones" is a common phrase denoting an intended "martyr" being rewarded with 72 exquisite virgins in the afterlife.  During the conflict in Iraq, Abu Musab al-Zarqawi's local Al-Qaida faction notoriously encouraged those seeking to take part in such suicide missions to bring sufficient funds along with them in order to self-finance their own "martyrdom operations."  In response to the various requests sent from user "Ahmad as-Sarayri", ibnul_khattab82 wrote back, "the chemicals are a very important thing.  I love pharmacology."[79]

The online conversation took on an even more ominous tone the next day.  On July 28, 2006, ibnul_khattab82 announced to as-Sarayri, "Allah-willing, I'm leaving the country of freedom on Mondya[sic]... the country of development, the country of the twin towers... [the country that] the Shaykh went forth to punish."  He added, "I found the shoes.  42.5 size, right?  ...I tried it on.  it's wide."  User as-Sarayri suggested, "maybe we'll use it [sneakers] in the upcoming Olympics... I have to go, don't forget

---

[76] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[77] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[78] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[79] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.

EX00061

what I requested in regards to the company, it is very important."[80]   Given the clear, unambiguous context of the conversation, it is highly doubtful that there is a legitimate, non-criminal objective to the efforts of "ibnul_khattab82" and his associate "Ahmad as-Sarayri."

## VI.) THE DELIBERATIVE COLLECTION AND REDISTRIBUTION OF LARGE QUANTITIES OF TERRORIST PROPAGANDA

In the wake of 9/11 and the emergence of the Internet as a primary means of communication and media distribution, international terrorist organizations have increasingly turned to the Internet as their principle venue for releasing propaganda communiqués and video recordings.  The recordings themselves are assembled and traded over elite jihadi social networking forums as others might trade in music records or baseball cards.  Online videos have a particularly viral impact in helping to establish the reputation and agenda of a given group; if a picture is worth a thousand words, then a video is worth ten thousand.  This material is very likely to be useful to a person or persons attempting to join a terrorist organization or preparing an act of terrorism, insofar that:

- It communicates the general aims and ideology of Al-Qaida and affiliated groups to a wide, global audience.
- It further communicates specific instructions and guidance on the use of Al-Qaida's preferred military tactics such as assassinations, kidnappings, and suicide bombings.
- It fosters a sense of organization and purpose for isolated extremists living in Western countries who are drawn towards joining Al-Qaida.
- It encourages even those who have no direct connection to Al-Qaida to join its cause and execute military operations on its behalf around the world, including the use of suicide bombings.

Thus, the deliberative collection and re-distribution of large quantities of terrorist propaganda can be a likely indicator of potential "homegrown" terrorist activity. Virtually every single terrorism-related criminal case in which I have been hired as an expert consultant and/or witness has involved some sort of video-recorded terrorist propaganda.  Likewise, the videotapes and computer media seized from the defendants in the present case also contain a wealth of official video recordings produced by Al-Qaida in Afghanistan/Pakistan, Iraq, North Africa, the Arabian Peninsula, and Somalia.  The cached material is generally of relatively recent origin and thematically tracks the most extreme Al-Qaida affiliates that have specialized in fringe tactics such as beheadings, mutilations, and suicide bombings.  It is not simply a matter of one or two items easily located via general searches on the Internet, but rather an extensive and impressive reference library of terrorist-related audio and videos that—as the sources of this material

---

[80] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.

21

routinely concede in their own logged discussions—required many concentrated hours of browsing and downloading to assemble. The individual(s) responsible for amassing these collections were unusually diligent in their mission—significantly more so than one would expect from a mere curious websurfer with a "passing interest."

- **The As-Sahab Media Foundation**

    In approximately mid-2000, in recognition of the growing importance of audiovisual propaganda, Al-Qaida established its own corporate entity responsible for producing "official" multimedia releases from Usama Bin Laden and other prominent terrorist commanders hiding in Afghanistan: the As-Sahab Media Foundation. In recent testimony before a U.S. Department of Defense Combatant Status Review Tribunal, Al-Qaida organizational planner Khalid Sheikh Mohammed has admitted serving as the "Media Operations Director" at the As-Sahab Foundation.[81] In order to help with editing and translating the videos into English, Khalid Sheikh Mohammed employed other technically-skilled individuals, such as American Al-Qaida operative Adam Gadahn (a.k.a. Azzam al-Amriki). During an official video recording released in September 2005, Gadahn explained the role of As-Sahab's multimedia in recruiting new Al-Qaida members:

> "Allah is our witness that the numerous audio and videotapes issued by Shaykh Usama Bin Laden, Dr. Ayman al-Zawahiri, and other leaders of the jihad have not been released merely to dispel rumors of their death—or, as the Americans once ridiculously claimed, to send coded messages to their followers. No, these communiqués have been released to explain and propound the nature and goals of the worldwide jihad against America and the crusaders, and to convey our legitimate demands to friend and foe alike, so that the former may join us on this honorable and blessed path..."[82]

    Logged transcripts of online chat conversations involving a user "Sayf Maslool" (who I believe to be the defendant in the present case, Tarek Mehanna) and preserved on the Dell laptop hard drive provided to me by the U.S. Attorney's Office demonstrate a clear understanding of the origins and mission of the As-Sahab Media Foundation. On June 30, 2006, user "Sayf Maslool" repeatedly complained to an associate, "Ahmad Rashad", about the lengthy time and effort involved in downloading jihadi-style video recordings from the Internet: "if only we could get actual tapes mailed to us in the postal. [It would] save us this trouble."[83] Rashad replied jokingly, "maybe we could call their 1800 #. I heard u coould[sic] pay a fee for special delivery and a free month subscription to sahab channel for $10.99… man that would be great."[84] Similarly, when questioned

---

[81] U.S. Department of Defense. "Verbatim Transcript of Combatant Status Review Tribunal Hearing for ISN 10024." http://www.defenselink.mil/news/transcript_ISN10024.pdf. Page 17.
[82] As-Sahab Media Foundation. "A Message to the People of the West from the fighting brother Azzam the American on the Fourth Anniversary of the Battles of New York and Washington." http://www.as-sahaab.com. MPEG Video; 12 minutes in length. November 6, 2005.
[83] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[84] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

22

on March 19, 2006 about the background of leading As-Sahab spokesman Adam Gadahn (a.k.a. Azzam al-Amriki), user "Sayf Maslool" acknowledged, "well, I don't know him personally, but, I know OF him."[85]

On March 17, 2006, user "Sayf Maslool" engaged in another online discussion with "Ahmad Rashad" about the children of Al-Qaida leader Usama Bin Laden, noting that a young man featured in an audio recording about Afghanistan "is the Shaykh's son Hamzah... He [Bin Laden] has 23 kids... He sent some of them out of Afgh for protection."[86] Rashad responded, "yeah, he is the one in state of the ummah vid."[87] Here, the two men are referring to a rare appearance by Hamzah Bin Laden in "The State of the Ummah" (a.k.a. "The Destruction of the U.S.S. Cole"), the As-Sahab Foundation's landmark first video release from 2001. The video—subtitled entirely in English— opens by explaining its purpose: to reveal the "illnesses" of the Muslim nation and then "to describe the cure, whilst giving... encouragement to remain firm and be steadfast for the sake of the future generation." After bombarding viewers with relentless scenes of conflict and bloodshed in various Muslim countries, "State of the Ummah" presents what it advertises as "The Solution": actual military training courses held at Al-Qaida camps in Afghanistan, including Al-Farouq and Tarnak Farms. The video covers various aspects of this training in depth—including mujahideen calisthenics, urban warfare tactics, and even shoulder-fired Surface-to-Air missiles. As mujahideen practice mock assassinations of world leaders (including former U.S. President Bill Clinton), they are lectured by senior Al-Qaida military commanders in the underlying purpose of this training:

> "My beloved brothers—Allah has ordained upon us a great obligation... our goal is to humiliate the enemies of the Muslim Ummah, and to degrade the tyrant idols and the worshippers of the grandsons of apes and pigs... Dear brothers, you are raising the banners of brothers who gave their souls for the cause of Allah... My dear brothers, here, we are preparing ourselves to avenge them and retaliate for their blood that was spilled to please the apes and pigs—America and the Jews. Here, we are preparing to tell the world, 'we are coming.'"

Online chat participant "Sayf Maslool" and his associates on the web were also very familiar with the content of another high-profile Al-Qaida propaganda video produced by the As-Sahab Media Foundation: "The Will of Abdelaziz al-Omari" (a.k.a. "The Will of Abu al-Abbas al-Junoobi"), an Al-Qaida tribute to the 9/11 suicide hijackers distributed by As-Sahab on the first anniversary of 9/11 in September 2002. After a lengthy audio recording of Usama Bin Laden and other Al-Qaida leaders offering individual biographies of and tributes to the 9/11 hijackers, the "martyr" Abdelaziz al-Omari is shown speaking in front of images of the damaged Pentagon in Washington D.C.: "May Allah reward those who trained me on this path & have been instrumental in this great work. I mention in particular the Mujahid leader Shaykh Usama bin Muhammad bin Ladin – may Allah protect him from the plots of the plotters... May

---

[85] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\XIXTAHMEDXIX.LOG.
[86] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[87] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00064

Allah place this act with his good deeds and reward him well on our behalf."[88]  During the video, Adam Gadahn appeals to Al-Qaida supporters, "enough fun and games.  Arise and follow the footsteps of these heroes and destroy the remnants of this idol America. Arise and lead your Ummah out of this wilderness and give victory to this religion as these heroes did.  These heroes were not 19 armies from 19 countries but rather were 19 mujahideen who were true to Allah so He was true to them."[89]

On February 6, 2006, user "Sayf Maslool" urged an associate known as "Ali Abu Bakr" to "open the thing and see... remember when I asked what time it is.  the ones who did it are in that link w/ their li7yahs and turbans."[90]  At first, associate "Ali Abu Bakr" was confused, writing in transliterated Arabic, "ana mish fahim haga minak, enti bit ulee ina dah 9/11" ("I don't have any idea what you mean, you're saying to me that this is 9/11").  Then, upon opening the file, "Ali Abu Bakr" responded jubilantly, "dude the coolest looking one of them is the brother in the top right hand corner."[91]  User "Sayf Maslool" then began to recount precise biographical details from the As-Sahab video "The Will of Abdelaziz al-Omari" about one of the profiled hijackers, Saudi national Saeed al-Ghamdi:

> "He looks like you.  his name is Saeed al-Ghamidi... he was only 19... his laqab (nickname) was al-Mutaz billah.  see the brother wearing the brown thowb in the middle... with the long hair.  he was a student of Shaykh Uthaymin... he memorized the following: the entire Quran (in 2 months), all of Bukhari, Muslim, 40 Hadith of an-Nawawi, Bulugh al-Maram, all of them, with their complete isnads... Even the Shaykh [Bin Laden] referred to him as a Shaykh... and he was 25."[92]

In reverence of these achievements, "Ali Abu Bakr" enthused, "these men were amazing."[93]

On May 10, 2006, "Ali Abu Bakr" initiated a new online conversation over AOL Instant Messenger with user "Sayf Maslool" and returned to the topic of the September 11, 2001 terrorist attacks and As-Sahab's "Will of Abdelaziz al-Omari" video. "Ali Abu Bakr" confessed, "ive been watching so many clips of it man... its just so... i dont know how describe it.  its like someone we know dying, u know theyre dead bes[sic] u cant believe it.  i dont know man, those attacks were special."[94]  "Sayf Maslool" again began to narrate details about specific 9/11 hijackers, focusing on Lebanese national Ziyad Jarrah: "He had a sweet tooth, rahimahullah... Ahmad al-Haznawi was on that [plane] too.  he was the one who thanked ash-Shinqiti's son for the fatwa on such ops."[95]  "Wait, how do u know he was on that plane," asked "Ali Abu Bakr."  In response, "Sayf Maslool" explained, "remember the thing I gave u when I cam[e] to visit... dude, it's all about that.  The Shaykh names them one by one and mentions their qualities... It shows

---

[88] As-Sahab Media Foundation. "The Will of Abu al-Abbas al-Junoobi." Released: September 2002.
[89] As-Sahab Media Foundation. "The Will of Abu al-Abbas al-Junoobi." Released: September 2002.
[90] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[91] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[92] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[93] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[94] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[95] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

24

them in their respective groups... it's all on the disc, man."[96] Underscoring the link to As-Sahab, "Sayf Maslool" then shared a hyperlink with "Ali Abu Bakr" pointing to http://www.jihadunspun.com/jus-store/images/covers/19martyrs.jpg, a CD cover for the video "The Will of Abdelaziz al-Omari."[97]

A complete review of the preserved digital materials provided to me by the U.S. Attorney's Office for the District of Massachusetts has also revealed copies of at least two full-length video recordings produced by the As-Sahab Media Foundation: "Crushing the Cross" (August 2005)[98] and "Shaykh Usama Bin Laden: Lamenting the Martyr of the Nation and the Emir of the Martyrs Abu Musab al-Zarqawi" (June 2006).[99]

The video "Crushing the Cross" was first released by the As-Sahab Foundation in late August 2005 as part one of a two-part series on mujahideen combat operations in Afghanistan titled "Harb al-Mustadafeen" ("The War of the Oppressed"). Initial excerpts of the mostly Arabic-language Al-Qaida propaganda film were aired (as per usual policy) on the Al-Arabiya satellite network on August 10, 2005. The first section of the series "Harb-al-Mustadafeen—"Qahr al-Saleeb" ("Crushing the Cross")—was officially released on the Internet on August 30, 2005.[100] This inaugural episode contains speeches by a number of foreign operatives recruited by Al-Qaida and the Taliban in Afghanistan, including an unidentified French national known as "Salahuddin al-Rumi" urging other young Muslims in his native French language to join the cause:

> "What hit the U.S. – in Tanzania, Kenya, and on September 11, and in all subsequent operations – is revenge against America and Israel, the countries that are the most bitter enemies of Islam. America, together with Britain, killed one and a half million Iraqi children over the course of 10 years... We, the mujahideen, swear to the oppressed Muslims, the victims of unlimited and endless barbarism, that we will avenge their martyrs, and that we will slit the throats of the Americans and the Jews... The same goes for their allies, Allah willing. We call upon the victims of the tyrannical and despotic regimes manipulated by their leaders in the US, Europe, and Israel, and all their allies... to bear witness that they will be the ones who pay the debt for the blood shed by their rulers. Their innocence has led them to the slaughter and to the guillotine. Their wives will be widowed, and their children will be orphaned... We swear that the Jews and the Americans will never have security... An eye for an eye, and a life for a life."[101]

The Qahr al-Saleeb video also featured a similar message from an English-speaking Taliban fighter known as "Khaled al-Sheikh" (subsequently identified as Australian national Mathew Stewart).[102] During his address, Stewart boasts of having the

---

[96] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

[97] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

[98] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\Misc\Qahir as-Salib.

[99] \Session 1\Track 01\No Name\Recycled\Dc156.rar [Compressed RAR file containing "cheikh_abu1.mpg."].

[100] http://www.alhesbah.org/v/showthread.php?t=31057. August 30, 2005.

[101] As-Sahab Media Foundation. "War of the Oppressed: Crushing the Cross" ("Harb al-Mustadafeen: Qaher al-Saleeb"). Released: August 30, 2005. Timecode: 32:53 – 34:54.

[102] As-Sahab Media Foundation. "War of the Oppressed: Crushing the Cross" ("Harb al-Mustadafeen: Qaher al-Saleeb"). Released: August 30, 2005. Timecode: 27:20 – 29:24.

