```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
         v.                    )    Criminal No. 09-10017-GAO
                               )
                               )
TAREK MEHANNA                  )
```

## NOTICE

The United States of America, by and through United States Attorney Carmen M. Ortiz, and Assistant United States Attorneys ("AUSA") Jeffrey Auerhahn and Aloke S. Chakravarty, for the District of Massachusetts, and Jeffrey D. Groharing, Trial Attorney, Counterterrorism Section, National Security Division, United States Department of Justice, files this notice to provide a more complete and accurate record related to the defendant's complaint of an alleged failure of notice concerning the exhibits the government has offered in evidence that derive from the United Kingdom's Operation Mazhar.

During oral argument in Court on November 9, 2011, defense counsel argued that they relied on a courtesy copy of the government's exhibit list to identify the source of each of the proffered exhibits.  See Defense Exhibit 1099.  In support of the statements made by government counsel on this issue, the government attaches hereto the reports of the United Kingdom computer forensic analysis (Mazhar reports) which lay out the source of each of the files the government has tendered as exhibits, including the computer or other media from which the

exhibit was extracted, as well as the specific path and file name.  These files were extracted for trial by the UK forensic expert from "DRH/1," a computer of Younis Tsouli, "CJG/33," a computer of Waseem Mughal, and "CJG/10," a thumb drive of Waseem Mughal.  Detailed information concerning the source of the exhibits were provided in the form of three reports from the UK; this information was made available to the defense in August 2011 in Attachment A, and in the evidential and initial examination reports on October 4, 2011 in Attachments B and C.  These reports identify in great detail the provenance on the computer media from which specific exhibits were extracted, including, as stated above, the specific computer or media that was the source of the exhibit.

    As a courtesy in a case with so many exhibits, shortly before trial, the government provided a chart created from the exhibit list which was populated in a worksheet form in an effort to be helpful to the defendant and the court, which included such additional data as the search or surveillance that yielded the evidence, Bates numbers, dates, redactions, and other identifying information, without warranting or encouraging any reliance on the list, but rather providing it as a pre-trial tool that the government was using.  The defense was equipped to create their own-such list.  Apparently, the alignment of the identifying numbers was off on the government's chart and some of the United Kingdom files did not have the correct corresponding

identification number on said list.

Last week, the defense, apparently having done their own computer analysis, complained that they could not locate several of the exhibits associated with a United Kingdom computer identified as "CJG/7."  CJG/7 is a computer hard drive (seized from Waseem Mughal) which was believed to have been, but which had not previously been provided in discovery.  (Only the exhibits drawn therefrom had been provided in discovery.)  Upon discovering last week that CJG/7 was not in fact among the media that the government provided, the government notified the defendant that CJG/7 had not been provided, that the government would not offer anything from CJG/7, and that the Mazhar reports (Attachment B & C) denote where each of the exhibits were from.  The defendant did not further complain nor seek a revised courtesy list of exhibits.  The government then provided the specific exhibit numbers it intended to introduce through the witnesses this week, and redirected the defense to the corresponding Mazhar reports (attached hereto), further identifying the authors of each.  Until the argument in Court, the government was not notified that the defense had any objections to the revised list of Mazhar exhibits and had not indicated they were unable to locate any of the files offered

into evidence.

>Respectfully submitted,
>
>CARMEN M. ORTIZ
>United States Attorney
>
>By: /s/ Aloke Chakravarty
>Aloke S. Chakravarty
>Jeffrey Auerhahn
>Assistant U.S. Attorneys
>
>Jeffrey D. Groharing
>Trial Attorney
>Counterterrorism Section
>National Security Division
>U.S. Department of Justice

Date:     November 10, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through CM/ECF and served electronically to counsel for the defendant on this date.

> /s/ Aloke Chakravarty
> Aloke S. Chakravarty
> Assistant U.S. Attorney