**Operation MAZHAR background:**

During 2005 a small group of young Muslims were engaged in a virtual conspiracy to murder, conspiring on-line to assist the terrorist cause of Al-Qaeda. These included: Tariq Al DAOUR, Younes TSOULI and Waseem MUGHAL in the UK; Syed Haris AHMED and Ehsanul SADEQUEE in the USA; Mirsad BEKTASEVIC in Sweden; Abdul Basit ABU-LIFA and Abdul Kadir CESUR in Denmark.

Using the internet to securely communicate and conduct operational planning, they also distributed extremist propaganda and instructional material on-line to the worldwide jihadist community. In doing this they converted video files and prepared them for public release; translated documents & films; constructed web sites funded by the fraudulent use of compromised credit cards; and funded & administered jihadist web forums.

They affiliated themselves with Al-Qaeda by forming and announcing Al-Qaeda in Northern Europe on the Ansari.info forum. Whilst supported by the others, BEKTASEVIC and CESUR travelled to Bosnia where they obtained ordnance for proposed terrorist attacks in Europe.

Index:

| | |
|---|---|
| Section 1 | **Conversion and distribution of Video Files for AQ;** |
| Section 2 | **Contact re set up of AQ Northern Europe** |
| Section 3 | **Arrests and searches** |
| Section 4 | **Conclusion** |

## Section 1

**Conversion and distribution of Video Files for AQ**

Upon entry to TSOULI's address the officers found a laptop computer that was logged on. TSOULI was researching the word "bomb" in Google images, whilst building a banner for a web-site he was constructing named "You Bomb It". He was also on- line in a 'chat room' called 'qubix.ca', communicating with two chat room identities namely 'abuthaabit@qubix.ca'(MUGHAL) and 'saif@qubix.ca'(based in Canada).

Examination of seized computers revealed that Tsouli had set up numerous web sites using compromised credit cards supplied by AL-DAOUR. He had used various means to communicate with his associates: email; Skype; MSN type chat; and private messaging within extremist Islamic forums such as Tibyan Publications and Ansari.info.

Younes TSOULI can be shown to have been supplied by AQ contacts in Iraq with various original video clips that he then edited to varying sizes. File converter applications were present on TSOULI's computer DRH/1. The edited files would then be uploaded to server space on the internet and made available for download through announcements on the jihadist forums. Examples of this work can be seen on the seized computers:

**Details: harbalmostadafin**

Video files named harbalmostadafin and Bachair are identical, it appears that TSOULI has possession of this in August 2005. In September 2005 he discusses with MUGHAL their failure to distribute it correctly for al-sahaab, it now appears on ALDAOUR and MUGHAL's computers.

DRH/1 Downloads folder:
harbalmostadafin.mpg dated 26th August 2005 (8/26/2005 6:42pm)

DRH/1 Downloads folder:
harbalmostadafin.rmvb dated 26th August 2005 (8/26/2005 8:46pm)

DRH/1 also present is a series of images captured from this film 7rb-mostadafeen-01.jpg through to 13; these were modified on the 28th August 2005 between 6:18pm and 6:33pm.

DRH/1 as 7rb-mostadafeen[168910]. Html The web page contains download links for the harbalmostadafin video at www.ansaarnet.info in the three (3) formats show above and also 3gp. The creation date for this is shown as 5th September 2005 at 06:26:26am and a modified date of 8th September 2005 4:16:56pm (9/8/2005)

CJG/7 created on 5th September 2005:irh007@qnuijshdubix.ca .html this is a chat session between MUGHAL and TSOULI re the distribution of video for AQ:
(15:24:17) irh007@qubix.ca: we failed al sahaab on harb al mustadafeen video
(15:24:26) irh007@qubix.ca: we didnt distribute it properly
 (15:24:28) Abuthaabit@qubix.ca/Gaim: yeah
(15:24:31) Abuthaabit@qubix.ca/Gaim: i agree

DRH/1 New Text Document (6) .txt Text file created 7th September 2005 (9/7/2005 2:21pm) containing following website address: http://ansaarnet.info/sahaab/7rb-mostadafeen.html

DRH/1 Downloads folder:
harbalmostadafin.rm dated 7th September 2005 (9/7/2005 5:35pm)

The identical web page was captured by Evan Kohlmann (see EFK/1). The modified date for this is shown as 8th September 2005 16:17:44 (08/09/2005).