EX00066

honor of being "among the mujahideen, who seek the demise of all false idols." He goes on to sneeringly threaten the "people of the West":

> "Do not be fooled by the lies of Blair and Bush that you are free nations, for the only freedom that you have is the freedom to be slaves of your whims and desires... The Muslim world is not your backyard. The Muslim world is not Germany, Japan, or South America. The honorable sons and daughters of Islam will not sit down, watching you spread your evil and immorality and infidelity to our land. The honorable sons of Islam will not just let you kill our families in Palestine, Afghanistan, Kashmir, the Balkans, Indonesia, the Caucasus, and elsewhere. It is time for us to be equals -- as you kill us, you will be killed; as you bomb us, you will be bombed." [103]

On April 23, 2006, user "Ahmad Rashad" attempted to transfer a 15MB video, "QAHER.AL.SALEEB_15MB.rm", over AOL Instant Messenger to "Sayf Maslool." The latter quickly responded, "what is this video?" Rashad explained, "remember the vid we saw when u were fee masr [in Egypt]." "Sayf Maslool" thereupon accepted the file transfer and saved the video under his Windows "My Documents" folder.[104] The same file, a web-ready version of As-Sahab's "Crushing the Cross" video from August 2005, can be found under the "My Documents" folder in the preserved Dell laptop hard drive contents provided to me by the U.S. Attorney's Office.[105]

Following a U.S. airstrike in central Iraq that killed the founder of Al-Qaida's local franchise, Jordanian national Ahmed al-Khalayleh (a.k.a. Abu Musab al-Zarqawi), the As-Sahab Media Foundation released a new audio message from top commander Usama Bin Laden on June 29, 2006 offering a eulogy for Zarqawi and his achievements in Iraq ("Lamenting the Martyr of the Nation and the Emir of the Martyrs Abu Musab al-Zarqawi").[106] During his audio message, Bin Laden lauded Zarqawi's role in "attacking the Americans, the allies of the Jews... He killed their men and damaged their buildings, hemorrhaged their finances, displaced their gatherings, and humiliated their arrogance... He did all of that, by the grace of Allah, with personal, simple skills, and his supporters included neither an international alliance, nor a regional alliance, nor even an international organization... Yes, this is the knight of Islam." Addressing his enemies in the U.S., Bin Laden further threatened, "We will continue fighting you and your allies everywhere, in Iraq, Afghanistan, Somalia, and Sudan, until we hemorrhage your wealth, kill your men, and until you return defeated back to your countries as we defeated you once before in Somalia."[107]

On June 30, 2006, user "Sayf Maslool" complained to his associate "Ahmad Rashad" over AOL Instant Messenger about problems he was encountering while attempting to play a web video: "I dloaded it from the net but I can't open the zip file.

---

[103] As-Sahab Media Foundation. "War of the Oppressed: Crushing the Cross" ("Harb al-Mustadafeen: Qaher al-Saleeb"). Released: August 30, 2005. Timecode: 27:20 – 29:24
[104] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[105] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\Misc\Qahir as-Salib.
[106] http://www.alhesbah.org/v/showthread.php?t=71907. June 29, 2006.
[107] As-Sahab Media Foundation. "Shaykh Usama Bin Laden: Lamenting the Martyr of the Nation and the Emir of the Martyrs Abu Musab al-Zarqawi." Released: June 29, 2006.

26

can u just send me the actual file?"[108]  In response, Rashad attempted to transfer a file to "Sayf Maslool" over Instant Messenger named "cheikh_abu1.mpg."  Rashad added, "man I love this guy... man its beautiful... man sub7an allah, him and the Dr [al-Zawahiri] against the world"—to which "Sayf al-Maslool" responded, "yeah man"[109]  An examination of the preserved Dell laptop hard drive contents provided to me by the U.S. Attorney's Office shows a file bearing the identical same name—"cheikh_abu1.mpg"—contained in the Windows "Recycle Bin" folder.[110]  The file "cheikh_abu1.mpg" (as stored in the Recycle Bin) is a high-resolution MPEG copy of the June 2006 As-Sahab Foundation video, "Shaykh Usama Bin Laden: Lamenting the Martyr of the Nation and the Emir of the Martyrs Abu Musab al-Zarqawi."

    The U.S. Attorney's Office for the District of Massachusetts has provided me with additional evidence of communications involving the defendant on the subject of As-Sahab media that I was not able to physically locate on the Dell laptop hard drive.  For example, on October 10, 2005, "At-Tibyan" web forum user "Abu Sabaayaa" received a private message sent by "Aboo Mahmoud Al Muraabit": "the ikhwaan from the cloud people are asking us if we can translate this msg from the al doctor regarding curryland.  The vid http://www.ansaarnet.org/alsahaab/note.to.pakistan.mpg"[111]  This is an unambiguous reference to an Arabic-language video released by Al-Qaida's As-Sahab Media Foundation in October 2005 featuring then deputy commander Dr. Ayman al-Zawahiri offering advice to Pakistani Muslims.[112]  It should be noted that the link provided to the 232 megabyte MPEG video "note.to.pakistan.mpg" was one of the original, official download links distributed via Al-Qaida web forums.  In this case, the word "cloud" is a substitution cipher for "As-Sahab"; the words "al doctor" are a substitution cipher for "Dr. Ayman al-Zawahiri"; and, "curryland" is a substitution cipher referring to the nation of Pakistan.

    It should further be noted that several other video recordings appear in the preserved contents of the Dell laptop hard drive which were not officially released by the As-Sahab Media Foundation, but which nonetheless contain material produced by As-Sahab in order to spread Al-Qaida's message, recruit new followers, and intimidate its enemies.  Most notable in this regard is a video recording featuring Usama Bin Laden, Dr. Ayman al-Zawahiri, and Sulaiman Abu Ghaith which was originally aired in excerpt on the Al-Jazeerah satellite television network shortly after the September 11, 2001 terrorist attacks on the United States.  The preserved Dell laptop hard drive provided to me by the U.S. Attorney's Office in the present case contains at least two high-resolution copies of the aforementioned video featuring Bin Laden, al-Zawahiri, and Abu Ghaith—one under the Windows "My Documents" folder and another in the Windows Recycle

---

[108] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[109] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[110] \Session 1\Track 01\No Name\Recycled\Dc156.rar [Compressed RAR file containing "cheikh_abu1.mpg."].

[111] "AbooMahmoudAlMuraabitPM2.html." Tp.evan.pdf. Page 1.

[112] http://www.alhesbah.org/v/showthread?t=35542.  October 12, 2005.

27

Bin.[113]  Furthermore, the RealPlayer software logfiles for Windows user "Tariq" indicate that this same video was played at least twice shortly before the drive was preserved as evidence.[114]  The video is also discussed in logs of Arabic-language online chats that were stored on the same computer.  On February 13, 2006, a chat participant known as "ibnul_khattab82" began discussing with another online personality, "Ahmad as-Sarayri", about a "video recording of a message from Tora Bora... from the Shaykh... 3 months after the collapse of the two towers... It is considered a golden message, believe me... for everyone."[115]

- **Labayk Media Foundation**

Labayk Media Foundation is an elite jihadi media outfit which has produced classic video recordings of Arab mujahideen fighting alongside the Taliban on the Afghan-Pakistani border.  Labayk is also responsible for publishing several original interviews with high-ranking Taliban and Al-Qaida leaders.  In fact, many of those who have been interviewed or profiled in videos released by Labayk Media have also been featured in similar coverage by Al-Qaida's official media wing the As-Sahab Media Foundation—including Libyan nationals Abu al-Laith al-Liby and Abu Yahya al-Liby, and Saudi national Abu Nasser al-Qahtani.  Yet, whereas As-Sahab has focused primarily on producing Arabic-language jihad propaganda videos with footage taken from Al-Qaida operatives across the battlefield in Afghanistan, Labayk Media is specifically associated with a mixed group of Arab and indigenous local Islamic militants who are "Taliban-oriented" and based within the more narrow borders of Pakistan's restive Waziristan region.[116]  In April 2006, Labayk Media described the territory of Waziristan on its official website as "a significant location for contemporary jihad against the crusader invasion of the Muslim homelands in general."[117]

One of the individuals consistently featured in Labayk Media products is senior Al-Qaida "field commander" Abu al-Laith al-Liby.  Abu al-Laith was a longtime veteran of the Libyan Islamic Fighting Group (LIFG) who later played a role in Al-Qaida military activities in Afghanistan following the arrival of U.S. troops in the fall of 2001.  In July 2002, the website Jehad.net published a telephone interview with the Libyan-born commander, in which he eagerly hailed "the symbols of jihad, the likes of brother Shaykh Usama Bin Laden, Dr. Ayman Al-Zawahiri, and Shaykh Sulaiman Abu Ghaith—they are all in the best condition, thanks to Allah.  And the rest of the symbols of jihad, from the [camp] instructors to those who have a great historical record of waging jihad, they are all fine...  I tell the brothers that we would have never succeeded in these operations and

---

[113] \Session 1\Track 01\No Name\Recycled\Dc173.rar [Compressed RAR file containing "rm.high.rmvb"].
See also: \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My
Documents\Videos\اغناتسن\10.7.01.rmvb.
[114] \Session 1\Track 01\No Name\Documents and Settings\Tariq\Application
Data\Real\RealPlayer\History\Rm-high.lnk.
[115] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[116] http://www.alhesbah.net/v/showthread?t=190841.  September 7, 2008.
[117] http://labayk-media.net/t_01.html.  April 14, 2006.

EX00069

battles without the support of Muslims everywhere. Today's jihad is an international jihad."[118]

In August 2004, the Labayk Media Foundation recorded and subsequently distributed a new video-recording from Afghanistan featuring Abu al-Laith al-Liby offering a message to "his brothers the mujahideen heroes of Islam in Iraq."[119] During the video, Abu al-Laith was shown delivering a sermon in a rugged area along the Afghan-Pakistani border. Addressing "our brothers in Iraq", Abu al-Laith appealed:

> "Here we are faced with these tall mountains, but we see you fly higher and higher in the skies of Allah... We are proud, by Allah the One and Only, we love you more than we love ourselves... Heroes of Fallujah, you raised our heads high above these mountains. As for you, O' the stubborn ones who stood firm against the infidels, apostates, our enemies, and the crusaders; O' you who raised the banner... O' you, pupil of the eye...O' you, [Abu Musab al-] Zarqawi... Each time I heard one of your words, you give new lessons to me. I was never more proud of anything besides Islam and Jihad as much as I am proud of your devotion."[120]

A high resolution copy of the Labayk Media video of Abu al-Laith al-Liby offering his support for "the mujahideen heroes" in Iraq can be found in a subfolder labeled (in Arabic) "Afghanistan" on the preserved Dell laptop hard drive provided to me by the U.S. Attorney's Office.[121]

In the spring of 2005, the Labayk Media Foundation released a new video titled, "An Anti-Aircraft Operation Targeting an American Fighter Jet on the Borders of Khost (Shankai)." The video shows an unidentified militant launching a shoulder-fired surface-to-air missile at what appears to be a U.S. A-10 military aircraft. A copy of the Labayk Media video of the "Anti-Aircraft Operation" in Khost can be found in a subfolder labeled (in Arabic) "Afghanistan" on the preserved Dell laptop hard drive provided to me by the U.S. Attorney's Office.[122]

In July 2005, four high-ranking Al-Qaida members escaped from a high security U.S.-run detention facility at Bagram Airbase near Kabul, Afghanistan. Three months later, on October 19, 2005, one of the escaped prisoners—Saudi national Abu Nasser al-Qahtani (a.k.a. Mohammed Jaffar Al-Qahtani)—was featured in an exclusive video-recorded presentation produced by the Labayk Media Foundation. During the video, "the heroic" Abu Nasser reads a speech and poetry glorifying the September 11, 2001 terrorist attacks on the U.S. while shown brandishing a Soviet-made shoulder-fired surface-to-air missile launcher.[123] He explained to the camera, "the first poem, I came up with it on the occasion of the events of September 11, and the events that took place in the United

---

[118] http://66.197.224.72/jehad-media/monawa3at/mokalama-boleth.zip. July 2002.

[119] http://ia700202.us.archive.org/8/items/abolaith-msg. See also: http://www.archive.org/details/abolaith-msg. See also: http://ia600100.us.archive.org/0/items/abulaithmessagetoiraqimujahideen/

[120] Labayk Media Foundation. "Message from Shaykh Abu Laith al-Liby to the Iraqi Mujahideen." Released: August 2004.

[121] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\افغانستان\ أبو الليث.wmv.

[122] Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\افغانستان\ اسقاط طائرة أمريكية في افغانستان.rm.

[123] Labayk Media Foundation. "Mujahid Abu Nasser al-Qahtani: A Courageous Fugitive from Bagram Prison in Afghanistan." http://www.alhesbah.org/v/showthread.php?t=36301. Released: October 19, 2005.

EX00070

States of America, when our Shaykh, Shaykh Usama Bin Laden, and our brothers, attacked the beacon of the infidels in its heart."[124]  Abu Nasser continued by reading more poetry, including celebrating the August 1998 bombing of two U.S. embassies in East Africa, the October 2000 bombing of the U.S.S. Cole off the coast of Yemen, and armed clashes with U.S. soldiers during the "Battle of Shahikot" in Afghanistan's Paktika province:

> "By the grace of Allah, I was with my mujahideen brothers and participated in this battle [Shahikot], and we saw the truth of what had happened there... Allah lured these American soldiers to the locations of the mujahideen brothers; as a helicopter brought the soldiers to [attack] the base of the Afghani Commander Jawad—may Allah have mercy on him—as he was killed during these battles.  Our brother Jawad was able to kill this entire unit [of soldiers].  Then afterwards they raided a base for our Uzbek brothers, and our Uzbek brothers were able to kill them at that location."[125]

A high resolution copy of the Labayk Media video of Abu Nasser al-Qahtani shortly after his escape from Bagram Air Base can be found in a subfolder labeled (in Arabic) "Afghanistan" on the preserved Dell laptop hard drive provided to me by the U.S. Attorney's Office.[126]

Additionally, the same Dell laptop hard drive contains records of multiple online chat sessions in which participants discuss the Labayk Media video of Abu Nasser al-Qahtani in great detail.  These discussions appear to begin on April 23, 2006 during an interchange between user "Sayf Maslool" and user "Ahmad Rashad."  Rashad suddenly asked Maslool, "did u see the qohtany vid."  "Sayf Maslool" quickly replied, "not yet, hehe."[127]  Then, on May 9, 2006, in a separate online conversation with user "Ali Abu Bakr", "Sayf Maslool" commented, "dude, I saw the coolest blood donation clip today.  I want u to see it... go to 10:35.  or 10:30, actually... this brother, he's a Saudi.  he was in the American prison for the Mujahidin in Afghanistan but he managed to escape, and this vid is from his first battle after escaping... The one who was talking, yeah.  His name is Abu Nasir al-Qahtani."[128]  Again on the same day, May 9, "Sayf Maslool" initiated a chat with a third user, "Tauqir", urging him, "dude, check this out... open this link and go to the time slot 10:30 in the video... go to 10:30... this bro is from Saudi.  he was arrested by the Americans in jail.  then he escaped.  this is his first vid after escaping... did u see what he sadi[sic] about the pigs... go to 10:30 and see... that's a REAL Muslim... he means what he says... this bro, he was tortured by the Americans when they had him in jail.  now, he's out, and he's mad."[129]

---

[124] Labayk Media Foundation.  "Mujahid Abu Nasser al-Qahtani: A Courageous Fugitive from Bagram Prison in Afghanistan."  http://www.alhesbah.org/v/showthread.php?t=36301. Released: October 19, 2005.
[125] Labayk Media Foundation.  "Mujahid Abu Nasser al-Qahtani: A Courageous Fugitive from Bagram Prison in Afghanistan."  http://www.alhesbah.org/v/showthread.php?t=36301. Released: October 19, 2005.
[126] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\افغانستان\ ابو ناصر \القحطاني.avi.
[127] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[128] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[129] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\THZ786.LOG.