File: up0972.ram on DRH-1-HDD-2 (TSOULI) Created: 25/09/2005 20:47:33
Video clip lasting 11 minutes called They die to be alive by "JMB" various explosions. A clip within this shows a males talking in French, English speak about those who are agains Islam,(these clips are taken from a video found elsewhere on op MAZHAR exhibits called BACHAIR and harbalmostadafin)

CJG/1 (MUGHAL) contains bachair.mpg_1 through to bachair.mpg_24 are each small parts of a compilation video which in total is 59.58 minutes in length Created 12/09/2005

Exhibit INM/9 six CDROMS (AL-DAOUR) contains a video clip named Bachair, this last for 59Min 58Sec and was modified on 12/09/2005

Operation MAZHAR review

INM23 (ALDAOUR) chat session: 13 June 2004  Participants  Abu Dujanah abudujanah85@hotmail.com Ibn as-Sadeeqee al-Muwahhid  almuwahhid@hotmail.com Adudujanah admits to being a founding member of TP.

**Details: Note to Pakistan**

Prof SAMMES Annex D to Report AJS1
"notetopakistan.rar" is a zipped file it is shown as being downloaded from the web site "http://www.mo3ad.com/files_q/ar/".into DRH/1 "C:\Downloads" between 10/10/05 16:38:46 and 10/10/05 at 16:45:06 this being in 246 parts, it was then put back together at: 10/10/05 17:06:19. (It has a create time of 03/10/05 19:20:12 GMT this is likely to be from the original PC that uploaded it. None of the 246 parts remain on DRH/1. However, a copy of "notetopakistan.rar" is present in the folder "C:\Downloads"

note.to.pakistan.mpg 10/10/05 17:06:19 10/10/05 17:06:01 243,466,244

note.to.pakistan.wmv 10/10/05 18:54:58 10/10/05 18:38:33 19,470,640

note to pakistan.mpg 16/10/05 13:38:26 16/10/05 13:37:53 243,466,244

Web Page of users/dr_ayman is retained on DRH/1, using the Firefox cache and the Cache View application, this shows three versions of the files of interest: "AUDIO.note.to.pakistan2.wma", "note.to.pakistan.rm" and "note.to.pakistan.wmv". All files are shown to have "Last Modified" dates of 12/10/2005 with times (probably listed in BST) ranging from 12:59 to 13:23. This web page was accessed on 12/10/2005 at 15:31 GMT which is consistent with the Parent Directory being modified at 16:31 (probably BST). This web site is apparently provided free of charge by "http://www.free-hoster .cc" for the hosting of up to 500 MBytes.

It is possible that the files "AUDIO.note.to.pakistan2.wma" and "note.to.pakistan.rm" were converted from "note. to.pakistan.mpg" in a manner similar to that for "note.to.pakistan.wmv" and then copied to this web site.

**Details: Omar HADEED**

Based in USA is Internet web space provider SURFSPEEDY:
Domain Name: OMAR-HADEED.NET used for the purpose of distributing the Omar HADEED video. Whois Search on Domain Name Created 06.10.2005.  Registrant: ███████
███████████████████████████████████  NEW YORK, NY 10017 US Administrative Contact urmb2006(at)yahoo.com (TSOULI).
On the server space purchased on Surfspeedy sits a folder named Omar HADEED. Contained on GFB/65 are user stats for omarhadeed.irhaby007.ca; these stats show IP number 81.156.67.255 (TSOULI).  Statement from Professor SAMMES shows that there was a folder with this name on the irhaby007.ca website. Login name 'omarhadid' referred to (AJS/1).
DRH/1 - Speech by 'Omar HADDED' re. Iraq including footage of Mujahideen attacks on US and Iraq Police - exported as- Hadied_NEW_303MB(194713).rmvb_01

Found within the page file sys on DRH/1 and CJG/7 are fragments of an online chat conversation between MUGHAL aka Abuthaabit@qubix.ca and TSOULI aka irh007@qubix.ca. During the conversation they state, they need to provide money via a cashu card for Maximus (BEKTASEVIC aka Max); the media work they are doing is very important, the funding they have raised and people who have been encouraged to go on and martyr themselves, we will get the same rewards.