EX00071

A review of the Abu Nasser al-Qahtani video produced by Labayk Media at time code 10:35 (as specified by chat user "Sayf Maslool") reveals a specific excerpt of Abu Nasser discussing the events that took place during the battle of Shahikot:

> "On the first day, the American raids ended…because of what happened to their soldiers. The other day, which was Sunday, they carried out more operations. During the first one, they raided a base for the Arabs under the leadership of commander Abdul Wakil, and Abdul Wakil and his group were able to kill this entire unit. [The Americans]s also raided Al-Zukiyak Mountain, and this mountain was under the command of our Uzbek brothers and commander Taher Jan. With the support of his followers, they were able to destroy this unit and bring down a helicopter. Afterwards, there were no raids—just the first days, Saturday and Sunday—and then after that it continued for days and there were no raids. Not a single mujahid was killed by a bullet, except one brother named 'Sahaba al-Kuwaiti' and he was hit with a bullet in his chest [fired] from an American PK [gun], and he was wounded and didn't die. He was eventually killed on the third day due to the American raids on the mujahideen positions."[130]

Also in the subfolder labeled "Afghanistan" on the preserved Dell laptop hard drive is another Labayk Media video production, "Labbayk Ya Islam" ("Answering the Call of Islam"), featuring scenes of young Arab mujahideen fighters attending terrorist training camps and firing heavy weapons in the restive Pakistani border region of Waziristan.[131]

- **Al-Qaida in the Arabian Peninsula (AQAP)**

In May 2003, Al-Qaida terror cells launched a dramatic series of suicide bombing attacks on various targets inside the Saudi Arabian capital of Riyadh. The bombings heralded the emergence of a new, functioning Al-Qaida operational branch within the Arabian Peninsula. Even after local security forces managed to eradicate the lion's share of cells within the Saudi Kingdom itself, AQAP simply expanded across the border into lawless regions of Yemen, the ancestral home of Usama Bin Laden, where high-ranking Saudi and Yemeni Al-Qaida commanders succeeded in forging an enduring alliance. Al-Qaida's network in the Arabian Peninsula has proven to be highly innovative, and it was among the first of Bin Laden's regional "branches" or "affiliates" to adopt the Internet as a primary means to distribute communications and propaganda messages. Many electronic documents, magazines, audio, and video recordings produced by AQAP and distributed over the Internet have become classic works in the annals of the mujahideen and Al-Qaida.

In fact, the preserved laptop hard drive contains records of an assortment of original material produced by the media wing of Al-Qaida in the Arabian Peninsula. In December 2003, Al-Qaida's Committee in Saudi Arabia released a new video production on the Internet, titled "Martyrs of the Confrontations" ("Shuhadaa al-Muwagahat") in honor of Al-Qaida fighters killed or captured in clashes with Saudi Arabian security

---

[130] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\افغانستان\ ابو ناصر القحطاني.avi.

[131] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\افغانستان\ العرب في وزيرستان.MPG.

EX00072

forces.[132]   The video includes audio excerpts from speeches by Usama Bin Laden, wherein Bin Laden urges, "By Allah, the happy person is the one who is martyred today... Let each and every one of them step forward to kill these Jews and Americans, for killing them is one of the most urgent duties and one of the most pious acts... We incited the nation to expel this usurper and occupier enemy from the land of the two holy mosques. Some of the youths responded favorably to this... They enabled the nation to hold its head high and removed a large part of the disgrace that has enveloped us... We regard these youths as great heroes and mujahideen who walked in the footsteps of our messenger, may Allah's peace and blessings be upon him.  We initiated the instigation, and they responded favorably to this."

The video continues on and an unidentified commentator explains, "They were followed by convoys of martyrs and caravans of fedayeen who did not desist from waging jihad against the Crusaders and those who protect them inside and outside our Peninsula. Even in the heartland of the Crusaders, they carried out operations that were really successful by all standards... men who are willing to sacrifice their lives to uphold the cause of God... Yes, they went out seeking death in Afghanistan, Chechnya, and elsewhere in the lands of the Muslims.  Nonetheless, they were destined to achieve martyrdom on the lands of the peninsula of Mohammed... May Allah bless them."  As scenes of the 9/11 hijackers and attacks in New York are shown, the commentator adds, "The United States was struck in its own backyard.  The youth of Islam attacked it on that memorable day... a great change overcame the youth of Islam... praise to Allah and to those young men who died so that their blood would revive their nation once again and make it live as Allah wanted it."

Notably, "The Martyrs of the Confrontations" includes footage of the legendary commander Shaykh Youssef al-Ayyiri conducting terrorist instructional courses at covert Al-Qaida training camps inside Saudi Arabia.  Al-Ayyiri is shown lecturing to a class of young students:

> "In the first stage, the stage of attrition and engaging the enemy in battle, you need to make your enemy tired more than you need to kill a large number of its members.  You need to scatter the enemy, demoralize it, spread it out over a large area, and cause it to get tired.  If the enemy is spread out, it will need supply armies and a lot of other things. You need to make the enemy reach this stage. In this stage, you should strike, run, and disappear.  Strike at the weak points."

Log files created by RealNetworks RealPlayer video software for Windows user "Tariq" on the laptop hard drive provided to me by the U.S. Attorney's Office indicates that the Al-Qaida video "Martyrs of the Confrontations" was played on at least two occasions shortly before the drive was seized as evidence.[133]

On February 5, 2004, Al-Qaida's Committee in Saudi Arabia released its third full-length video release, titled "The Battle of Badr in Riyadh," which purports to tell the story behind the November 8, 2003 Al-Qaida suicide bombing attacks on the Muhaya

---

[132] Al-Qaida in the Arabian Peninsula (AQAP).  "The Martyrs of the Confrontations."
http://members.lycos.co.uk/allewa/Audio/m1.ram, m2.ram, and m3.ram.  Released: December 4, 2003.
[133] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application
Data\Real\RealPlayer\History\So hada' almwagahat.lnk.

EX00073

civilian housing compound in Riyadh, Saudi Arabia.[134] The video includes martyrdom wills by the bombers, detailed footage of the construction of suicide car bombs used in the attacks, scenes from covert Al-Qaida terrorist training camps in Saudi Arabia, and actual video of the attack itself transmitted using the cell phone of one of the bombers. During the video, suicide bomber Ali bin Hamid al-Madabi al-Harbi smugly boasted, "We sacrifice ourselves for the sake of establishing an Islamic state and to remove injustice against Muslims everywhere… Many youths are eager to carry out such martyrdom operations. In fact, these operations currently constitute an effective weapon against the enemies." A second bomber, Nasser bin Abdallah al-Sayyari al-Khalidi, admonishes viewers, "He who does not die in the arena of jihad or does not die for the cause of Allah, then he will die in some other way. Death is the same. However, if death is for the cause of Allah, then it is the goal of every Muslim and believer." The terror cell members are subsequently shown gathered together at an Al-Qaida guesthouse waiting to carry out their mission. As they prepare to execute their attack on the Muhaya compound, the men begin to enthusiastically sing a martyrdom song "Zifou Shaheed" while brandishing a fearsome array of weapons:

> "Welcome the martyr and let the believers celebrate, Allah, Allah; Welcome the martyr that has a second home in paradise, Allah, Allah; Welcome the martyr that sacrifices with his wounds, blood and clothes, Allah, Allah; His forehead became perfumed and you should not disturb his grave, Allah, Allah; Welcome the wedding groom and let his beloved ones pray for the rest of us, Allah, Allah; The name of the martyr will be repeated over and over in paradise, Allah, Allah; Around the martyr the beautiful virgins shall be gathering, Allah, Allah."

Log files created by RealNetworks RealPlayer video software for Windows user "Tariq" on the laptop hard drive provided to me by the U.S. Attorney's Office indicates that the Al-Qaida video "The Battle of Badr in Riyadh" was played on at least one occasion shortly before the drive was seized as evidence.[135] The video was also the subject of at least two online chats between "Sayf Maslool" and user "Ahmad Rashad." On March 20, 2006, Rashad asked Maslool, "akhi do u have badr al rayaad." Several weeks later, he returned to the same subject, advising Maslool, "akhii i found badr al rayyd." Maslool responded, "I have it. Hehe… but the file is too big to transfer." Rashad complained, "man i keep asking u about it… yeah that is awt[sic] im realizing. the quality is good i guess."[136]

On the morning of December 6, 2004, a squad of Al-Qaida commandos traveling in a sedan attempted to break through security outside the U.S. consulate in the city of Jeddah. According to a published communique from AQAP, "today… your brothers from the Martyr Abu Anas al-Shami Brigade carried out the holy 'Battle of al-Fallujah.' They broke into one of the crusader fortresses in the Arabian Peninsula and passed through the sturdy walls of the American Consulate in Jeddah… After several hours, your

---

[134] Al-Qaida in the Arabian Peninsula (AQAP). "Badr al-Riyadh." http://www.hostinganime.com/image990/bdr.htm. Released: February 5, 2004.
[135] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Real\RealPlayer\History\Bader Al-Riyadh.lnk.
[136] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00074

brothers managed to withdraw from the Consulate building and take cover in a safe place. Two of the hero brothers who were responsible for providing cover for the withdrawal process became martyrs and an additional three brothers were injured and now are being treated."[137]  Though the U.S. and Saudi governments insisted that the consulate building itself had never been successfully infiltrated, four local staff members and a consular guard were killed in the melee.[138]  Over a year later, on April 9, 2006, AQAP's media wing released an official propaganda video recording celebrating the attack, titled, "The Invasion of the American Consulate in Jeddah."[139]  According to AQAP, the release of the video was intended to "mark the third anniversary of the blessed East Riyadh bombings… which ignited the flame of jihadi operations organized on the soil of the Arabian Peninsula."[140]  It features a narration of the events surrounding the attack on the U.S. consulate, along with the "martyrdom wills" of Al-Qaida operatives who were slain during the operation.[141]

The subfolder "Misc" under the "My Documents\Videos" folder for Windows user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office contains a full-resolution copy of Al-Qaida in Saudi Arabia's "Invasion of the American Consulate."[142]  Log files created by RealNetworks RealPlayer video software for Windows user "Tariq" on the laptop hard drive provided to me by the U.S. Attorney's Office indicates that the same video was played on at least one occasion shortly before the drive was seized as evidence.[143]  During an online chat on April 9, 2006 (the same day this video was first released), user "Ahmad Rashad" begged "Sayf Maslool, "if u find a good copy of the jedda vid send it ova"—to which Maslook agreed, "in sha' Allah [God willing]."[144]  A day later, Rashad advised Maslool, "bro i found out how to play the vid. jedda vid."[145]  When Maslool admitted that he was still unable to play "the jedda one", Rashad shared a hyperlink to the website of an alternative to the RealPlayer video software, "Crystal Player." He explained, "ok if u dl this u will be able to play it."[146]

The preserved laptop hard drive provided to me by the U.S. Attorney's Office in this case also contains copies of instructional magazines and terrorist training manuals produced by Al-Qaida's wing in Saudi Arabia—namely, the entire library of "Sawt al-Jihad" Magazine and the "Al-Battar" series.  In the tenth issue of "Al-Battar", one of Al-

---

[137] Al-Qaida in the Arabian Peninsula.  "A Statement Regarding the Operation in the American Consulate in Jeddah (the 'Fallujah invasion')." http://www.ansarnet.ws/vb/showthread.php?t=21924.  December 6, 2004.

[138] "Al Qaeda-linked group takes credit for Saudi attack."  CNN.  December 7, 2004.

[139] http://www.w-n-n.net/showthread.php?t=10365.  April 9, 2006.

[140] http://www.w-n-n.net/showthread.php?t=10365.  April 9, 2006.

[141] Al-Qaida in the Arabian Peninsula.  "The Invasion of the American Consulate in Jeddah."  Released: April 9, 2006.

[142] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\Misc\Jeddah.rmvb.copy0.

[143] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Real\RealPlayer\History\Jeddah.hnk.

[144] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[145] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[146] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00075

Qaida's top leaders in the Arabian Peninsula, Abdelaziz al-Muqrin (a.k.a. Abu Hajer al-Muqrin) later explained why Al-Qaida's leaders in Saudi Arabia were so intent upon publishing articles and interviews on the Internet:

> "…through these books, [those seeking jihad] can discover the way to operate and study the best ways and policies listed there for the purpose of achieving our objective and realizing our goals. [These publications] give us a summary of the method and provide us with the experiences of those prior to us. Those in the know are aware that al Qaidah is an organization which utilizes a system of cells… Qaedat al-Jihad pursues the publication of the concept [of Jihad] and spreads the word to the greatest extent possible while the various, disparate cells guarantee—Allah willing—the greater continuity of [carrying out the Jihad]."[147]

With this goal in mind, al-Muqrin concludes that the duty of carrying out jihad and establishing Muslim rule is "incumbent upon every legal aged adult including the scholars and public, the righteous and the immoral, the rich and poor, men and women; for it is absolutely necessary that people understand that this obligation isn't restricted to the wanted 19 or 26 [referring to Al-Qaida fugitives in Saudi Arabia]." He concluded, "One's duty, then, is the undertaking, endeavor and pioneering, of the obligation of Jihad for Allah's sake. The Muslim should not seek to rely on a few Mujahidin, but rather direct his [own] efforts toward this [obligation]."[148]

Indeed, this is precisely what the founders of Sawt al-Jihad hoped to inspire among their loyal readers. The first edition of Sawt al-Jihad, released in October 2003 via various extremist Internet message forums, leaves little to the imagination—featuring an editorial by Shaykh Nasser al-Najdi, in which he admonished Muslims, "the heresy of the infidels and their rebellion against the religion of Allah requires the permitting of their blood and [sanctions] their humiliation, and that their blood is like the blood of a dog and nothing more. What is said above should be enough to cause those who support monotheism… to burn with desire for the blood of the infidel, to slaughter the enemy of Allah, and to cut him up into pieces… My Jihad fighting brother, don't you want to go to Paradise? Don't you want to protect yourself from Hell? …Kill the polytheist, kill the one whose blood is like the blood of a dog, kill the one whom Allah ordered you to kill."[149]

The Al-Qaida ethos of "killing in cold blood" was routinely revisited in the various issues of Sawt al-Jihad. In the magazine's twenty-third issue, columnist Abdelrahman al-Shammari celebrated the videotaped beheading of an alleged Egyptian spy in Iraq and declared, "O' Shaykh of the Slaughterers, Abu Musab [al-Zarqawi]—go forth in the straight path with Allah's help, guided by Allah, fight together with those who support monotheism against the idol-worshippers, together with the warriors of jihad against the collaborators, the hypocrites and the rebellious. We are awaiting the

[147] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #10; May 2004. http://www.koolpages.com/sout555/b10.doc.
[148] Al-Neda Center for Islamic Studies and Research. "The Operation of 11 Rabi al-Awwal: The East Riyadh Operation and Our War With the United States and its Agents." http://www.faroq.org/news/news.php?id. August 2003.
[149] Al-Qaida in the Arabian Peninsula (AQAP). Sawt al-Jihad ("Voice of Jihad") Magazine. Issue #1; October 2003. http://www.cybcity.com/suondmag/mag-w.zip. Pages 4-5.