Abuthaabit@qubix.ca/Gaim: because we need to soert out the cashU card
Abuthaabit@qubix.ca/Gaim: and then we can start helping maximus more
Abuthaabit@qubix.ca/Gaim: this media work, i am telling you
Abuthaabit@qubix.ca/Gaim: this is VERY important
Abuthaabit@qubix.ca/Gaim: very very very very
irh007@qubix.ca: i know i know
Abuthaabit@qubix.ca/Gaim: because a lot of the funding that the bros are getting
Abuthaabit@qubix.ca/Gaim: is because they are seeing stuff like this coming out
Abuthaabit@qubix.ca/Gaim: it is shifaa for the sudoor of the muslimeen as well
Abuthaabit@qubix.ca/Gaim: it is tahreedh also
Abuthaabit@qubix.ca/Gaim: so many things akhi
Abuthaabit@qubix.ca/Gaim: imagine how many people have gone
Abuthaabit@qubix.ca/Gaim: afgter seen the situation because of the vcideos
Abuthaabit@qubix.ca/Gaim: imagine how many of them could have become shaheed as well
Abuthaabit@qubix.ca/Gaim: imagine that you get the SAME AJR as every single one of them that was affected by the media outlet

CJG/10 (MUGHAL) is a chat session file: irh007@qubix.ca.html
between irh007@qubix.ca (TSOULI) and yesyes (MUGHAL) during this they discuss being contacted directly by Al-Qaeda in Iraq to translate documents.

(17:13:46) irh007@qubix.ca: i put them on ansar cos UNMETRED
(17:13:57) yesyes: Or upload them somewhere else?
(17:14:11) irh007@qubix.ca: Just distribute those links if you want would be better though to wait til they post them
(17:14:18) yesyes: Do u want me to distribute these ones?
(17:14:23) yesyes: Ahh ok
(17:14:26) yesyes: i will wait insha'Allah
(17:14:32) irh007@qubix.ca: yeah but wait get them
(17:14:38) yesyes: ok
(17:14:42) irh007@qubix.ca: firstinshaa Allah
(17:14:57) irh007@qubix.ca: would be good to translate though lol
(17:15:08) irh007@qubix.ca: AQ IN IRAQ ASKED ME TO CONTACT TP
(17:15:24) irh007@qubix.ca: AND ASK YOU GUYS TO WORK ON TRANSLATING THURWAT AL SANAAM
(17:15:34) irh007@qubix.ca: their official online e-book

**Details: Wa.Yakoon**

Based in Bournemouth UK is Internet web space provider NETPIVOTAL. Op MAZHAR subjects had fraudulently obtained server space from them where they hosted three websites: DPB/16 WWW.ABANASALSHAAMY.COM

DPB/19 WWW.ALERHAAB.COM
DPB/20 DEADZIONISTS.ORG
The web space was used for storage and dissemination of videos, documents and audio nasheeds, also present are back ups of the internet forum "ansary.info".
Video films of note include:

:\alerhaab\Wa.Yakoon.al.deen.koloho.lillah

(9 identical versions of a video in various formats and file sizes) 46 minute video produced by the Information Section of al-Qa'eda in Iraq entitled waYakun al-Din kullahu lillah (All Religion Belongs to Allah). The video promotes Jihad in Iraq and condemns those who cooperate with the US-led Coalition.

CJG/7 (MUGHAL) computer:
Two (2) documents in the process of being edited
wa.yakoon Ad.doc
wa.yakoon Ad edited.doc

Downloads:
wa.yakoon.al.deen.koloholillah.rmvb film

**Details: 39 ways**

CJG/33 computer (MUGHAL) contains the downloaded website prism.org. Contained on this are numerous Arabic documents including at: 4M\Attic\abuqutaybah\www.e-prism.org\images\39 *wasilah li-khidmat* al-Jihad
This is the Arabic version of the 39 ways document, this document later gets published by Tibyan Pubs Islamic internet forum in English, copies of which have appeared on numerous investigations including the following:

39 Ways to Serve and Participate in Jihad[34528].doc
OP GEMMOLOGY CMD/11
Document titled - 39 Ways to Serve and Participate in Jihad - purportedly written by Mohammad Bin
Ahmad Al-Salem. This Document is 50 pages long and contains 27,304 words. Language - English