EX00076

beheading of a Saudi apostate and this is the will and testament of all of the supporters of monotheism in the land of Saudi Arabia."[150]

Beyond ideological exhortations to violence, the magazine also carried biographies of Al-Qaida commanders and interviews with most wanted operatives. The eighteenth issue of Sawt al-Jihad in June 2004 featured an interview with Fawwaz al-Nashmi (a.k.a. Turki al-Mutairi), who served as commander of Al-Qaida's Al-Quds Brigade that took responsibility for the May 29, 2004 attack on foreign nationals working in Khobar, Saudi Arabia, during which 22 people were killed.[151] The victims included a British employee of the Saudi company Apicorp, whose body was reportedly tied to a car by jubilant Al-Qaida members and dragged behind as a trophy."[152] Al-Nashmi was later identified by Al-Qaida in Saudi Arabia as "the one chosen by Shaykh Usama Bin Laden to be the 20th martyrdom-seeker [hijacker] in the raid on September 11, 2001."[153] During his interview with Sawt al-Jihad, al-Nashmi boasted:

> "As soon as we entered [the Khobar complex], we encountered the car of a Briton, the investment director of the company, whom Allah had sent to his death. He is the one whose mobile phone on the seat of his car, with the blood on it, they kept showing [on television]. We left him in the street. We went out, and drove our car. We had tied the infidel by one leg [behind the car]. We left the company [compound]… [and] when the patrols blocked the way, [we] had no chance of returning by the same route, so we went another way via the coast… a distance of four kilometers. The infidel's clothing was torn to shreds, and he was naked in the street. The street was full of people—as this was during work hours—and everyone watched the infidel being dragged behind, praise and blessings be to Allah."[154]

In exchange for providing access to these valuable insights and experiences, the editors of Sawt al-Jihad requested the assistance of their cyber-savvy readers in helping to re-broadcast copies of the magazine to those with less intimate knowledge of technology and the Internet. The ninth issue of the magazine featured an appeal from the editorial board to supporters worldwide, "If you intend to make the pilgrimage, or know someone who is planning to do so, take with you issues of Sawt al-Jihad, printed out on sheets of paper or copied onto CD, to distribute to all the Arab pilgrims."[155] Even today, Al-Qaida sympathizers remain engaged in an unofficial but concerted effort to re-distribute digital copies of Sawt al-Jihad to younger, uninitiated recruits over the Internet.

In January 2004, Al-Qaida in Saudi Arabia posted an online announcement concerning the creation of a new companion series to Sawt al-Jihad—focusing on practical military instruction and named in honor of the late Shaykh Yousef al-Ayyiri.

---

[150] Al-Qaida in the Arabian Peninsula (AQAP). Sawt al-Jihad ("Voice of Jihad") Magazine. Issue #23; August 2004. http://www.hostinganime.com/neda5/sout/s23.doc.

[151] Al-Qaida in the Arabian Peninsula (AQAP). Sawt al-Jihad ("Voice of Jihad") Magazine. Issue #18; June 2004. http://www.hostinganime.com/sout18/s18doc.zip.

[152] Nakhoul, Samia. "Westerners massacred by al-Qaeda in Saudi siege." The Scotsman. May 30, 2004.

[153] As-Sahab Media Foundation. "The Al-Quds Brigade in the Arabian Peninsula." http://www.al-hesbah.org/v/showthread.php?t=70221. Released: June 21, 2006.

[154] Al-Qaida in the Arabian Peninsula (AQAP). Sawt al-Jihad ("Voice of Jihad") Magazine. Issue #18; June 2004. http://www.hostinganime.com/sout18/s18doc.zip.

[155] Al-Qaida in the Arabian Peninsula (AQAP). Sawt al-Jihad ("Voice of Jihad") Magazine. Issue #9; January 2004. http://www.hostinganime.com/image111/sout/mag9.htm.

EX00077

The "Al-Battar" training manuals sought to spearhead Al-Qaida's new strategy of avoiding traditional, fixed training camps and instead focusing on spawning self-made terror networks across the globe. The first issue of "Al-Battar" explained, "O' Mujahid brother, in order to join the great training camps, you don't have to travel to other lands. Alone, in your home or with a group of your brothers, you too can begin to execute the training program. You can all join the Al-Battar Training Camp."[156] In another article from the first issue, a columnist suggested that the manual was being offered "as a gift to the youth of Islam whose hearts burn in support of the religion by means of jihad in the cause of Allah."[157] Moreover, the introduction to the issue explicitly states:

> "Preparing [for jihad] is a personal commandment that applies to every Muslim... Because many of Islam's young people do not yet know how to bear arms, not to mention use them, and because the agents of the Cross are hobbling the Muslims and preventing them from planning [Jihad] for the sake of Allah—your mujahideen brothers in Saudi Arabia have decided to publish this booklet... The basic idea is to spread military culture among the youth with the aim of filling the vacuum that the enemies of the religion have been seeking to expand for a long time. Allah willing, the magazine will be simple and easy, and in it, my Muslim brother, you will find basic lessons in the framework of a military training program, beginning with programs for sports training, through types of light weapons and guerilla group actions in the cities and mountains, and [including] important points in security and intelligence, so that you will be able ... to fulfill the religious obligation that Allah has set upon you."[158]

As promised, the "Al-Battar" manual series soon became a cornerstone project in the world of online jihadists. It contained articles on such topics as the assembly and disassembly of automatic weapons, recommended callisthenic exercises for home-grown terror camps, and the principles upheld by Muslim military leaders. A telling example of the material found in "Al-Battar" is an article published in the seventh issue in March 2004 by Al-Qaida leader Abdelaziz al-Muqrin titled, "Targets Inside the City." According to al-Muqrin, "the attacks inside the cities are considered a kind of militant diplomacy; this kind diplomacy usually is written with blood and decorated with body parts and gunpowder. These attacks carry a political meaning related to ideological struggle; it is considered a message to several parties. Therefore it is very important to be detailed in selecting targets (Like the Attacks by Al-Qaida)." The article discusses the concept of selecting "financial targets" in order to "shake the security and the environment for financial growth like attacking the oil pipelines in Iraq that prevented foreign companies from joining in stealing the Muslims fortunes", "to get foreign investors to get out of the local market" and to "damage the crusaders economy." As for individual "Human Targets", al-Muqrin advises, "We have to kill the Jews and the Christians. We have to tell everyone that fights Muslims that we are coming to kill you. We should not be divided by geographical borders. The land of the Muslims is our land.

---

[156] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #1; January 2004. http://www.hostinganime.com/battar/b1.doc. Page 27.
[157] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #1; January 2004. http://www.hostinganime.com/battar/b1.doc. Page 3.
[158] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #1; January 2004. http://www.hostinganime.com/battar/b1.doc. Page 2.

EX00078

We have to turn the countries of the enemies to hell the way they turned our lands to hell. All the cells, where ever they are should be active and disregard any borders that were drawn by the enemy."[159]

The ninth issue of "Al-Battar" released in April 2004 is also particularly of note, and included a detailed instructional guide to the art of "assassinations" written by Saudi Al-Qaida leader Abdelaziz al-Muqrin. The piece was stunningly detailed, complete with visual schematics of a purported motorcade transporting Saudi Arabian Interior Minister Prince Nayif. Al-Muqrin explained:

> "At the front [of the motorcade], there would be police cars that would drive in front of the cortege by a sufficient distance (there is no limit here to the number of police cars, but around 10 and over). Their role is to clear the way, and they stay few kilometers away from the target car. If the target was an important person, an oscillations car would drive in front of the police cars to send oscillations that would cause any present explosive charge to explode – unless the oscillation was coded. Then this car meets the protection car and they all block all exits and entrances to the route of the target. Behind the patrol cars there will be – most times – motorcycles. In the Arabian Peninsula, there would be cars for personal protection instead of motorcycles. These are usually followed by cars that have the target. They are usually identical in color, model and registration plates, but there might not be any registration plate at all. Behind the enemy car you will find protection cars or motorcycles, followed by the patrols that close the cortege."[160]

The fifteenth issue of "Al-Battar" published online in late July 2004 contained a new sub-section dedicated to extolling particular contemporary "Muslim Heroes" for recruits to model themselves after—in this case, the late master bombmaker of the Palestinian Hamas movement named Yahya Ayyash (a.k.a. "The Engineer"). The document described how Ayyash's "military genius started to show with the beginning of the first intifada [uprising] in 1987... he wrote a letter to the Martyr Izzaddin Al-Qassam Brigades [the military wing of Hamas] detailing in it a plan to fight in the Jihad against the Jews through martyrdom operation. He was given the green light, and Yahya Ayyash's mission was to prepare car bombs and highly explosive packets."[161] The editors of "Al-Battar" concluded that the lesson to be drawn from the life of Ayyash was: "killing for killing—this is justice."[162]

The "My Received Files" folder for Windows user "Tariq" on the preserved hard drive provided to me by the U.S. Attorney's Office includes a compressed RAR file, which contains stored copies of 29 issues of Sawt al-Jihad.[163] The same document file in the RAR, "SoutFull.chm", also has copies of numerous official communiqués issued by Al-Qaida in the Arabian Peninsula—including, among other things, a claim for the

[159] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #7; March 2004. http://www.pages4free.biz/sout333/b7.doc.
[160] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #9; April 2004. http://www.pages4free.biz/image444/sout/b9.doc.
[161] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #15; July 2004. http://www.hostinganime.com/neda5/sout/b15doc.zip.
[162] Al-Qaida in the Arabian Peninsula (AQAP). Moaskar al-Battar ("The al-Battar Camp"). Issue #15; July 2004. http://www.hostinganime.com/neda5/sout/b15doc.zip.
[163] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Received Files\صوت [Compressed RAR file containing "SoutFull.chm"].

38

beheading of a U.S. hostage in Riyadh and an official threat by commander Abdelaziz al-Muqrin to attack U.S. commercial airliners. During an online chat on April 21, 2006, user "Ahmad Rashad" told "Sayf Maslool "i found a gerat[sic] site man… hey man do u see al battar mag on it. try to dl it and see if u could open it. i cant. man this site si gerat. it has all sawt al jh mag and every thing… man im trying to dl the stuff because the site goes down." He continued on and asked Maslool, "hey man u open the battar mag file?"[164] On May 6, 2006, Rashad advised Maslool, "i have all sowt al jhd mags in a file 2 if u want"—to which the latter replied, "yeah sure." After sending over the promised collection, Rashad commented, "thsi is sowt[sic]. but i think al bataar is alot better more relevent[sic]… yeah al bataal howa everyting tha was done goowa al mo3askar [yeah, al battar is everything that was done in the training camp]. very good alot of abo haggar writings in it."[165] Maslool agreed, adding, "yeah the thing is Sawt was released more towards the brothers fighting in Saudi and the Khalij." With regards to the "Al-Battar" training manual series, Rashad noted, "it realy need u t o take time for it. i read it. its the program he used in sagan [prison]. definetly intence program. he said like 5 or 10 people should do it together… yeah man i erally wish we lived closer we coulda done stuff like that together." Maslool responded, "yeah. I have to read it in detail and check it out."[166]

"Sayf Maslool" and his online associate "Ahmad Rashad" frequently discussed the identities and biographies of other Al-Qaida military commanders in the Arabian Peninsula. On March 7, 2006, Rashad asked Maslool, "bro do u know much about salah al 3oofyy. allah yarhamo." Maslool replied, "he was the former commander of AQ in Jazirat al-Arab. he fought in Tora Bora." Rashad freely admitted, "yeah i have speach by him… but i dont know alot more about him other then wat u said."[167] On March 20, Rashad again wrote to Maslool, notifying him, "bro a found a nasheed my salah al 3awfee."[168] The author of much of the material found in Sawt al-Jihad and "Al-Battar"—Abdelaziz al-Muqrin (a.k.a. Abu Hajer)—was likewise a common topic of discussion. On April 3, Rashad told Maslool, "i found a really nice nasheed about abo hajjar… hey bro did he fight fee al jaza2r [in Algeria]?" Maslool corrected him: "yeah… well… he didn't actually physically fight there himself. he helped transport equipment to them… and was arrested there." Rashad enthused, "man this guys life is like a movie man. he went everywhere… subhanallah man no body knows anything about these people. its really[sic] sad."[169]

- **Al-Qaida's Network in Iraq**

---

[164] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[165] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[166] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[167] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[168] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[169] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00080

Tanzim al-Qaida in Iraq (a.k.a. the Al-Qaida Organization in Iraq) was officially established on October 17, 2004.[170]  It was formed as a continuation of a previous extremist organization known as the "Tawheed wal-Jihad Movement", which itself was created by Jordanian national Abu Musab al-Zarqawi in response to the U.S. invasion of Iraq in March 2003.  The group gained prominence and infamy during the bloody fight for control of the Iraqi city of Fallujah in 2004, where it played a high-profile role in battling U.S. security contractors and military forces.  The primary purpose of Zarqawi's organization was to overthrow the nascent Iraqi democratic government, remove the foreign occupation of Iraq, and replace them with a radical Sunni Islamist regime run by Al-Qaida.  In order to achieve these goals, Tanzim al-Qaida in Iraq and its leadership have relied primarily on extreme manifestations of sectarian hatred and violence as their modus operandi.  In spite of persistent efforts to paint its movement with an indigenous Iraqi face, there seems little doubt that foreign fighters from such countries as Jordan, Syria, Saudi Arabia, Lebanon, and North Africa have played a dominant role in the activities of Al-Qaida's network in Iraq.[171]

Though Al-Qaida's operatives in Saudi Arabia were among the first of their colleagues to successfully broadcast high-quality propaganda video recordings over the Internet, the true flowering of the digital video phenomenon occurred in the context of the war in Iraq and under the watchful eye of Abu Musab al-Zarqawi.  From November 2004 until his death in June 2006, Zarqawi served as the leader of Al-Qaida's local franchise in Iraq and became a highly visible icon for second and third-generation terrorist sympathizers and recruits.  Abu Musab al-Zarqawi's penchant for and glorification of hostage beheadings was an inspiration for like-minded militants around the world.  In May 2004, Italian police monitored a suspected Egyptian terrorist recruiter in Milan as he played a video of Zarqawi decapitating U.S. hostage Nicholas Berg for a suicide bomber-in-training.  The Egyptian excitedly crowed, "This is the policy we need to follow, the policy of the sword.  Come and see our brother Abu Musab [al-Zarqawi]… This is the policy.  Allahu Akhbar, Allahu Akhbar.  Allahu Akhbar.  Go to hell, the enemy of Allah.  Kill him, kill him.  Yes, like that, slaughter him well, cut his head off… Everyone must end up like this."[172]  Yet, it was Zarqawi's tragic suicide bombing attacks—carefully documented on film—that most sparked the imagination of Al-Qaida supporters around the world.  Beyond depicting the mere explosions themselves, videos released by Al-Qaida in Iraq focused heavily on planning phases and the pre-execution rituals for "martyrs-in-waiting."

The impact of Abu Musab al-Zarqawi can plainly be sensed in the logs of online chats stored in the preserved laptop hard drive provided to me by the U.S. Attorney's Office.  Zarqawi is frequently referred to in coded references as "blue man", playing off a similar-sounding word "Azrak" in Arabic (meaning "blue").  On February 8, 2006, user

[170]"Statement of the Glad Tidings Regarding the Merging of the Tawhid wal-Jihad Movement Under the Banner of Al-Qaida: The Pledge of Allegiance by Emir Abu Musab al-Zarqawi to the Shaykh of the Mujahideen Usama Bin Laden."  http://www.ansarnet.ws/vb/showthread.php?t=17282.  October 17, 2004.
[171] "Press briefing with Brig. Gen. Kevin Bergner, spokesman, Multi-National Force – Iraq." http://www.mnf-iraq.com/index.php?option=com_content&task=view&id=12786&Itemid=131.  July 11, 2007.
[172] "Al-Qaida's New Front: The Surveillance Tapes."  PBS Frontline. http://www.pbs.org/wgbh/pages/frontline/shows/front/etc/rabei.html.  January 2005.