39 Ways to Help and Participate in Jihad.doc
OP OCTAMETER SDA/132
This file in Arabic entitled (39 ways to help and participate in JIHAD) .It contains details on ways and
methods to help the mujahedeen and participate in Jihad (Give own money, collecting money at mosques or from rich people, pay them Zakat, praise their work and urge people to follow their paths, support and protect them, call on people to join the Jihad, learn how to use weapons, raise the children to follow the jihadi example )

39 Ways to Serve and Participate in Jihad.pdf
OP INSTRUCT RMR/23
This .pdf file is 65 pages in length and is titled '39 Ways to Serve and Participate in Jihad.pdf'. It covers such topics as encouraging/justifying jihad, fund raising for the

Mujahideen, training with weapons and learning skills to assist in battle and electronic jihad. It has a very strong pro-jihad extremist tone throughout.

39 Ways to Serve and Participate in Jihad
OP FACET RABH/7
This .pdf file is 65 pages in length and is titled '39 Ways to Serve and Participate in Jihad.pdf'. It covers such topics as encouraging/justifying jihad, fund raising for the Mujahideen, training with weapons and learning skills to assist in battle and electronic jihad. It has a very strong pro-jihad extremist tone throughout.

39 Ways to Serve and Participate in Jihad.pdf
OP CAVE PNT/115
This .pdf file is 65 pages in length and is titled '39 Ways to Serve and Participate in Jihad.pdf'. It covers such topics as encouraging/justifying jihad, fund raising for the Mujahideen, training with weapons and learning skills to assist in battle and electronic jihad. It has a very strong pro-jihad extremist tone throughout.

## Section 2

**Contact re set up of AQ Northern Europe**

Younes TSOULI can be shown communicating with BEKTASEVIC before and after his travel to Bosnia; he assisted him in the formation of AQ in Northern Europe.

Private Message on the Ansary.info forum: 9th September 2005 muslim_abdul (Denmark Abdul Basit Abu-Lifa ) asking 007 for assistance with AQ in Northern Europe via PM on ANSAR.

Found on the Desktop of DRH/1 is New Text Document (9) from DRH/1 AQUROP, this is dated 10th September 2005.

TSOULI sets up the account 4444 Abu IMAAD on the ANSAR forum via DRH/1 and his normal IP number.

13th September 2005 Abu IMAAD user 4444 post new thread announcing the formation of AQ in Europe.

16th September 2005, Private Message in Tibyan from Abu IMAAD user 55 to Ibn Umar stating "Akhee I need you online. Come to MSN. Its me Maximus."

### Section 3

**Arrests and searches**

19th October 2005 a residential apartment in Sarajevo, Bosnia-Herzegovina, was searched by Bosnian anti-terrorist officers and two men were arrested, Mirsad BEKTASEVIC and Abdul Kadir CESUR. Recovered from the apartment was: 19kg of plastic explosives; a hand gun with a silencer; a 'suicide' belt with explosives attached; and an amateur video announcing plans to commit terrorist attacks.

In the video two masked males are shown sitting amongst an array of weapons - mortars, grenades, explosives, timing devices and detonators. One male is holding an AK-47 Assault rifle, whilst the other is wearing what appears to be a suicide bomb belt. A male voice – BEKTASEVIC - provides a commentary to the film, stating that the weapons are to be used to carry out attacks in Europe, in retaliation against the presence of foreign troops in Iraq and Afghanistan.

It was established that, TSOULI in the UK had tried to contact Mirsad BEKTASEVIC in Bosnia by telephone, and that TSOULI, MUGHAL and AL-DAOUR were in on-line contact with BEKTASEVIC & other members of his group.

On Friday 21st October 2005 search warrants granted under the Terrorism Act 2000 were executed at:

███████████████████████████ the home address of TSOULI
███████████████████████████ the home address of MUGHAL.
███████████████████████████ the home address of AL DAOUR

### Section 4

**Conclusion**

After the arrests of October 2005, others took up the mantle of running the forums and completing translations.

Convicted of terrorist offences *directly* linked to Operation MAZHAR:

UK -
Tariq ALDAOUR, Younes TSOULI and Waseem MUGHAL

Atlanta, USA -
Syed Haris AHMED and Ehsanul SADEQUEE

Bosnia -
Mirsad BEKTASEVIC and Abdul Kadir CESUR

Denmark -
Abdul Basit ABU-LIFA