40

"Ahmad Rashad" commented to "Sayf Maslool", "man blue man i hear so much about him man." Maslool responded, "he'a another Ummah. qissah tanya khaalis [a completely different story]... al Ameer al dhabba7 [the commander of the slaughterers]." "Arhaby sub7ana lla [a terrorist, glory be to God]," Rashad approvingly echoed. Maslool added, "Man I always wanted to put together a book of the bios of these guys... call it 'The FBI's Most Wanted.'"[173] On April 25, 2006, Sayf Maslool sent a message to user "Ahmad Zamanian" asking, "u want to see the inheritors of the battle of Uhud of our times? ...akhi accept the file I'm sendin u... I uploaded the pic... that is the ameer of the Muj in Iraq. his name is Abu Mus'ab... the noor [light] on his face shows the truth."[174] In another conversation with user "Tauqir", Maslool pointed to the example of Zarqawi and enthused, "these guys are the modern-day Sahabah, man."[175]

The "Videos" subfolder under the "My Documents" folder for Windows user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office contains many significant audio and video recordings produced by the Tawheed wal-Jihad Movement, Al-Qaida in Iraq, and its successor organization, the Mujahideen Shura Council (MSC). That collection includes:

o **Tanzim al-Qaida in Iraq – "The Lion of Mesopotamia: Shaykh al-Mujahid Abu Anas al-Shami"[176]**

The Al-Qaida in Iraq propaganda video "The Lion of Mesopotamia: Shaykh al-Mujahid Abu Anas al-Shami" was first publicly released in November 2004.[177] This Internet-ready film was originally created as a eulogy for the slain deputy commander of Abu Musab al-Zarqawi's organization in Iraq, Jordanian national Abu Anas al-Shami (a.k.a. Omar Yousef Jumah). It contains original interviews with a host of senior Zarqawi lieutenants in Iraq, including Omar Hadid and Abu Azzam al-Iraqi—and its sole purpose is to glorify violent jihad and "martyrdom." Another masked commander named Abu Saif al-Shami declares, "With the blood of our martyr, Allah has awakened hearts that were hardened, and Allah has lit the path for others by his martyrdom, revealing the path for those who have gone astray from our path... I swear by Allah that the sincerity of our mission is demonstrated by the death of our leaders. When commanders are in the frontlines of battles and are the first to be killed, Allah will bestow victory upon us."[178]

On April 17, 2006, "Sayf Maslool" wrote to user "Taimur" and related a story about an encounter with Shaykh Yasir Qadi:

---

[173] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[174] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\TaalibWaMujaahid.log.

[175] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.

[176] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\العراق\ أبو انس الشامي.wmv.

[177] http://www.ansarnet.ws/vb/showthread.php?t=21506. December 1, 2004.

[178] Al-Qaida in the Land of Mesopotamia. "The Lion of Mesopotamia: Shaykh al-Mujahid Abu Anas al-Shami." Released: December 1, 2004.

EX00082

"just had dinner w/ Shaykh Yasir last night... I got him mad at me... I asked him if he knew Abu Anas ash-Shami. he was the mufti of the Mujahidin in Iraq. Abu Mus'ab's aide... he was killed last year trying to break people out of Abu Ghraib. anyways he was a student of Madinah Univ... genius - he didn't even study. he would just read a book and memorize it and know it for the exams... so, I asked sh. Yasir if he'd ever seen him. he just gave me this look and was like, 'Don't get involved with anyone who will get u in trouble.'"[179]

On February 8, 2006, Sayf Maslool explained to user "Ahmad Rashad", "Abu Anas man. I have a special place in my heart for him... He studied at the Islamic Univ in Madinah... the other students there with him said that he never had to study for any of the exams all he had to do was read a book and he would memorize it page by page." Rashad wrote back, "yeah man. wa ba3daan [and after all that] they say arhaby [terrorist]... i love this guy man." Maslool continued, "dude they said that during the first battle for Fallujah Abu Anas himself went to the masjids and would grab the microphones and yell: 'Hayya 3alal-Jihd' ['Come Join the Jihad']."[180] On February 28, Maslool insisted to Rashad that Abu Anas al-Shami was particularly important for Al-Qaida "cause he was a scholar and a Mujahid. he combined the best of characteristce[sic]... U know akhi, ur iman [faith] goes up just hearing about them."[181] Rashad replied, "anaa nafsyy akoon kadaa ya akhi [I yearn to be like that brother]. and omar hadeed 2... and yyusuf al 3yarry... man wallahi man i love all of them more then myself. man hearing abotu[sic] them hurts me so much man it reminds me where they are and where i am."[182]

o **Tanzim al-Qaida in Iraq - "The Battle of Shaykh Abu Anas al-Shami"[183]**

Late on April 3, 2005, a force of approximately 40 to 50 Al-Qaida fighters launched a highly sophisticated insurgent attack on the notorious Abu Ghraib prison (west of the Iraqi capital Baghdad). The raid began with barrages of 81mm and 120mm mortar rounds, followed by rocket-propelled grenades and suicide car bombers. At least one rocket-propelled grenade hit a corner watchtower, wounding Marine guards inside. Three days later, on April 6, Al-Qaida's Committee in Iraq released a video of the attack—focusing on the suicide bombing element—and named the assault "The Battle of Shaykh Abu Anas al-Shami" in honor of the slain deputy commander of Abu Musab al-Zarqawi's

---

[179] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[180] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[181] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[182] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[183] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\ أسود \العراق\ التوحيد.rmvb [Contained within a compilation video, "The Lions of al-Tawheed"].

EX00083

organization in Iraq, Jordanian national Abu Anas al-Shami (a.k.a. Omar Yousef Jumah).[184]

On February 8, 2006, "Sayf Maslool" wrote to user "Ahmad Rashad", "that link I just gave u is to Ghazwat Shaykh Abu Anas ash-Shami when they attacked the Abu Ghraib prison… just came out." After encountering difficulties downloading the video, Maslool again sent messages to Ahmad Rashad: "akhi the abu anas vid. can u send it to me thru AIM… like the unzipped file." Rashad replied, "man its good. im watching it now just the beginning. they have the best stuff."[185]

o **Tanzim al-Qaida in Iraq – "And The Religion Shall Be for Allah Alone" ("Wa Yakoon al Deeno Koloho Lillah")**[186]

The video "And The Religion Shall Be for Allah Alone" is another full length propaganda film released by Al-Qaida in Iraq on June 29, 2005.[187] The video deals primarily with suicide operations executed by Al-Qaida members in Iraq in early 2005, including vivid footage of a taxi packed with explosives slamming at high speed into a U.S. base in Ramadi and exploding into a massive fireball. It also contains messages of encouragement in Arabic from Abu Musab al-Zarqawi.[188] Addressing one of the earliest terrorist attacks planned by Al-Qaida in Iraq, Zarqawi narrated:

> "The headquarters of the United Nations was destroyed, which has been a guardian for the Jews and the crusaders… Not long ago, it once recognized the Americans as the sovereigns over Iraq. And before that, it gave Palestine as a gift to the Jews. It seized our lands and violated [our] honor… following through Bosnia, Kashmir, Afghanistan and Chechnya! So, in this operation, we served as the sword to avenge the Ummah from [the actions] of this organization!"[189]

During his recorded sermon featured in the video, Abu Musab al-Zarqawi added, "The American soldier has proven that he is the weakest and most cowardly of beings. [They] have become an easy target for the swords of the mujahideen, who have harvested their heads."[190]

Aside from the video recording itself, a subfolder marked "Temp" under the "Local Settings" folder for Windows user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office also contains a draft

---

[184] http://www.inn4news.net/inn/showthread.php?t=31021. April 6, 2005.

[185] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

[186] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\العراق\ الدين و يكون كله لله.rmvb.

[187] http://www.alaflam.net/Wdkl/index.htm. June 29, 2005.

[188] Al-Qaida in the Land of Mesopotamia. "And The Religion Shall Be for Allah Alone." Released: June 29, 2005.

[189] Al-Qaida in the Land of Mesopotamia. "And The Religion Shall Be for Allah Alone." Released: June 29, 2005.

[190] Al-Qaida in the Land of Mesopotamia. "And The Religion Shall Be for Allah Alone." Released: June 29, 2005.

43

EX00084

English-language transcript for the Al-Qaida video "And the Religion Shall be for Allah Alone." The transcript, still in raw Microsoft Word format, includes the following introduction: "Dear brother I have translated the full video of Wa Yakōn Ad-deen Kulouhū Lil'āh. Some sentences will not be grammatically correct this is due to the fact that the translation is the translation of speech and not text and so the grammatical errors will be negligible when the translation is turned into subtitles."[191]

o **Tanzim al-Qaida in Iraq – "The Battle of Omar Hadid"**[192]

Perhaps the single most memorable video of suicide bombers released by Abu Musab al-Zarqawi's Al-Qaida faction in Iraq was the October 2005 film "The Battle of Omar Hadid"—released over the Internet using a specialized web domain name purchased with stolen credit card numbers.[193] The video purports to document the story of a group of Al-Qaida suicide bombers in Iraq, including a young Libyan national using the pseudonym "Abu Dharr." Smiling broadly, Abu Dharr proclaims to the camera before leaving on his mission:

> "I ask you… whoever hears or sees this CD or hears this recording, to come join the jihad… I wish to say to the brothers, to all of the mujahideen, it is obligatory upon you to continue with these martyrdom operations, because they are—by Allah—the things that affect and massacre the Americans the most, and we ask Allah for guidance in this martyrdom operation… [God-willing] we will cause great damage and pain to these infidel Americans and to those who ally themselves with them… And I wish to say to my Muslim brothers in all parts of the world, as well as to my brothers from the mujahideen: it is upon you to take this path… I want to say to America and the helpers of America and the allies of America that we are marching towards you with men who love to die just as much as you love to live!"[194]

In addition to the testimony and encouragement from other suicide recruits, the "Battle of Omar Hadid" also features excerpts of a song being performed by members of Abu Musab al-Zarqawi's suicide operation volunteer corps in Iraq. The men giddily chant in unison:

> "Shaykh Abu Musab [al-Zarqawi] has raised the banner… Our commander is Bin Laden, O' you who terrorizes America. Our power is our [faith] and our weapon is our PK [Kalashnikov]… Our leader is the Mullah [Omar], he has not abandoned his religion… If they say 'terrorist', then I say this is an honor for me. Our terrorism is praiseworthy, a divine call… We have come to you to

---

[191] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Local Settings\Temp\WaYakoon.doc.
[192] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Local Settings\Temp\Ghazwah-omar-hadeed-eng.-low.rm.ram. See also: Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\غزوة عمر حديد\العراق.
[193] http://www.omar-hadeed.net. October 7, 2005.
[194] Al-Qaida in the Land of Mesopotamia. "The Battle of Omar Hadeed." Released: October 7, 2005.

44

EX00085

slaughter you—no, no negotiations. We destroyed America with a civilian plane. The World Trade tower is simply a pile of rubble."[195]

On January 22, 2006, an online entity known as "At-Tibyan Publications"[196] released a high resolution English-subtitled version of the Al-Qaida video "The Battle of Omar Hadid."[197] Like the original Arabic-language version created by Al-Qaida, At-Tibyan's English-translated version was offered for download in a variety of file sizes and formats.

Aside from a physical copy of the video "The Battle of Omar Hadid" stored in a temporary subdirectory under the "Local Settings" folder for Windows user Tariq, log files created for Windows registered user "Tariq" by the Microsoft Firefox browser indicate that "Tariq" downloaded a copy of "The Battle of Omar Hadid" from an Internet website on December 30, 2005.[198] Furthermore, log files created for user Tariq by RealNetworks' Real Player software also indicate that the same video was played at least once before the hard drive was seized and preserved by law enforcement.[199]

On February 7, 2006, "Sayf Maslool" initiated an online chat with user "Ali Abu Bakr" regarding the video "The Battle of Omar Hadid." Maslool wrote, "enjoy this... U saw it before. but, it is translated w/ some nice added scenes... you'll love it... scroll down to the last ad (Expedition of Umar Hadid) and click on the first link under it. right click... it's the Umar Hadid vid but, w/ added clips from habibuna. and, its transed into English by yours truly... [It is] over an hour [long]."[200] The next day, "Ali Abu Bakr" responded, "yea its excellent... haha this is awesome subhanAllah... haha man this is so awesome... subhanAllah this is amazing." Sayf Maslool added, "[m]y fav bro is Abu Dharr from Libya... man u saw abu dharr talking. the one who was reading the mushaf... this brother Abu Zayd i[s] quiet but his words are powerful to say the least... wait till u see the upcoming part where he is asked 'what do u say to the american troops.' did u see it... keep in mind these guys are around our age."[201] Maslool's particular interest in Abu Dharr al-Liby resurfaced in several other chat logs. On February 13, user "Ahmad Rashad" sent Maslool an audio recording of Abu Dharr, explaining, "thats the nasheed by abi zarr al liby." Maslool replied, "man enta bit lai el hagat di fen? [man, where do you find these things?]"[202]

In fact, chat logs stored on the preserved laptop hard drive provided to me by the U.S. Attorney's Office indicate that "Sayf Maslool" was actively

---

[195] Al-Qaida in the Land of Mesopotamia. "The Battle of Omar Hadeed." Released: October 7, 2005.

[196] For more information on "At-Tibyan Publications", see Section VI of this report: "TERRORISM-RELATED SOCIAL NETWORKING FORUMS."

[197] http://ummah.com/forum/showthread.php?t=75330. January 22, 2006.

[198] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\downloads.rdf [see reference to: "Ghazwah-omar-hadeed-eng-low.rm.ram"].

[199] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Real\RealPlayer\History\Ghazwah-omar-hadeed-eng-low.rm.lnk.

[200] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

[201] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

[202] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00086

distributing the English-translated version of "The Battle of Omar Hadid" to nearly every one of his online contacts. On February 7, Maslool messaged user "Umar Khalil", "check this out... might take a while but WELL WORTH IT. if its too big, then get this smaller version (worse quality)... Save it, don't open it... go here... and go all the way down to the ad that says: the expedition of Umar Hadid. at the end there are 3 links. right click on the second one... go for the 2nd one... what about the 3rd one... do that one. the screen is a bit smaller but, still visible."[203]   The next day, "Umar Khalil" responded, "awsome[sic].  papa liked it."[204]  On February 25, Maslool contacted user "Taimur", asking "dude do u have dsl net?  ...download this... scroll down to the ad where it says: Shaykh Umar Hadid... the 2nd link is a smaller size of the same one... lemme know what u think."[205]  "Taimur" replied, "i c.  is this some jihadi recruiting video lol... il check it out tomm.  dont wry then il delte it afterwards ...;-)."[206]  In an Arabic language chat log also stored on the preserved drive, user "ibnul_khattab82" (an apparent alias for "Sayf Maslool") noted that "the most important" video to distribute to budding extremists "is the battle of Shaykh Omar al-Hadid."[207]

- o **Tanzim al-Qaida in Iraq – "The Battle of Badr in Baghdad"[208]**

   One of the more emblematic of such films to be produced by Al-Qaida in Iraq was known as "The Badr Raid in Baghdad" (a.k.a. "Ghazwat Badr al-Baghdad"). First released on the Internet on November 24, 2005, the video "Badr al-Baghdad" depicts a series of coordinated suicide car bomb attacks targeting civilian hotels in downtown Baghdad on October 24, 2005.[209]  During the video, using surveillance footage, an Al-Qaida commander lays out the planned operation in precise detail:

> "This is the gas station where brothers Abu Juheiman and Abu Dahham should stop.  They should stop by the gas station in order to avoid attracting attention. Brother Abu Naim should move forward with the Hyundai car.  He should keep moving forward... He should take the right lane towards Firdaus Square.  He should keep in the right lane, in order to have a good angle.  He keeps moving... good.  This is the Palestine Meridian Hotel, which will be targeted by brother Abu Juheiman, driving a Cherokee jeep.  That's the corner.  Here he should pay attention to where he should meet Abu Naim.  Pay attention to Abu Naim, who will be waiting here. This bomb will be directed to the right, to blow up the first concrete barrier, and the second, dirt barrier.  Here you can see the Ishtar Sheraton Hotel, which will be targeted by our brother Abu Dahham, with the cement-mixer, loaded with the larger amount of explosives.  It will turn left, and,

---

[203] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\poppino.log.
[204] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\poppino.log.
[205] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[206] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[207] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[208] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\بدر بغداد\العراق.
[209] http://www.al-hesbah.org/v/showthread.php?t=40542.  November 24, 2005.

46

EX00087

Allah willing, when he enters this way, his distance from the target will not exceed 20 meters. I pray to Allah for our success."[210]

o  **Mujahideen Shura Council – "Fatima's Fiance"**[211]

On February 11, 2006, Al-Qaida's network in Iraq released its first video production since re-branding itself as the "Mujahideen Shura Council"—titled, "Fatima's Fiance."[212]  The video opens with a testimonial from an Iraqi woman "Fatima", who allegedly was held prisoner and raped by U.S. soldiers in Abu Ghraib prison:

> "We have been attacked by the sons of apes and pigs. They tore up our Korans, disfigured our bodies, and humiliated us. What have you heard about what we see here every day? By Allah, one of us was raped several times in one day by those apes and pigs... I, Fatima, your sister in faith, say to you... nevermind their tanks and planes, come to us in Abu Ghraib prison, and kill us along with them. Destroy us along with them.  Don't leave us at their mercy. Kill us along with them, and then maybe we will have peace."[213]

Following the end of Fatima's plea, the video segways into a suicide bombing attack targeting a joint checkpoint manned by U.S. soldiers and Iraqi National Guard troops.  The individual responsible for carrying out the bombing, a Saudi national known as "Abu Muawiya al-Shimali", is shown reading his "martyrdom will":

> "America, the only things awaiting you here are these buttons.  I have my bag with me.  In it, I have TNT, and a gas container next to me.  The land is calling me, leading me to Paradise.  The land is calling me, leading me to Paradise... O' Bush, you despicable son of a despicable man, you will bow your head.  We have already destroyed the [World Trade Center] towers, and we will make you bow your head."[214]

On March 22, 2006, "Sayf Maslool" wrote to user "Ali Abu Bakr", "check it.  the intro is a letter from a sister who was imprisoned at Abu Ghraib who was raped by the Americans.  so, this bro went out to avenge her... the sister's name was Fatimah, so, the vid is called Khateeb Fatimah cause the bro said that he wants to marry her in Jannah [Paradise]... the bro is a Saudi."[215]  "Ali Abu Bakr" responded, "wow.  rahimahullah.  Man was that a 3amaliyah istishhaadiyah [martyrdom operation]."  Maslool encouraged, "sure was.  the end says it took out almost 20 amerns."[216]

---

[210] Al-Qaida in the Land of Mesopotamia. "Ghazwat Badr al-Baghdad." Released: November 24, 2005.
[211] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Videos\خطيب العراق\ فاطمة.rm.
[212] http://www.alhesbah.org/v/showthread?t=52765. February 11, 2006.
[213] Mujahideen Shura Council. "Fatima's Fiance." Released: February 11, 2006.
[214] Mujahideen Shura Council. "Fatima's Fiance." Released: February 11, 2006.
[215] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[216] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

EX00088

o  **Mujahideen Shura Council – "A Message to the People"**[217]

Despite gaining global notoriety as the founder of Al-Qaida's network in Iraq, until mid-2006, Abu Musab al-Zarqawi remained a mysterious, unseen figure whose public appearances were limited to occasional muffled audio recordings.  On April 25, 2006, bowing to increasing pressure from Al-Qaida supporters and critics alike, the "Mujahideen Shura Council" released a landmark video recording of Zarqawi on the frontline in central Iraq titled, "A Message to the People."[218]  During the 34-minute film, a burly, defiant Zarqawi was shown firing a U.S.-made Model 249 Squad Automatic Weapon (SAW).  The rifle, which weighs a hefty 16 lbs., was purportedly taken from a dead U.S. soldier.  Zarqawi was also shown holding planning meetings with other unidentified Al-Qaida commanders in Iraq, and offering an open sermon to the camera:

> "Here are your soldiers; by the grace and bounty of the Exalted Almighty they carry out raid after raid, attack after attack, and hold the initiative in the battle field...  While we are fighting in Iraq, our eyes are always on Bayt al-Maqdis [Jerusalem], which will not be regained without a guiding Koran and a supporting sword... To the American administration, and at its head the Crusader Bush, and those who surround him from the Jews, the Crusaders, the rejectionists, the apostates and others, we say you will not lead a life of ease in the land of Islam. By God, you will not enjoy your life for as long we still have a beating vein and a blinking eye... Know that we will sacrifice our blood and bodies to put an end to your dreams, and what is coming is even worse, by God's help."[219]

As with the video "The Battle of Omar Hadid", chat logs stored on the preserved laptop provided to me by the U.S. Attorney's Office indicate that "Sayf Maslool" expended significant efforts in re-distributing Abu Musab al-Zarqawi's "Message to the People" to many of his online contacts.  On April 25, 2006—the same day as the video was first released—Maslool wrote to user "Ali Abu Bakr", "az-Zarqawi... just out today.  first time he has ever been seen on vid... I'm still dloading the vid... here is the link to the vid itself... enjoy... copy and paste the link man."[220]  In fact, the download link sent by Maslool to "Ali Abu Bakr"—"http://www.sendspace.com/file/z2m2kq"—was one of the original distribution links published by the official media wing of Al-Qaida in Iraq.[221]  Two days later, "Ali Abu Bakr" messaged Sayf Maslool, "dude abu musaab is the friggin man... subhanAllah hes amazing." Maslool replied, "u saw the vid/? ...that gun he uses at the end, it's an M-249, American made.  he took it from the body of a dead soldier.  it weighs over 15 pounds... but he hold it... like it weighs an ounce."[222]

---

[217] \Session 1\Track 01\No Name\Recycled\Dc118.zip [Compressed ZIP file containing "abumusab.rm"].
[218] http://www.alhesbah.org/v/showthread?t=60262.  April 25, 2006.
[219] Mujahideen Shura Council.  "A Message to the People."  Released: April 25, 2006.
[220] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[221] http://www.alhesbah.org/v/showthread?t=60262.  April 25, 2006.
[222] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.

EX00089

Maslool was clearly quite impressed with the video recording of Zarqawi. He boasted to user "Ahmad Rashad", "the guy's a beast… don't let ur wife look at that one… if u want ur marriage to stay strong… man I wish we could get this pic out to some kafirahs [female infidels]. maybe they'll convert… imagine him getting in a brawl w/ Bush."[223]

o   **Mujahideen Shura Council – "Video of Dead U.S. Soldiers in Yusifiya in Revenge for the Killing of an Iraqi Family"[224]**

One June 19, 2006, militants from the "Mujahideen Shura Council" staged a brazen assault on a checkpoint in Yusifiya, south of Baghdad, manned by at least three U.S. soldiers. One of the men, David Babineau, was killed in the initial attack, while two others—Kristian Menchaca and Thomas Tucker from the 101st Airborne Division—were taken captive. On July 10, 2006, the Mujahideen Shura Council released a 4:39 minute video recording with gruesome images of Al-Qaida fighters triumphantly mutilating the corpses of Menchaca and Tucker.[225] The video is inset with audio recordings of Abu Musab al-Zarqawi and Usama Bin Laden. A message from the Mujahideen Shura Council accompanying the video explains that it was produced as "revenge for our sister who was dishonored by a soldier of the same brigade," in reference to the reported rape and murder of an Iraqi girl and her family by a group of rogue American soldiers.[226] The message concluded, "we ask Allah to make the remnants of their bodies a cure for the hearts of the believers."[227]

On July 12, 2006, "Sayf Maslool" messaged user "Tauqir" regarding the Al-Qaida video of the two murdered U.S. soldiers:

"bro u want to see something… u remember the rape incident… w/ the 14 yr old girl. u want to see the response? …get ready and it ain't a statement from CAIR… this is sick, as in sick… but it shows the aftermath not the actual process… they go all the way. ull see. and better yet, they do it against hicks not Shiah. the same baseball team that the rapist was on, they did it to them… let's just say they got torn apart… they specifically did this in response to the rape… they left the corpses [on the street] and walked away. u saw how they dissected the bodies… u can see the ribs, internal organs, etc. now they'll think twice when they see an Iraqi girl… Texas BBQ is the way to go… brutal, man… absolutely brutal."[228]

---

[223] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[224] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My
Documents\Videos\العراق\juthath.rmvb.
[225] http://www.alhesbah.org/v/showthread?t=74042. July 10, 2006.
[226] Mujahideen Shura Council. "Video of Dead U.S. Soldiers in Yusifiya in Revenge for the Killing of an Iraqi Family." Released: July 10, 2006.
[227] Mujahideen Shura Council. "Video of Dead U.S. Soldiers in Yusifiya in Revenge for the Killing of an Iraqi Family." Released: July 10, 2006.
[228] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.

EX00090

"Tauqir" quickly replied, "oh the yankees. yeah man i hate that team… i really wanna see this."[229]

o **Al-Fajr Media Center – "Massadat al-Ansar in Mesopotamia"[230]**

On April 17, 2006, the Al-Fajr Media Center—the official entity responsible for Al-Qaida's online logistical activities—released a 2-hour audiotape recorded by an alleged mujahideen commander in Iraq identifying himself as "Abu Mohammed al-Salmani."[231] The purpose of the audiotape was to document the early history of Al-Qaida's movement in Iraq headed by Abu Musab al-Zarqawi. According to al-Salmani:

> "We thought that the American insult against Iraq was more tolerable than the Iraqi regime [of Saddam Hussein]. The Americans were obviously stronger and had much more sophisticated weapons, but they lacked the acceptance among the public and that made them less dangerous to us than the Iraqi regime—which was able to infiltrate every household in Iraq… I returned to the city of Al-Qaim and I witnessed many men from almost every Arab and Muslim country. These young men from abroad said that they were ready to declare jihad by helping the Iraqi forces in their battles against the Americans—but we told them that those [Iraqi] forces were always renowned for their hatred of Muslims and Islam… We decided to establish our training camp in the area of Rawa which was secluded and enabled us to train freely. We built several shelters around the camp that enabled us to hide during the day, in case we needed to, and to train at night. We had some experience in building those hiding places. In addition, the enemy did not have the requisite intelligence to locate these hiding places. Subsequently, the training commenced and the young men evinced high levels of excitement and enthusiasm and good Islamic morals. The training course at that camp lasted for approximately 30-45 days… Most of the brothers, including the commander, were from Saudi Arabia… brother Abu Usama went to Saudi Arabia to recruit more brothers and raise some money—and when he came back, he had 5 brothers with him, including two who were among those who participated in the attack on the U.S.S. Cole warship in Yemen and later were arrested in Syria… In addition, Abu Usama had brought with him [from Saudi Arabia] a sum of $100,000."[232]

A copy of the Al-Fajr Media Center audio recording, "Massadat al-Ansar in Mesopotamia" is stored in the "My Documents\Lectures" folder for Windows user Tariq in the preserved laptop hard drive provided to me by the U.S. Attorney's Office.[233] On April 28, 2006—eleven days after the initial release of the audio recording—user "Ahmad Rashad" sent a chat message to "Sayf Maslool" advising him about its existence: "bro there is a new audio tape talking

---

[229] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\thz786.log.
[230] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Lectures\Karamat.mp3.
[231] http://www.alhesbah.org/v/showthread?t=59065. April 17, 2006.
[232] Al-Fajr Media Center. "Massadat al-Ansar in Mesopotamia." Released: April 17, 2006.
[233] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Lectures\Karamat.mp3.

EX00091

abouit the karamat of the muj includinog karamat al shiek roshood… this tape is great so far."[234]  Maslool replied, "I just was listening to it… it's good."[235]

- **Abu Musab al-Suri (Mustafa Setmariam Nasar)**

Senior Al-Qaida commander Abu Musab al-Suri (a.k.a. Mustafa Setmariam Nasar, Omar Abdel Hakim) was born in October 1958 in Aleppo, Syria. Nasar was a member of the radical Syrian Muslim Brotherhood and was forced to seek exile from his homeland during the 1980s, traveling throughout the Middle East and North Africa—and eventually finding his way to the ongoing jihad in Afghanistan. Abu Musab would later issue a statement clarifying his early involvement with Al-Qaida and the Arab-Afghans:

> "I was honored to participate in the Afghani jihad against the Russians and the communists until we exterminated their forces and lowered their flanks and made an example out of them—as we will also do with America, with the help of Allah… In 1988, I was honored by coming to know Shaykh Usama [Bin Laden]… I was honored to become a member of Al-Qaida, and I worked with the group until 1992. During that time, I trained its first elite fighters and I was an instructor at its camps and other Arab-Afghan camps in various military and organizational methodologies, especially given my own high-degree of specialized training in explosives production, special operations, and guerilla warfare that I received in Jordan, Iraq, and Egypt."[236]

By 1998, al-Suri moved his family to Afghanistan and took up full-time residence there. In Afghanistan, Abu Musab "worked with the Taliban Ministry of Defense as a mujahid and established the Al-Ghuraba training camp… where I instructed many Arabs and non-Arabs. The apostates and the infidels in Central Asia, [Saudi Arabia], and other places would come to taste the ferocity of those who I trained."[237] According to a public statement from Abu Musab al-Suri released in early 2005:

> "I last saw Shaykh Usama [Bin Laden]—may Allah protect him—in November 2001 during the battles to defend the [Taliban] state. We reminisced about our pledges [of allegiance] to [Mullah Mohammed Omar] and I offered him an oath for jihad and to fight against our enemies. This is exactly what I am doing now with my hand and my pen, whenever I can, if Allah wills it. Today, our Shaykh Usama [Bin Laden] is a symbol of our jihad and a symbol of our entire Islamic nation. It is a duty of mine and of us all to contribute whatever they can towards this decisive battle and to exert their utmost efforts… In regards to the debate over whether I am part of Al-Qaida or not, Al-Qaida

---

[234] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[235] \Session 1\Track 01\No Name\Program
Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[236] The Office of Shaykh Omar Abdel Hakim (Abu Musab al-Suri). "A Statement Issued From the Office of the Shaykh Abu Musab al-Suri in Response to the Declaration of the U.S. Department of State."
http://carriagehouseglass.com/peepingcam/peeping/index.html?subject=1&rec=29&tit=tit&pa=0. Dated: December 2004.
[237] The Office of Shaykh Omar Abdel Hakim (Abu Musab al-Suri). "A Statement Issued From the Office of the Shaykh Abu Musab al-Suri in Response to the Declaration of the U.S. Department of State."
http://carriagehouseglass.com/peepingcam/peeping/index.html?subject=1&rec=29&tit=tit&pa=0. Dated: December 2004.

EX00092

has become the entire Islamic nation... this is what America helped to create when it began treating all resistance as part of Al-Qaida, so be it!"[238]

In November 2004, U.S. Secretary of State Colin Powell announced a $5 million reward for information leading to the capture of Abu Musab al-Suri, described by the State Department as "an al-Qaida member and former trainer at the Derunta and al-Ghuraba terrorist camps in Afghanistan where he trained terrorists in poisons and chemicals."[239]   A month later, Abu Musab drafted an official response to the charges against him:

> "Although I emphasize my non-participation and lack of prior knowledge of the honorable September 11 attacks, if I had been consulted about this operation, I would have advised them to select aircraft on international flights and to have put weapons of mass destruction aboard them.  Attacking America with weapons of mass destruction was—and still is—a difficult and complicated matter, but it is still a possibility in the end, if Allah permits us.  More importantly, it is becoming a necessity... It is not a far cry from justice to adopt the slogan, 'Dirty Bombs for a Dirty Nation.'  This is practically equal treatment.  Let the American people—those who voted for killing, destruction, the looting of other nations' wealth, megalomania, and the desire to control others—be contaminated with radiation!"[240]

In order to help spread his doctrines and experience to Al-Qaida operatives and supporters around the world, in early 2005, Abu Musab al-Suri published a landmark 500-page manifesto on the Internet titled, "The Global Islamic Resistance Call."[241]   This epic treatise has received significant attention and has been the subject of widespread distribution among Islamist militants, who view it as an essential instructional guidebook for would-be jihadists.  The "My Received Files" folder for Windows user "Tariq" on the preserved hard drive provided to me by the U.S. Attorney's Office includes an Arabic-language Microsoft Word document (titled "Hijrah.doc" [Migration.doc]) which appears to be an excerpted portion of Abu Musab al-Suri's "Global Islamic Resistance Call."[242]  According to the six-page excerpt:

> "Muslims living in Western countries and the homelands of the infidels and disbelievers must do two things... First: migration from the land of disbelief and apostasy to the land of Muslims, even if that leads to a loss in material wealth, and exposure to the justices of

---

[238] The Office of Shaykh Omar Abdel Hakim (Abu Musab al-Suri).  "A Statement Issued From the Office of the Shaykh Abu Musab al-Suri in Response to the Declaration of the U.S. Department of State." http://carriagehouseglass.com/peepingcam/peeping/index.html?subject=1&rec=29&tit=tit&pa=0.  Dated: December 2004.

[239] "U.S. Offers $5 Million Reward for Information about Terrorist."  Press Release from the U.S. Department of State; Office of the Spokesman.  Dated: November 18, 2004.

[240] The Office of Shaykh Omar Abdel Hakim (Abu Musab al-Suri).  "A Statement Issued From the Office of the Shaykh Abu Musab al-Suri in Response to the Declaration of the U.S. Department of State." http://carriagehouseglass.com/peepingcam/peeping/index.html?subject=1&rec=29&tit=tit&pa=0.  Dated: December 2004.

[241] Shaykh Omar Abdel Hakim (Abu Musab al-Suri).  "The Global Islamic Resistance Call." http://carriagehouseglass.com/peepingcam/peeping/files/books/2005/mqdoc.zip.  Released: January 2005.

[242] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Received Files\Hijrah.doc.

EX00093

the apostate regimes [in the Muslim world]... Secondly: to keep in mind the call for resistance on every Muslim living in the Western homelands, even the ones who are native... Jihad is an obligation against the infidel governments of countries involved with NATO and the occupying Americans and Jews—it is an obligation on every Muslim no matter where they live... It is not permissible to stay in the West and other infidel lands... except for a legitimate purpose, such as jihad."[243]

## VII.) THE BROWSING OF INTERNET WEBSITES RUN BY OR ON BEHALF OF INTERNATIONAL TERRORIST ORGANIZATIONS

Another common characteristic of homegrown terrorist networks based in Western countries is the use of extremist Internet websites and social networking forums. For isolated individuals living far away from actual zones of conflict, these forums offer a unique and powerful window into the activities of international terrorist organizations—including access to propaganda audio and video recordings and the chance to directly interact with radical religious figures, militant leaders, and other similar "lone wolf"-style recruits living in their own local communities. The preserved laptop hard drive provided to me in the present case by the U.S. Attorney's Office for the District of Massachusetts contains a wealth of data relating to top-tier extremist social networking forums—including "At-Tibyan Publications", ClearGuidance.com, IslamicNetwork.com, "Al-Ekhlaas", "Al-Hesbah", and the "World News Network" (W-N-N.NET).

- **At-Tibyan Publications**

At-Tibyan Publications is an online Islamic extremist support network which by 2006 was arguably the premier source of English-language terrorist propaganda on the Internet. According to the words of the editors at At-Tibyan Publications, "We found it beneficial for the many English-speaking Muslims to... perhaps learn and grasp its meanings."[244] The group maintained a popular English-language Internet discussion forum for jihad supporters living in the West at http://www.tibyanpubs.com and http://www.at-tawheed.com, which was locked with specialized logins and passwords since at least late 2005 in an attempt to evade law enforcement scrutiny.

The "bookmarks" file for the Mozilla Firefox web browser profile for Windows user "Tariq" includes the following entry: "http://www.at-tawheed.com/forums/search.php?do=getnew." This is a simplified hyperlink shortcut for a registered user on the At-Tibyan Publications social networking forum to quickly view all new message postings since their last visit to the website.[245] Likewise, the "Temporary Internet Files" cache created by the Microsoft Internet Explorer web browser

---

[243] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Received Files\Hijrah.doc.
[244] Al-'Ulwaan, Shaykh Sulaymaan bin Naasir bin Abdullah. "Verily The Victory of Allaah Is Near." At-Tibyan Publications. Rendered in English by Abu Huthayfah Yusuf al-Canadee. Page 3.
[245] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\bookmarks.html.

EX00094

for Windows user "Tariq" includes fragments of at least three messages posted on the At-Tibyan discussion forum—including a particular thread offering download links to the previously-cited video "Ghazwah Badr Baghdad" ("The Battle of Badr in Baghdad") by "Tantheem Al-Qaida fee BiladiRafidayn" ("Al-Qaida's network in Mesopotamia").[246]

The same preserved laptop hard drive contains numerous chat discussions between "Sayf Maslool" and his online associates regarding At-Tibyan Publications and its online forum. During conversations that took place in March and April 2006, Sayf Maslool urged user "Taimur" to "try to join" the At-Tibyan forum: "it's a good forum... I don't go to J sites, man... except for Tibyan."[247] Maslool explained, "Abul Muthanna... is the one who started Tibyan before he left... [he is] like 28 [years old]."[248] He reassured "Taimur", "I am an admin on that if you want to join... just give me: email address and screenname u want to use... I'll contact the accounts supervisor and as soon as he replies ur account info will be provided... my screenname on it is Abu Sabaayaa."[249] Chat logs indicate that Sayf Maslool also assisted another associate, user "Ali Abu Bakr", when he expressed a desire to create a registered account on the At-Tibyan forum: "u have an email address I can use for it? one that u don't use... just give it to me... ok check that email and follow the instructions... give it a minute or 2... maybe the forum server just takes a long time to send it out."[250]

Despite assurances from Sayf Maslool, user "Taimur" repeatedly expressed concerns that registering as a user on At-Tibyan's forum "might be too dangerous": "i dont want some psycho fbi agent hacking into my account."[251] In response, Sayf Maslool suggested to "Taimur", "sign in w/ Abu Sabaayaa password Allahuakbar."[252] During another online chat with user "Ihab", Sayf Maslool admitted that even some notorious extremist figures were "not hardcore enough... for some on Tibyan... I'm not kidding."[253] "Ihab" scoffed, "wat do u want them to do.....put a catalog on building weapons... man sometimes i dont want to speak my mind on these forums thinkin they might make takfeer of [excommunicate] me or something."[254]

The "My Documents\My Work" sub-folder for Windows user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office features a letter from a female Egyptian-American college student in New York regarding a possible marriage proposal. In the letter, the woman urges, "I wanted to ask that you please not

[246] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Local Settings\Temporary Internet Files\Content.IE5\EYY816K6\comments;tile=3;sz=160x600;pos=3;ord=570532661785755500[1].XAOw. Fileslack. See also: \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Local Settings\Temporary Internet Files\Content.IE5\S5MBOTQF\comments;tile=2;sz=160x600;pos=2;ord=214277586660815870[1].XAÔw .FileSlack. See also: \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Local Settings\Temporary Internet Files\Content.IE5\CHM3CTUF\comments;tile=3;sz=160x600;pos=3;ord=214277586660815870[1].FileSla ck.
[247] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[248] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[249] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[250] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\AbuTuraab86.log.
[251] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[252] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[253] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\smokeman56.log.
[254] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\smokeman56.log.

EX00095

publicize to the other brothers at Tibyan that you and I are communicating in this regards. If you remember when Abu Faaris PMed me on your behalf in February, I didn't respond and say I was considering someone else, and that is because I prefer not to make such things known until the time a formal commitments[sic] is made and it is clear things are going to work out."[255]

In addition to its Internet chat forum, At-Tibyan Publications also produced its own original online content—primarily translations of mujahideen recruitment material obtained from Al-Qaida commanders in Saudi Arabia, Iraq, and Afghanistan. Rather than merely translating news reports or offering background on particular military operations, At-Tibyan focused on distributing ideological material designed to convince likeminded individuals to sacrifice their lives in the cause of jihad. In fact, most of the material produced by At-Tibyan offered little in the way of public interest value—it would only be of use to someone with a genuine, deep-rooted interest in participating in violent jihad. For example, the Windows "Recycle Bin" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office contains a JPEG image screenshot from an English-subtitled DVD produced by At-Tibyan Publications featuring the previously-cited 2005 As-Sahab Media Foundation video "Harb al-Mustadafeen" ("The War of the Oppressed").[256] In an online chat with user "Taimur", Sayf Maslool acknowledged that the authors of At-Tibyan Publications material are not considered to be conventional religious scholars or clerics: "many of them are self-taught... it's al legit. trust me."[257]

The material produced by At-Tibyan Publications includes a notorious 65-page pamphlet titled "39 Ways to Serve and Participate in Jihad."[258] This document was originally written in Arabic by Isa al-Awshin (the late editor of Al-Qaida in Saudi Arabia's official Sawt al-Jihad Magazine) and first appeared on the Internet in 2003. The document represents an unusually elaborate guidebook for would-be jihadist recruits as to how they can best personally contribute to the struggle of global jihad. For instance, Section 5 of the document (titled "Outfitting a Fighter") explains:

> "One of the ways to take part in jihad in the path of God and to serve the mujahidin is to equip fighters for jihad... The outfitting of a fighter is a great opportunity for a man if he has a valid excuse that prevents him from going out to fight... The outfitting of fighters offers an opportunity for women, who cannot ride out in battle in the path of God. They can equip fighters with their money, their jewelry, and their property in order to reap the great reward... If someone has no money to give, he can outfit a fighter by collecting money to equip fighters in the path of God."[259]

This document written by Isa al-Awshin and released in English by At-Tibyan Publications has been cited in numerous recent mainstream media reports as a prime example of the growth of Al-Qaida terrorist activity on the Internet. Articles published within the last year by both Western news agencies and by the Qatar-based Al-Jazeera

---

[255] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents \My Work\answers-1.doc.
[256] \Session 1\Track 01\No Name\Recycled\ Dc158.jpg.
[257] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[258] http://forums.islamicawakening.com/archive/index.php/t-801.html. April 21, 2006.
[259] At-Tibyan Publications. "39 Ways To Serve and Participate in Jihad." April 2006.

55

EX00096

satellite network have specifically described "39 Ways to Serve and Participate in Jihad" as "a popular book among terrorists"[260] that is responsible for directly "encourag[ing] the growth of home-grown militant cells across the world, including in such Western countries as Canada and Britain."[261]

The preserved laptop hard drive provided to me by the U.S. Attorney's Office features evidence strongly suggesting that the owner of that same hard drive was the individual responsible for creating the English translation of "39 Ways to Serve and Participate in Jihad" on behalf of At-Tibyan Publications. The "My Documents" folder for Windows user "Tariq" includes a sub-directory, "My Work\Translations" containing 37 separate versions of the "39 Ways" document in raw Microsoft Word format.[262] These 37 files, created between December 18, 2005 and April 5, 2006, appear to reflect the in-progress At-Tibyan translation of the original Arabic-language format of "39 Ways."[263] The same sub-directory also contains a copy of the Adobe PDF final draft version of "39 Ways" as it was eventually published by At-Tibyan Publications.[264] Furthermore, log files created for Windows registered user "Tariq" by the Microsoft Firefox browser indicate that "Tariq" downloaded a copy of "39ways_PARTIAL.pdf" from an unknown Internet website.[265]

On April 18, 2006, during an online chat with user "Taimur", "Sayf Maslool" boasted, "the 39 [Ways]. I transd that. just finished it."[266] Quite clearly, Maslool had acknowledged his responsibility in creating the At-Tibyan translation of "39 Ways" to other associates as well. On April 4, user "Ahmad Rashad" wrote to Maslool, requesting, "hey send me the 39 when u are done. i wanna read it." Maslool replied, "still gonna add a cover. make it look nice. and put it in PDF. this is just ur exclusive copy ;-) so don't send it to anyone... TIbyn... this is for them. they are gonna release it."[267] Rashad then pleaded with Maslool, "bro dont forget to talk to the tiby guys for me mashy."[268] On April 11, Maslool passed along a download link and notified "Ahmad Rashad", "the 39 book has been released officially."[269]

The U.S. Attorney's Office has also provided me with copies of recovered "private messages" sent through the now-defunct At-Tibyan Publications online chat forum. On April 4, 2005, At-Tibyan user "Abu Sabaayaa" received a private message

---

[260] Choate, Trish. "Terror takedown: Internet contributing to extremist movement." Standard-Times. March 5, 2007.
[261] "Al-Qaeda takes its fight to the internet." Al-Jazeera (Qatar). October 30, 2006.
[262] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Work\Translations\39 Ways.doc [37 separate versions in progress from 12/18/05 to 4/5/06].
[263] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Work\Translations\39 Ways.doc [37 separate versions in progress from 12/18/05 to 4/5/06].
[264] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\My Work\Translations\39 Ways.pdf.
[265] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\downloads.rdf [see reference to: "39ways_PARTIAL.pdf"].
[266] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[267] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[268] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[269] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00097

from "Aboo Khubayb al-Muwahhid": "I have noticed on this forum many of your beneficial translations which you have done… I asked the other brothers of At-Tibyaan Publications, and we wanted to ask you if you would be willing to join our Da'wah efforts and help us translate books."[270]

- **ClearGuidance.com**

The now-defunct ClearGuidance.com was, at one time, among the most popular gathering places for English-speaking supporters of jihad on the Internet. ClearGuidance.com was initially founded by a 23-year-old resident of Houston, Texas: Pakistani-American Sarfaraz Jamal (a.k.a. "Sasjamal"). In mid-2005, Jamal was forced to shut down ClearGuidance.com and its infamous chat forum when "it grew out of control" and became a principal meeting point for the alleged ringleaders behind a homegrown terrorist cell broken up by law enforcement in Toronto, Canada in June 2006. The group was allegedly preparing for a large-scale terrorist attack in southern Ontario, which possibly would have included detonating truck bombs in at least two locations in Canada and firing weapons in a crowded area. Police allegations also detailed plans by the homegrown cell in Toronto to storm various buildings such as the Canadian Broadcasting Center, the Canadian Parliament building, and the headquarters of the Canadian Security Intelligence Service (CSIS) in order to seize hostages.[271] At the time of the writing of this report in March 2011, at least eleven of the "Toronto 18" suspects have been convicted following trials in Canadian courts—with two men handed life sentences.[272] According to Canadian press sources, the CSIS had actually first taken an investigative interest in the two cell ringleaders responsible for the Toronto plot "because of their posts on ClearGuidance."[273]

On April 10, 2006, user "Taimur" sent an online message to "Sayf Maslool", asking, "bro what is clearguidance.com?" Maslool explained, "it was an old discussion board that was the precursor to Tibyan. it was THE best board online hands down but it got sht down… I was on it… Abul Muthanna was on it. he is the one who started Tibyan."[274]

- **IslamicNetwork.com**

IslamicNetwork.com was arguably once one of the top five most radical English-language Islamic chat forums on the Internet, and has been labeled by the Houston Chronicle simply as "a Web site frequented by terrorism suspects."[275] The chat forums on IslamicNetwork.com were used to republish countless English-language translations of propaganda and instructional documentation originally released by Al-Qaida and other terrorist organizations. In September 2005, the IslamicNetwork.com forum offered the translation of an interview with Saudi Al-Qaida commander Abdelaziz al-Muqrin, who

---

[270] "AbooKhubaybPM1.html." Tp.evan.pdf. Page 4.
[271] "Lawyer: Government says terror plans included beheading." CNN. June 7, 2006.
[272] "Convicted Toronto 18 member handed life sentence." CTV Toronto. March 4, 2011.
[273] El-Akkad, Omar and Greg McArthur. "A clear guide led spies to suspects." The Globe and Mail. August 19, 2006.
[274] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[275] George, Cindy. "Ex-Houstonian linked to al-Qaida pleads guilty." Houston Chronicle. April 19, 2007.

EX00098

personally beheaded U.S. hostage Paul Johnson in June 2004 and who later distributed a video recording of the brutal execution on the Internet. The interview was originally published in Arabic in Sawt al-Jihad Magazine, the official newsletter of Al-Qaida's network in Saudi Arabia. In the posting on IslamicNetwork.com, al-Muqrin is quoted explaining:

> "I made an oath, a pledge and a covenant with myself that I would cleanse the Arabian Peninsula from the Infidels/Polytheists. We were raised and born and we saw the light in this land, so in it we will fight the Crusaders and the Jews, until we expel them or until we taste [death]. And it is as Shaykh Usamah [Bin Laden] (May Allah preserve him) said, they will not taste safety until we expel them from [the Arabian Peninsula], and until we expel them from the Palestinian Land and from the lands of the Muslims… Iraq is a battlefront… where we want to work on fighting americans in, and likewise there are other battlefronts for the Muslims. And by the will of Allah the Americans won't decide anything as long as we twinkle and as long as we live. We will make them taste disasters; we will show them their worth and their ranks in between the nations… Tandhim ul-Qa'idah is a 'Jihadi Group' that is widespread across the globe, an Islamic army, and the Ummah's hope. By the will of Allah, is a worldwide development to The Jihad Strategy and By the Will of Allah, the historical beginning of establishment of the Islamic State once again. And it's a natural historical endurance to the path of Jihad, and it is the army that will demolish the bedfellow of The Crusaders and the Jews in the entire world. It will destroy their castles and towers By the Will of Allah… Allah Glorified and Exalted is He, lengthens our age so that we can enrage the enemies and slaughter them and to plunge the sword into them."[276]

One of the senior administrators responsible for IslamicNetwork.com was Houston resident and founder of ClearGuidance.com Sarfaraz Jamal (a.k.a. "Sasjamal"). Jamal helped establish the IslamicNetwork.com and—in the wake of the closure of ClearGuidance.com and the emergence of IslamicNetwork.com—the latter site attracted many of the former's users—including associates of the alleged Toronto terror cell suspects. One of the participants on the IslamicNetwork.com chat forums was "UmmSumayah", the wife of alleged Toronto terror cell ringleader, 21-year old Fahim Ahmad. In a forum post from January 2007, "UmmSumayah" discussed her situation with other IslamicNetwork.com users: "My husband has been arrested along with 17 guys. I write to all of them."[277] The IslamicNetwork.com website has also been simultaneously used to raise money to support the families of the 17 terrorist suspects on trial in Toronto.[278]

Aside from Sarfaraz Jamal, the IslamicNetwork.com was also managed by several other individuals, including former Houston, Texas resident Daniel Maldonado (a.k.a. Daniel al-Jughaifi), a convert to Islam who had been living abroad in Egypt since November 2005. Even while in Egypt, Maldonado played an active, day-to-day role in running the website, boasting of his title as "Islamic Network Super mod and Islamic Network Office Manager."[279] Maldonado was an avid web surfer, and frequently published material on IslamicNetwork.com chat forums for other English-speaking

---

[276] http://talk.islamicnetwork.com/showthread.php?t=4867. September 26, 2005.
[277] http://talk.islamicnetwork.com/showthread.php?t=112763. January 22, 2007.
[278] http://talk.islamicnetwork.com/showthread.php?t=111320. August 3, 2006.
[279] http://talk.islamicnetwork.com/showthread.php?t=5821. December 15, 2005.

EX00099

Muslims to review. In June 2006, Maldonado posted several Western press articles about mujahideen fighters in Somalia, including a piece from the BBC suggesting possible "Al-Qaeda links." In response, Maldonado commented, "There is a pic[ture] on the link wherein there are two veiled sisters holding up the Quran that speaks volums[sic] of what one hopes is happining[sic]. I felt like crying. Make Dua' [prayers] people!"[280] In April 2007, Maldonado pled guilty to charges of participating in an Al-Qaida training camp in Somalia in exchange for an agreement that prosecutors would not file any further charges against him. He was sentenced to ten years in federal prison.[281]

On IslamicNetwork.com chat forums, remaining website administrators publicly responded to Maldonado's arrest on terrorism charges: "daniel was an amazing brother who worked for us - he made some really beneficial posts for a while (part of his work to bring benefit to the forums), handled info box, etc. - but was so dedicated to IN - he also updated the news, etc.. his family was our family and vice versa." In response to the IslamicNetwork.com statement about Maldonado, another user commented, "Subhanallah! Is it just me, or is every mod[erator] and person associated with the forum bein[g] arrested???"[282]

The "bookmarks" file for the Mozilla Firefox web browser profile for Windows user "Tariq" includes the following entry: "http://talk.islamicnetwork.com/search.php?do=getnew."[283] This is a simplified hyperlink shortcut for a registered user on the At-Tibyan Publications social networking forum to quickly view all new message postings since their last visit to the website. On March 29, 2006, during a chat with user "Taimur", "Sayf Maslool" acknowledged, "I'm only on Tibyan and Islamic Network... [as] Abu Sabaayaa."[284] A search of the corresponding Islamic Network forum user database confirms the existence of such a registered account.[285]

- **The Al-Ekhlaas and Al-Hesbah Forums**

Following the demise of the notorious "Muntada al-Ansar" web discussion forum run by "Irhaby007" in late 2005, two new Internet websites emerged to serve as the official distribution points for propaganda produced by Al-Qaida in Afghanistan, Al-Qaida in the Arabian Peninsula (AQAP), Al-Qaida in Iraq, and other allied terrorist organizations. Responding to rumors that these forums had been infiltrated by hostile intelligence services, in April 2006, AQAP issued an official communiqué reassuring its supporters, "we can only say good things about our brothers from the Al-Hesbah network... The brothers from Al-Hesbah have provided a superb service to the jihad and the mujahideen and everyone credits them for this."[286] In the 30th issue of their official magazine (published in February 2007), Al-Qaida's branch in Saudi Arabia published an interview with senior operative Badr al-Humaidi who freely professed, "As for the

[280] http://talk.islamicnetwork.com/showthread.php?t=9323. June 6, 2006.
[281] George, Cindy. "Ex-Houstonian linked to al-Qaida pleads guilty." Houston Chronicle. April 19, 2007.
[282] http://talk.islamicnetwork.com/showthread.php?t=12829. February 14, 2007.
[283] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\bookmarks.html.
[284] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\Xixtahmedxix.log.
[285] http://talk.islamicnetwork.com/member.php?u=477.
[286] http://www.w-n-n.net/showthread.php?t=9640. April 3, 2006.

EX00100

brothers, the administrators of the Al-Hesbah forum, in Allah's name, we can say only good things about them and their brothers from the Al-Ekhlaas forum… and other jihadi media groups who have provided and continue to provide many important services to the mujahideen… [They] have supported our organization for years, since the days of Shaykh Yusuf al-Ayyiri and commander Abu Hajer Abdelaziz al-Muqrin."[287]

Likewise, in April 2007, during an interactive Q&A session conducted over the PalTalk network, "Abu Adam al-Maqdisi"—a lieutenant for Al-Qaida's "Islamic State of Iraq"—attempted to respond "to the question 'what is the best way to prepare yourself while in your country before joining the jihad in Iraq': O' brother, there are many military courses distributed by various jihadi websites—such as the Al-Hesbah, Al-Ekhlaas, and the Al-Boraq forums."[288]   Even Al-Qaida's top central leadership were deeply indebted to the services provided by these twin web forums.  In December 2007, Al-Qaida's As-Sahab Media Wing and the Al-Fajr Media Center jointly announced an open online question-and-answer session with Al-Qaida Deputy Commander Dr. Ayman al-Zawahiri.   Arabic-language advertisements for the Zawahiri Q&A indicated that interested parties should submit their suggested questions to four specified jihadi chat forums—including Al-Hesbah and Al-Ekhlaas.[289]

The remarkable impact of the Al-Ekhlaas forum in terms of Al-Qaida's media war can hardly be understated.  In the summer of 2008, a message was distributed in English on several prominent jihadi forums praising the role of Al-Ekhlaas in advancing forward the jihadi cause: "The electronic engineers in Al-Ekhlaas Jihadi Forum invented a way to remote-control cars without the need of a driver!!  Imagine!!  They have made a long research with images in how to do it, and they claimed it worked successfully.  I was so impressed to read this news, just like all members of that great forum.  Can you imagine how much this will help the Mujahideen??   They can now do huge and MANY operations without the need of martyrdom bombers.. Allahu Akbar.. that means they can kill many Kuffar in each operation without losing any Mujahid… Insha'Allah this research will be considered seriously by the Mujahideen and can be improved and enhanced…  Insha'Allah we are going to hear very good news from the lands of Jihad when they start applying this idea."[290]

The social networks that formed over the Al-Hesbah and Al-Ekhlaas forums were perhaps even more important than the propaganda and instructional material they distributed.   In late May 2007, a widely-admired administrator on the Al-Ekhlaas forum—using the handle "Mujahid 1988"—posted a new message, declaring, "I say goodbye to you, I loved you all.  Dear brothers, I say farewell to you and I thank Allah who has enabled all of us to follow the path of jihad.  I am filled with joy.  Soon my humble will, that I sent few days ago to one of the brothers, shall be posted to you all… may all of us meet in paradise.  You should keep on the path of jihad and do not forget to pray for us.  All I ask you, dear brothers, is to pray to Allah that I may achieve martyrdom."[291]   The notion that even the Al-Ekhlaas forum elite were setting forth on

[287] Tanzim Al-Qaida fi Bilad al-Haramain (Al-Qaida's network in the Land of the Two Holy Places). "Special Interview with Badr bin Abdullah al-Humaydi." <u>Sawt al-Jihad</u>. Vol. 1; No. 30. Released: February 8, 2007.

[288] http://www.alhesbah.org/v/showthread?t=124552. April 27, 2007.

[289] http://www.alhesbah.net/v/showthread?t=157416. December 16, 2007.

[290] http://www.alqimmah.net/showthread.php?t=1298. July 24, 2008.

[291] http://www.ekhlaas.ws/forum/showthread.php?t=62257. May 31, 2007.

EX00101

their own personal jihad missions was particularly inspiring to other members. Mujahid 1988's initial farewell received a torrent of responses from other users. A second administrator wrote back, "Allahu Akhbar… believe me, my friend, the words are frozen in my mouth as I stammer and do not know what to say. I am happy and sad at the same time, joyful for you and for all the mujahideen, and pleased because you have put your knowledge into action and you were not merely content with staying on the Internet forums without entering the real world, where killings and death truly are." Other users offered a chorus of prayers that Mujahid 1988 be granted martyrdom "and receive it in a hail of bullets."[292]

The "My Documents\Pictures" folder for Windows user "Tariq" on the preserved laptop hard drive provided to me by the U.S. Attorney's Office contains two matching images: "tampon.jpg" and "tampon2.jpg."[293] Tampon.jpg consists of a screenshot of the Al-Ekhlaas forum, while conversely, tampon2.jpg is a screenshot of the Al-Hesbah forum. On February 5, 2005, user "Ahmad as-Sarayri" wrote to "ibnul_khattab82", "I am registered in all the private [or special] websites." In response, Ibnul_khattab82 asked, "al-Hesbah?"[294] Likewise, on June 4, 2006, "Sayf Maslool" attempted to advise user "Ahmad Rashad" regarding preferred online extremist chat forums. Maslool noted, "yeah, al-Ekhlas recently reopened for registration."[295]

- **W-n-n.net (World News Network)**

The deceptively-named "World News Network" first emerged in mid-2005 as an alternative online distribution location for official Al-Qaida propaganda. The Arabic-language website ran off precisely the same forum software as Al-Hesbah and Al-Ekhlaas, but did not require visitors to formally register—nor did it serve any immediate social networking function. Its purpose was merely for Al-Qaida supporters to gain direct access to video, audio, and text communiqués issued by Al-Qaida's leadership without having to visit higher-profile jihadi web forums like Al-Hesbah and Al-Ekhlaas. In July 2007, reporters at the Washington Times contacted the Internet hosting provider for W-N-N.NET, Site Genie LLC of Rochester, Minnesota. According to the Times, after being shown the content available on the "World News Network", Site Genie CEO Scott Litke instructed the owner of the server to shut it down: "We're a shared hosting service, meaning we sell space to other hosting companies, so chances are they don't even know what's being held on their own servers, but I don't want this on my network… Technology is great but in some ways it is simply sad how it can be used."[296]

The "bookmarks" file for the Mozilla Firefox web browser profile for Windows user "Tariq" includes the following entry: "http://w-n-n.net/forumdisplay.php?f=2."[297] This is a simplified hyperlink shortcut for a web visitor to view the latest "News

[292] http://www.ekhlaas.ws/forum/showthread.php?t=62257. May 31, 2007.
[293] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\My Documents\Pictures
[294] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\YAHOO\Query\abdo1192002.log.
[295] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.
[296] "Jihad like lightning." Washington Times. July 31, 2007.
[297] \Session 1\Track 01\NO NAME\Documents and Settings\Tariq\Application Data\Mozilla\Firefox\Profiles\rmrt904t.default\bookmarks.html.

EX00102

Releases" posted on the "World News Network" by the official online representatives of terrorist organizations. On March 25, 2006, user "Ahmad Rashad" sent a message to "Sayf Maslool" containing the above hyperlink to "News Releases" on w-n-n.net. Maslool responded, "haha nice. thanks man. I'm gonna bookmark this insha Alla."[298]

## VIII.) CONCLUSIONS

As demonstrated by the above analysis, and based upon my previous experience in studying contemporary terrorism cases, I believe that the evidentiary materials provided to me by the U.S. Attorney's Office for the District of Massachusetts demonstrate nearly all of the relevant factors as to whether a person or persons might fit the profile of a "homegrown" terrorist network, including:

- The Formulation of Self-Selecting Schemes Aimed at Traveling Abroad to Join Foreign Terrorist Organizations, Attending Training Camps, and/or Achieving Imminent Acts of Physical Violence;
- Pre-Existing Connections to Known Extremist Groups and Convicted Terrorists;
- The Adoption of a Hardline Sectarian Religious Perspective, Often Identified With the "Salafi-Jihadi" or "Takfiri" School (Evidenced by the Possession And/Or Distribution of Extremist Ideological Materials);
- The Use of Coded Language and Attempts at Logistical Subterfuge (i.e. Attempts to Secret or Hide One's Activities); and,
- The Deliberative Collection and Redistribution of Large Quantities of Terrorist Propaganda.
- The Browsing of Internet Websites Run by or on Behalf of International Terrorist Organizations.

Upon reviewing the evidence assembled in the present case, I have concluded that the defendant closely fits the profile of a violent jihadi extremist, and that there is a strong likelihood that he is a leading progenitor within a genuine "homegrown" terrorist network.

---

[298] \Session 1\Track 01\No Name\Program Files\Trillian\users\default\logs\aim\Query\ALSHAHEED99.LOG.

EX00103