Operation MAZHAR, US Dept of Justice



Metropolitan Police Service  –  SO15 Counter Terrorism Command  –  High Tech Unit

# Examination of exhibits seized during Operation MAZHAR at the request of US Department of Justice

Operation MAZHAR, US Dept of Justice

9/26/2011

1



Operation MAZHAR, US Dept of Justice

## Table of Contents

1   Preface.................................................................................................4

　1.1   Introduction ....................................................................................4

　1.2   ACPO Guidelines.............................................................................5

　1.3   Background .....................................................................................5

　1.4   Scope...............................................................................................6

　1.5   Software Used .................................................................................7

2   Search & Seizure ...................................................................................8

3   Examination...........................................................................................8

　3.1   CJG/7 Examination details; Photographs: ........................................8

　3.2   CJG/33 Unbranded computer tower recovered from Room 5 .......10

　3.3   CJG/10 Sony USB Thumb Drive recovered from Desk in Mughal's bedroom (Room 7)......................................................................................11

　3.4   INM/23 USB Thumb drive recovered ▮▮▮▮▮▮▮▮▮ Queensway, London. Home address of Tariq Al-DAOUR. ........................11

　3.5   DRH/1 Toshiba Qosmio Laptop serial number 45865903G recovered from ▮▮▮▮▮▮▮▮   home address of Younes TSOULI........11

4   Exhibits produced, details:...................................................................14

　4.1   GFB/18. DRH/1 Downloads folder: harbalmostadafin.mpg dated 26th August 2005 (8/26/2005 6:42pm)......................................................14

　4.2   GFB/19. DRH/1 Downloads folder: harbalmostadafin.rmvb dated 26th August 2005 (8/26/2005 8:46pm)......................................................14

　4.3   GFB/20 DRH/1: 7rb-mostadafeen[168910]. Html ..........................15

　4.4   GFB/21 CJG/7: created on 5th September 2005:irh007@qnuijshdubix.ca .html this is a chat session between MUGHAL and TSOULI re the distribution of video for AQ:........................17

　4.5   GFB/22 DRH/1: New Text Document (6) .txt Text file created 7th September 2005 (9/7/2005 2:21pm). Containing following text Page: http://ansaarnet.info/ sahaab/7rb-mostadafeen.html .............................18



Operation MAZHAR, US Dept of Justice

4.6     GFB/23 DRH/1 Downloads folder: harbalmostadafin.rm dated 7th
September 2005 (9/7/2005 5:35pm)..........................................................19

4.7     GFB/24 INM/23 chat session: 13 June 2004 Participants Abu
Dujanah abudujanah85@hotmail.com Ibn as-Sadeeqee al-Muwahhid
almuwahhid@hotmail.com Adudujanah admit to being a founding
member of TP .............................................................................................20

4.8     GFB/25 DRH/1: "notetopakistan.rar" in the folder "C:\Downloads"
details of 'Downloads' folder shown below...............................................21

4.9     GFB/26 DRH:1:  note.to.pakistan.mpg 10/10/05 17:06:19 10/10/05
17:06:01 243,466,244. ...............................................................................22

4.10    GFB/27 DRH/1 - Hadied_NEW_303MB(194713).rmvb_01.............23

4.11    GFB/28 CJG/10 chat session file: irh007@qubix.ca.html between
irh007@qubix.ca (TSOULI) and yesyes (MUGHAL) during this they discuss
being contacted directly by Al-Qaeda in Iraq to translate documents......25

4.12    GFB/29 CJG/7:  wa.yakoon Ad.doc .................................................26

4.13    GFB/30 CJG/7:  Wa Yakoon Ad edited.doc.....................................28

4.14    GFB/31 CJG/7:  Downloads: wa.yakoon.al.deen.koloholillah.rmvb
film    30

4.15    GFB/11 CJG/33: 4M\Attic\abuqutaybah\www.e-
prism.org\images\39 wasilah li-khidmat al-Jihad. ....................................31

5   Terms used: ....................................................................................32

5.1     File Created ....................................................................................32

5.2     Last Accessed ................................................................................32

5.3     Modified..........................................................................................32

5.4     ZIP/RAR ..........................................................................................32

5.5     GAIM ...............................................................................................33

5.6     IRC ..................................................................................................33

5.7     JPG ..................................................................................................33

5.8     Link File: .........................................................................................33

 Operation MAZHAR, US Dept of Justice

# 1  Preface

## 1.1  Introduction

I am employed by the Metropolitan Police Service as Computer Forensics Manager, currently posted to the High Tech Unit of the Counter Terrorism Command, New Scotland Yard London. I have held this position since 29th March 2010 and have specialised in Computer Forensics since 2003. I am formerly a Detective Constable having served 30 years with the Metropolitan Police the last 5 years of which I was posted to SO15 High Tech Unit. My work involves the supervision of a number of forensic examiners, together with the forensic analysis of computer equipment and the recovery of digitally stored evidence. This is conducted in accordance with the guidelines issued by the Association of Chief Police Officers (ACPO).

I have completed the following training in respect of this role:

- ❖ I am a member of the International Association of Computer Investigative Specialists (IACIS) and have completed training in Forensic Computer Examination and a Forensic Computer Examiner training program with that organisation.
- ❖ I am a Certified Forensic Computer Examiner (CFCE) a Certified Electronic Evidence Collection Specialist and a Certified Instructor in Computer Forensics with the International Association of Computer Investigative Specialists (IACIS)
- ❖ The Forensic Computing Foundation Course at the Royal Military College of Science, Cranfield University;
- ❖ Access Data (FTK) Training to advanced level
- ❖ Encase Training to advanced level
- ❖ Helix Live Forensics & Incident Response provided by e-fense Inc.
- ❖ Apple Macintosh forensic training from BlackBag Technologies.

Operation MAZHAR, US Dept of Justice

## 1.2 ACPO Guidelines

The Association of Chief Police Officers (ACPO) have published *Guidelines for Computer Based Evidence*. This examination follows the four ACPO principles:

**Principle 1:**

No action taken by law enforcement agencies or their agents should change data held on a computer or storage media which may subsequently be relied upon in court.

**Principle 2:**

In circumstances where a person finds it necessary to access original data held on a computer or on storage media, that person must be competent to do so and be able to give evidence explaining the relevance and the implications of their actions.

**Principle 3:**

An audit trail or other record of all processes applied to computer-based electronic evidence should be created and preserved. An independent third party should be able to examine those processes and achieve the same result.

**Principle 4:**

The person in charge of the investigation (the case officer) has overall responsibility for ensuring that the law and these principles are adhered to.

## 1.3 Background

In this report I have examined a number of computers seized under search warrants granted under the Terrorism Act 2000, part of operation MAZHAR. This operation was an investigation into a number of UK resident young Muslims who conspired to assist Al-Qaeda, these included Tariq **ALDAOUR**, Yunes **TSOULI** and Waseem **MUGHAL**,



Operation MAZHAR, US Dept of Justice

together with Syed Haris **AHMED** and Ehsanul **SADEQUEE** in the USA, Mirsad **BEKTASEVIC** in SWEEDEN, Abdul Basit **ABU-LIFA** and Abdul Kadir **CESUR** in Denmark. The aforementioned subjects were using the internet to communicate and disseminate extremist propaganda, they converted video files, translated documents, and websites were created and hosted funded by fraudulent use of compromised credit cards.

## 1.4 Scope

At the request of authorities in the USA I re-examined a number of computers and related media seized during the searches of premises in London and the Home Counties in October 2005, codenamed Operation MAZHAR.  My brief was to review the digital evidence for any evidential links between Ahmad ABOUSAMRA, Tariq MEHANNA and the subjects mentioned above including documents (39 Ways to serve and participate in Jihad), email and chat-logs. Additionally (23/09/2011) I was asked to evidence the following documents:

1.  DRH/1 Downloads folder: harbalmostadafin.mpg dated 26th August 2005 (8/26/2005 6:42pm).
2.  DRH/1 Downloads folder: harbalmostadafin.rmvb dated 26th August 2005 (8/26/2005 8:46pm).
3.  DRH/1: 7rb-mostadafeen[168910]. Html.
4.  CJG/7: created on 5th September 2005:irh007@qnuijshdubix.ca .html this is a chat session between MUGHAL and TSOULI re the distribution of video for AQ:
5.  DRH/1: New Text Document (6) .txt Text file created 7th September 2005 (9/7/2005 2:21pm) containing following website address: http://ansaarnet.info/sahaab/7rb-mostadafeen.html
6.  DRH/1 Downloads folder: harbalmostadafin.rm dated 7th September 2005 (9/7/2005 5:35pm).
7.  INM23 chat session: 13 June 2004  Participants  Abu Dujanah abudujanah85@hotmail.com Ibn as-Sadeeqee al-Muwahhid almuwahhid@hotmail.com Adudujanah admit to being a founding member of TP.



Operation MAZHAR, US Dept of Justice

8. DRH/1: "notetopakistan.rar" in the folder "C:\Downloads"

9. DRH:1:  note.to.pakistan.mpg 10/10/05 17:06:19 10/10/05 17:06:01 243,466,244.

10. DRH/1 - Hadied_NEW_303MB(194713).rmvb_01.

11. CJG/10 chat session file: irh007@qubix.ca.html between irh007@qubix.ca (TSOULI) and yesyes (MUGHAL) during this they discuss being contacted directly by Al-Qaeda in Iraq to translate documents.

12. CJG/7:  wa.yakoon Ad.doc

13. CJG/7:  wa.yakoon Ad edited.doc

14. CJG/7:  Downloads: wa.yakoon.al.deen.koloholillah.rmvb film

15. CJG/33: 4M\Attic\abuqutaybah\www.e-prism.org\images\39 wasilah li-khidmat al-Jihad

## 1.5  Software Used

The following software licensed to SO15, Metropolitan Police was unutilised during my examinations.

❖ AccessData® FTK® Imager 3.0.0.1443.

❖ AccessData Forensic Toolkit 3.2.0.32216.

❖ X-Ways Forensics 16.1 SR-5.

❖ EnCase v6.18

 Operation MAZHAR, US Dept of Justice

# Search, Seizure and Examination.

## 2   Search & Seizure

21st October 2005 I attended with other Metropolitan and Kent Police officers the home address of Waseem MUGHAL, ███████████, ███████████. Over the following hours I was responsible for identifying a number computers and related media for seizure, these included, **CJG/7** (Room 7) Sony Vaio Laptop, **CJG/10** (Room 7) Sony USB thumb drive and **CJG/33** (Room 5) Computer Tower, together with a number of other computers and digital media.

## 3   Examination

### 3.1   CJG/7 Examination details; Photographs:

#### 3.1.1   Exhibit CJG/7 on desk Mughal's Bedroom (Room 7).



#### 3.1.2   Lab Examination photographs,



#### 3.1.3   Examination Details; Notes:

Saturday 22nd October 2005 DC BLACKBAND opened exhibit **CJG/7**, the Sony Vaio laptop, in order to create a forensic image of the hard drive. A Sony laptop, model VGN T1XP, serial number *28182050 5120787*, out from its exhibit bag **MPSD40076834**. DC BLACKBAND created a forensic



Operation MAZHAR, US Dept of Justice

image of the HDD using forensic software.

| Computer Equipment Details | | Case Ref. No. | SO13-117-2005 |
|---|---|---|---|
| Exhibit Ref. No. | CJG/7 | Description: | SONY LAPTOP |
| Bag Seal No. | MPSD40076834 | Examiner: | DC Matt Blackband |
| Serial Number: | 28182050 5120787 | Date: | 22nd Oct 05 |
| Make: | Sony Vaio | Model/Type: | VGN T1XP |
| Identifying Marks or Damage | | | |
| Gloved examination? YES        Photograph? YES        Disc Ref No: 22        Copied to server?   ? YES/NO | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | F2 | BIOS Password: | |
| Boot Sequence: | OPTICAL-HDD-FLOPPY-NETWORK | BIOS Type: | Phoenix v R0021G7 |
| System Time: | 12:06 | System Date: | 10:22:2005 |
| Actual Time: | 12:06 | Actual Date: | 22 Oct 05 |
| Examiner: | Matt Blackband | | |

| Imaging | |
|---|---|
| Method: | See notes below – various methods tried |
| Destination Drive: | FAT32        Image copied to server?  Yes - 25th Oct 05 |
| Notes: | HDD removed. PCMCIA attachment for hard-drive (not available). HDD and laptop rebuilt. Internet shows BIOS key on Sony Vaio to be F3 then F1. Image to firewire FAT32 drive. |
| | 11:55 Power connected with battery removed. SPADA CD placed in bay. Powered up, F3 key hit followed by F1. |
| | Does not enter BIOS but enters dual boot screen showing Windows and SuSe linux 9.3. |
| | F10 Reboot. |
| | Retried, holding F3 key down, same result. |
| | F2 key tried – goes into BIOS. |
| | 12:05 boot sequence changed from; |
| |     Optical-drive-HDD-Floppy-Network to |
| |     Optical drive-floppy-network-HDD |
| | Network boot is shown as disabled |
| | F10 Reboot. |
| | Dual boot screen appears again – power off |
| | HDD disabled in BIOS |
| | F10 Reboot – stops dual boot screen, but gives message 'operating system not found' |
| | Power off – retried using Linux Boot disc, same result |
| | 12:22 Retried using Helix which activates. Imaged using Grab Imager v.1.2.2 |
| | Default settings used. Image required changed from dd to sdd. |
| | Process left running – images after 10 hours 24 minutes but fails to verify after a further 24 hours. Image on drive would appear to be cloned image. |
| | Retried using Linux Boot disk version 4 to USB FAT32 drive – dd image completed and verified no errors 25th Oct 05 |
| Imaged By: | DC Matt Blackband        Date:        22nd Oct 05 |

Operation MAZHAR, US Dept of Justice

## 3.2   CJG/33 Unbranded computer tower recovered from Room 5

### Examination Details; Photographs:

### 3.2.1   Lab examination Photographs

  

### 3.2.2  Examination Details; Notes:

Saturday 22nd October 2005 I opened exhibit **CJG/33**, an unbranded computer tower containing a Maxtor DiamondMax 40 GB HDD serial number E133S9PNZ9999, I created a forensic image of the hard drive.

| Computer Equipment Details | | Case Ref. No. | SO13-117-2005 |
|---|---|---|---|
| Exhibit Ref. No. | CJG/33 | Description: | Unbranded Tower |
| Bag Seal No. | 3943410Z | Examiner: | DC Burridge |
| Serial Number: | N/A | Date: | 22/10/2005 |
| Make: | N/A | Model/Type: | |
| Identifying Marks or Damage:  No side cover, CD writer lose (Reaffixed 1 screw). HDD NOT secured. Network/Video card NOT secured. CD ROM Drive not connected  to MBD | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | DEL | BIOS Password: | None |
| Boot Sequence: | CD/HDD'0'/LS120 | BIOS Type: | Award |
| System Time: | 07.35 | System Date: | 22/10/2005 |
| Actual Time: | 07.35 | Actual Date: | 22/10/2005 |
| Examiner: | DC Burridge | | |

| Imaging | | | |
|---|---|---|---|
| Method: | FTK Imager | | |
| Encase/FTK Version: | 2.2 | | |
| Destination Drive: | | Image copied to server? YES/NO | |
| Notes: | | | |
| | Gloved examination YES/NO    Photograph  YES/NO    Disc Ref .No | | |
| Imaged By: | DC Burridge | Date: | 22-10-2005 |



Operation MAZHAR, US Dept of Justice

## 3.3   CJG/10 Sony USB Thumb Drive recovered from Desk in Mughal's bedroom (Room 7).

### 3.3.1   Examination Notes:

| Examination Record | | | |
|---|---|---|---|
| **Case Ref. No.** | SO13-117-2005 | **Exhibit Ref. No(s).** | CJG-10 |
| Type of Examination: | Level:  1   2   3   4   Other: | | |
| Examiner: | DC LYNCH | Start Date: | 23.10.2005 |
| **Examination Processes and Results** | | | |
| RECEIVED IN SEALED BAG A8369596 | | | |
| SONY USB THUMB DRIVE 256 MB | | | |
| NO WRITE PROTECT SWITCH | | | |
| WRITE PROTECTED VIA WINDOWS REGISTRY | | | |
| IMAGED IN ENCASE 5 | | | |
| ENCASE SHOWS 507,904 SECTORS | | | |
| VERIFIED 0 ERRORS | | | |

## 3.4   INM/23 USB Thumb drive recovered 136 Queens Court, Queensway, London. Home address of Tariq Al-DAOUR.

### 3.4.1   Examination Details; Notes:

30th April 2006 DS RICH examined INM/23 a Black USB Thumb Drive 'Mail' 64MB 0201282 clear slider on side pushed towards plug end. After write protecting the device it was forensically imaged.

## 3.5   DRH/1 Toshiba Qosmio Laptop serial number 45865903G recovered from ███████████, home address of Younes TSOULI.

Operation MAZHAR, US Dept of Justice

### 3.5.1   Examination Details; Photographs:

### 3.5.2   DRH/1 at address



### 3.5.3   Lab examination photographs

 

 

 



Operation MAZHAR, US Dept of Justice

### 3.5.4   Examination Details; Notes:

| Computer Equipment Details | | Case Ref. No. | Op MAZHAR |
|---|---|---|---|
| Exhibit Ref. No. | DRH / 1 | Description: | ONE (1) TOSHIBA LAPTOP COMPUTER + POWER SUPPLY |
| Bag Seal No. | MPSE 50022496 | Examiner: | DS STUNT |
| Serial Number: | 45865903G | Date: | 22/10/2005 |
| Make: | TOSHIBA | Model/Type: | QOSMIO |
| Identifying Marks or Damage | | | |
| Gloved examination? YES/NO    Photograph? YES/NO    Disc Ref No:  25    Copied to server?  YES/NO | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | F1 | BIOS Password: | N/A |
| Boot Sequence: | HDD – FDD – CD – ROM – LAN | BIOS Type: | ACPI BIOS 1.2 - |
| System Time: | 01.54 | System Date: | 22/10/05 |
| Actual Time: | 01.55 | Actual Date: | 22/10/05 |
| Examiner: | DS STUNT | | |

| Physical Hard Disk Drive | | Case Ref. No. | Op MAZHAR |
|---|---|---|---|
| Exhibit. Ref. No. | DRH / 1 -HDD1 | No. Partitions: | |
| Make: | FUSITSU | Model: | MHT 2080BH |
| Serial No: | NROFTS42SRDS | Size: | 80 GB |
| Cylinders: | | Heads: | |
| Sectors: LBA: | 156301488 | Jumper Setting: | :::: N/A |
| Imaging | | | |
| Method: | via ciebetech sata writeblocker | | |
| Encase/FTK Version: | 5.02 | | |
| Destination Drive: | Image files 6 | Image copied to server? YES/NO | |
| Notes: | | | |
| | Gloved examination YES/NO   Photograph YES/NO   Disc Ref. No   25 | | |
| Imaged By: | DS STUNT | Date: | 22/10/05 |

| Physical Hard Disk Drive | | | |
|---|---|---|---|
| Exhibit. Ref. No. | DRH – 1 –HDD2 | No. Partitions: | |
| Make: | FUSITSU | Model: | MHT 2080 BH |
| Serial No: | NROFTS42SRDP | Size: | 80 GB |
| Cylinders: | | Heads: | |
| Sectors: LBA: | 156301488 | Jumper Setting: | :::: N/A |
| Imaging | | | |
| Method: | via ciebetech sata writeblocker | | |
| Encase/FTK Version: | 5.03 | | |
| Destination Drive: | Image files 6 | Image copied to server? YES/NO | |
| Notes: | | | |
| Imaged By: | DS STUNT | Date: | 22/10/05 |

13

 Operation MAZHAR, US Dept of Justice

# 4  Exhibits produced, details:

## 4.1  GFB/18. DRH/1 Downloads folder: harbalmostadafin.mpg dated 26th August 2005 (8/26/2005 6:42pm).

### 4.1.1  File details

| Name | harbalmostadafin.mpg |
|------|------------------------|
| Item # | 2274932 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/harbalmostadafin.mpg |
| Created Date | 26/08/2005 18:10:15 (2005-08-26 17:10:15 UTC) |
| Accessed Date | 19/10/2005 01:11:37 (2005-10-19 00:11:37 UTC) |
| Modified Date | 26/08/2005 18:42:09 (2005-08-26 17:42:09 UTC) |
| Ext | mpg |
| Category | MPEG 2.0 Video |
| P-Size (bytes) | 627302400 |
| L-Size (bytes) | 627298728 |
| MD5 | A1901B635AAA93564A8C59A412F8FEE2 |

## 4.2  GFB/19. DRH/1 Downloads folder: harbalmostadafin.rmvb dated 26th August 2005 (8/26/2005 8:46pm)

### 4.2.1  File details

| Name | harbalmostadafin.rmvb |
|------|-------------------------|
| Item # | 2274934 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/harbalmostadafin.rmvb |
| Created Date | 26/08/2005 19:48:59 (2005-08-26 18:48:59 UTC) |
| Accessed Date | 08/09/2005 11:30:13 (2005-09-08 10:30:13 UTC) |
| Modified Date | 26/08/2005 20:46:33 (2005-08-26 19:46:33 UTC) |
| Ext | rmvb |
| Category | Real Media |
| P-Size (bytes) | 157351936 |
| L-Size (bytes) | 157348187 |
| MD5 | 784037E44EA17F9D6E1365D5F835DEE4 |

Operation MAZHAR, US Dept of Justice

## 4.3   GFB/20 DRH/1: 7rb-mostadafeen[168910]. Html

### 4.3.1   File details

| Name | 7rb-mostadafeen.html |
|---|---|
| Item # | 2335951 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/unzipped/sahab/sahab/7rb-mostadafeen.html |
| Created Date | 05/09/2005 06:26:26 (2005-09-05 05:26:26 UTC) |
| Accessed Date | 08/09/2005 20:28:04 (2005-09-08 19:28:04 UTC) |
| Modified Date | 08/09/2005 16:16:56 (2005-09-08 15:16:56 UTC) |
| Ext | html |
| Category | HTML |
| P-Size (bytes) | 8192 |
| L-Size (bytes) | 7275 |
| MD5 | 91C87BE6BB137A3E2C6D98B8268227AC |

### 4.3.2   Screenshot



15



Operation MAZHAR, US Dept of Justice



الـ بريـ ديـ ة الاذ صار مجموعة م يـ صت،دهاجمو، مـ سـ لمـ لـ كل محـ فوظة الـ حـ قوقـ جمـ يع



Operation MAZHAR, US Dept of Justice

## 4.4 **GFB/21** CJG/7: created on 5th September 2005:irh007@qnuijshdubix.ca .html this is a chat session between MUGHAL and TSOULI re the distribution of video for AQ:

### 4.4.1 File details

| Name | **irh007@qnuijshdubix.ca.html** |
|---|---|
| Item # | 531103 |
| Path | cjg-7ddimage.001/Partition 5/VAIO [NTFS]/[root]/irh007@qnuijshdubix.ca.html |
| Created Date | 05/09/2005 01:13:11 (2005-09-05 00:13:11 UTC) |
| Accessed Date | 19/10/2005 11:55:07 (2005-10-19 10:55:07 UTC) |
| Modified Date | 05/09/2005 01:13:11 (2005-09-05 00:13:11 UTC) |
| Ext | html |
| Category | HTML |
| P-Size (bytes) | 65536 |
| L-Size (bytes) | 65433 |
| MD5 | 9792BBEA99B765D5C54540FA822DD995 |

### 4.4.2 Extracted conversation from chatlog above

## Conversation with irh007@qubix.ca

(15:23:37) **Requesting key...**
(15:23:37) **Abuthaabit@qubix.ca/Gaim: Assalaaamu alaik**
(15:23:39) **Error in decryption- asking for resend...**
(15:23:40) **irh007@qubix.ca:** al salaam alayka
(15:23:42) **Abuthaabit@qubix.ca/Gaim: Shoo Akhbarak?**
(15:23:43) **irh007@qubix.ca:** aAkhi
(15:23:52) **irh007@qubix.ca:** Al hamdulilah
(15:24:02) **irh007@qubix.ca:** bro thing is
(15:24:17) **irh007@qubix.ca:** we failed al sahaab on harb al mustadafeen video
(15:24:26) **irh007@qubix.ca:** we didnt distribute it properly
(15:24:28) **Abuthaabit@qubix.ca/Gaim: yeah**
(15:24:31) **Abuthaabit@qubix.ca/Gaim: i agree**
(15:24:35) **irh007@qubix.ca:** and i didnt provide ANY link
(15:24:46) **irh007@qubix.ca:** couldnt get hosting with the ccs
(15:24:49) **irh007@qubix.ca:** so...
(15:25:04) **irh007@qubix.ca:** And now we need distribute it and Koonor video
(15:25:11) **irh007@qubix.ca:** then aybe we can ask for more
(15:25:12) **irh007@qubix.ca:** loool
(15:25:24) **irh007@qubix.ca:** BIG PROBLEM
(15:25:31) **irh007@qubix.ca:** cos everybody is waiting
(15:25:40) **irh007@qubix.ca:** for sadiq video
(15:25:51) **irh007@qubix.ca:** Mashaa Allah
(15:25:57) **Abuthaabit@qubix.ca/Gaim: : /**
(15:26:00) **Abuthaabit@qubix.ca/Gaim: Allaahul musta'aan**
(15:26:05) **Abuthaabit@qubix.ca/Gaim: let me see what i can do insha'Allaah**

Operation MAZHAR, US Dept of Justice

## 4.5   GFB/22 DRH/1: New Text Document (6) .txt Text file created 7th September 2005 (9/7/2005 2:21pm). Containing following text Page: http://ansaarnet.info/ sahaab/7rb-mostadafeen.html

### 4.5.1   File details

| Name | New Text Document (6).txt |
|---|---|
| Item # | 2269133 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Documents and Settings/Max/Desktop/New Text Document (6).txt |
| Created Date | 07/09/2005 14:20:03 (2005-09-07 13:20:03 UTC) |
| Accessed Date | 18/10/2005 20:46:35 (2005-10-18 19:46:35 UTC) |
| Modified Date | 07/09/2005 14:21:38 (2005-09-07 13:21:38 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | 72 |
| L-Size (bytes) | 72 |
| MD5 | 5A0F5520E7EB81DA92E5F2D33CBE90B0 |

### 4.5.2   DRH/1 Desktop showing 'New Text Document (6) txt



### 4.5.3   Content of 'New Text Document (6) txt

*http://ansaarnet.info/sahaab/7rb-mostadafeen.html*



Operation MAZHAR, US Dept of Justice

## 4.6  GFB/23 DRH/1 Downloads folder: harbalmostadafin.rm dated 7th September 2005 (9/7/2005 5:35pm).

### 4.6.1  File details

| Name | harbalmostadafin.rm |
|---|---|
| Item # | 2274933 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/**Downloads**/harbalmostadafin.rm |
| Created Date | 07/09/2005 17:08:09 (2005-09-07 16:08:09 UTC) |
| Accessed Date | 08/10/2005 15:44:36 (2005-10-08 14:44:36 UTC) |
| Modified Date | 07/09/2005 17:35:14 (2005-09-07 16:35:14 UTC) |
| Ext | rm |
| Category | Real Media |
| P-Size (bytes) | 68804608 |
| L-Size (bytes) | 68801973 |
| MD5 | E360E16A7E5CD99F82DCF19A0350C222 |



Operation MAZHAR, US Dept of Justice

## 4.7   GFB/24 INM/23 chat session: 13 June 2004 Participants Abu Dujanah abudujanah85@hotmail.com Ibn as-Sadeeqee al-Muwahhid   almuwahhid@hotmail.com Adudujanah admit to being a founding member of TP

### 4.7.1   My Chat Logs rar this archive file contains file 'June 2004/almuwahhid@hotmail.com.txt'

| Name | My Chat Logs.rar |
|---|---|
| Item # | 2233564 |
| Path | INM-23.E01/NONAME [FAT16]/[root]/Biz/My Chat Logs.rar |
| Created Date | 23/07/2004 00:22:35 (2004-07-22 23:22:35 UTC) |
| Accessed Date | n/a |
| Modified Date | 23/07/2004 00:22:34 (2004-07-22 23:22:34 UTC) |
| Ext | rar |
| Category | Rar |
| P-Size (bytes) | 3469312 |
| L-Size (bytes) | 3469073 |
| MD5 | 5FFED4177B81C941AF94A62973000AFF |

### 4.7.2   File 'June 2004/almuwahhid@hotmail.com.txt'

| Name | almuwahhid@hotmail.com.txt |
|---|---|
| Item # | 2239034 |
| Path | INM-23.E01/NONAME [FAT16]/[root]/Biz/My Chat Logs.rar/June 2004/almuwahhid@hotmail.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 27/06/2004 20:05:18 (2004-06-27 19:05:18 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 53764 |
| MD5 | B4A558DB8CC7517CC719F3F5E2F454D3 |



Operation MAZHAR, US Dept of Justice

## 4.8   GFB/25 DRH/1: "notetopakistan.rar" in the folder "C:\Downloads" details of 'Downloads' folder shown below.

### 4.8.1   Root folder 'Downloads'

| Name | Downloads |
|---|---|
| Item # | 2274762 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads |
| Created Date | 12/08/2005 09:47:04 (2005-08-12 08:47:04 UTC) |
| Accessed Date | 21/10/2005 20:12:49 (2005-10-21 19:12:49 UTC) |
| Modified Date | 21/10/2005 20:12:03 (2005-10-21 19:12:03 UTC) |

### 4.8.2   File "notetopakistan.rar"

| Name | notetopakistan.rar |
|---|---|
| Item # | 2274992 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/notetopakistan.rar |
| Created Date | 10/10/2005 15:49:57 (2005-10-10 14:49:57 UTC) |
| Accessed Date | 11/10/2005 19:47:51 (2005-10-11 18:47:51 UTC) |
| Modified Date | 10/10/2005 15:49:57 (2005-10-10 14:49:57 UTC) |
| Ext | rar |
| Category | Rar |
| P-Size (bytes) | 480 |
| L-Size (bytes) | 480 |
| MD5 | 01F7948C8C4501D17D253D0A868D9C2D |

### 4.8.3   Registry entry rar accessed 14/10/2005 01:51:00 UTC



Operation MAZHAR, US Dept of Justice

# 4.9   GFB/26 DRH:1:  note.to.pakistan.mpg 10/10/05 17:06:19 10/10/05 17:06:01 243,466,244.

## 4.9.1   Root Folder 'Downloads'

| Name | Downloads |
|---|---|
| Item # | 2274762 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads |
| Created Date | 12/08/2005 09:47:04 (2005-08-12 08:47:04 UTC) |
| Accessed Date | 21/10/2005 20:12:49 (2005-10-21 19:12:49 UTC) |
| Modified Date | 21/10/2005 20:12:03 (2005-10-21 19:12:03 UTC) |

## 4.9.2   First record dated 10/10/05

| Name | note.to.pakistan.mpg |
|---|---|
| Item # | 2274990 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/note.to.pakistan.mpg |
| Created Date | 10/10/2005 18:06:01 (2005-10-10 17:06:01 UTC) |
| Accessed Date | 18/10/2005 15:15:32 (2005-10-18 14:15:32 UTC) |
| Modified Date | 10/10/2005 18:06:19 (2005-10-10 17:06:19 UTC) |
| Ext | mpg |
| Category | MPEG 2.0 Video |
| P-Size (bytes) | 243470336 |
| L-Size (bytes) | 243466244 |
| MD5 | 1BEEB55E45DAE0CB53DC4749A48D3617 |

## 4.9.3   Second record dated 16/10/2005

| Name | note to pakistan.mpg |
|---|---|
| Item # | 2274988 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/note to pakistan.mpg |
| Created Date | 16/10/2005 14:37:53 (2005-10-16 13:37:53 UTC) |
| Accessed Date | 16/10/2005 14:38:26 (2005-10-16 13:38:26 UTC) |
| Modified Date | 16/10/2005 14:38:26 (2005-10-16 13:38:26 UTC) |
| Ext | mpg |
| Category | MPEG 2.0 Video |
| P-Size (bytes) | 243470336 |
| L-Size (bytes) | 243466244 |
| MD5 | 1BEEB55E45DAE0CB53DC4749A48D3617 |

Operation MAZHAR, US Dept of Justice

# 4.10 GFB/27 DRH/1 - Hadied_NEW_303MB(194713).rmvb_01.

## 4.10.1 File details for 'Downloads'

| Name | Downloads |
|---|---|
| Item # | 2274762 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads |
| Created Date | 12/08/2005 09:47:04 (2005-08-12 08:47:04 UTC) |
| Accessed Date | 21/10/2005 20:12:49 (2005-10-21 19:12:49 UTC) |
| Modified Date | 21/10/2005 20:12:03 (2005-10-21 19:12:03 UTC) |

## 4.10.2 File details for zip archive containing Hadied_NEW_293MB.zip

| Name | Hadied_NEW_293MB.zip |
|---|---|
| Item # | 2274931 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/Hadied_NEW_293MB.zip |
| Created Date | 02/10/2005 13:15:52 (2005-10-02 12:15:52 UTC) |
| Accessed Date | 02/10/2005 20:33:59 (2005-10-02 19:33:59 UTC) |
| Modified Date | 02/10/2005 13:15:52 (2005-10-02 12:15:52 UTC) |
| Ext | zip |
| Category | Zip INSO |
| P-Size (bytes) | 307458048 |
| L-Size (bytes) | 307455076 |
| MD5 | 1783C3664980327E01E809A94ADCDF4B |

## 4.10.3 File details Hadied_NEW_303MB.rmvb

| Name | Hadied_NEW_303MB.rmvb |
|---|---|
| Item # | 2301194 |
| Path | DRH-1-HDD-2.E01/Partition 1/NONAME [NTFS]/[root]/Downloads/Hadied_NEW_293MB.zip/Hadied_NEW_303MB.rmvb |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 02/10/2005 09:00:48 (2005-10-02 08:00:48 UTC) |
| Ext | rmvb |
| Category | Real Media |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 310265731 |
| MD5 | 7E989ED5068B533A23083C07B184BE5B |



Operation MAZHAR, US Dept of Justice

### 4.10.4 Link file Application Data/Real/RealPlayer/History/Hadied_NEW_303MB

| Name | Hadied_NEW_303MB.lnk |
|---|---|
| Item # | 27562 |
| Path | cjg-7ddimage.001/Partition 1/VAIO [NTFS]/[root]/Documents and Settings/Mg/Application Data/Real/RealPlayer/History/Hadied_NEW_303MB.lnk |
| Created Date | 03/10/2005 15:49:04 (2005-10-03 14:49:04 UTC) |
| Accessed Date | 21/10/2005 08:09:54 (2005-10-21 07:09:54 UTC) |
| Modified Date | 03/10/2005 16:06:31 (2005-10-03 15:06:31 UTC) |
| Ext | lnk |
| Category | Windows Shortcut |
| P-Size (bytes) | 4096 |
| L-Size (bytes) | 1811 |
| MD5 | 0A678C14474E54F2073DC0AB4CE064B9 |

### 4.10.5 Application Data/Mozilla/Firefox/Profiles/Cache

| Name | Carved [507960].html |
|---|---|
| Item # | 1009755 |
| Path | cjg-7ddimage.001/Partition 1/VAIO [NTFS]/[root]/Documents and Settings/Mg/Application Data/Mozilla/Firefox/Profiles /p2a8syul.default /Cache/_CACHE_002_/Carved [507960].html |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | n/a |
| Ext | html |
| Category | HTML |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 3181 |
| MD5 | 58057BF05DE20E2DD65C6774D5066271 |



Operation MAZHAR, US Dept of Justice

# Continued examination of CJG/10

**4.11 GFB/28 CJG/10 chat session file: irh007@qubix.ca.html between irh007@qubix.ca (TSOULI) and yesyes (MUGHAL) during this they discuss being contacted directly by Al-Qaeda in Iraq to translate documents.**

### 4.11.1 File details

| Name | irh007@qubix.ca.html |
|------|----------------------|
| Description | existing file |
| Ext. | html |
| Type | html |
| Type status | confirmed |
| Type descr. | HTML |
| Category | Internet |
| Evidence object | CJG-10, Partition 1 |
| Path | \Personal |
| Size | 4.2 KB |
| Created | 03/08/2005 17:15:34 |
| Modified | 03/08/2005 17:15:34 |
| Accessed | 14/10/2005 |
| 1st sector | 151,857 |
| Hash | BAE6BE35551A15214EEBD081932EB12C |

### 4.11.2 Screen shot of conversation with irh007.



Operation MAZHAR, US Dept of Justice

# Continued examination of CJG/7

## 4.12 GFB/29 CJG/7:  wa.yakoon Ad.doc

### 4.12.1 File details.

| Name | Wa Yakoon Ad.doc |
|---|---|
| Item | Number 531265 |
| File | Type  Microsoft Word 2002 |
| Label | Path cjg-7ddimage.001/Partition 5/VAIO [NTFS]/[root]/Wa Yakoon Ad.doc |
| Physical Size | 72192 |
| Logical Size | 72192 |
| Created Date | 12/10/2005 23:00:43 (2005-10-12 22:00:43 UTC) |
| Accessed Date | 19/10/2005 14:26:18 (2005-10-19 13:26:18 UTC) |
| Modified Date | 12/10/2005 23:00:46 (2005-10-12 22:00:46 UTC) |
| Ext | doc |
| MD5 | D714E99041ECD6E7A9E2325765EEE751 |

### 4.12.2 Link file to above.

| Name | Wa Yakoon Ad.doc.lnk |
|---|---|
| Item # | 54005 |
| Path | cjg-7ddimage.001/Partition 1/VAIO [NTFS]/[root]/Documents and Settings/Mg/Recent/Wa Yakoon Ad.doc.lnk |
| Created Date | 16/10/2005 03:07:57 (2005-10-16 02:07:57 UTC) |
| Accessed Date | 21/10/2005 08:13:42 (2005-10-21 07:13:42 UTC) |
| Modified Date | 19/10/2005 11:56:40 (2005-10-19 10:56:40 UTC) |
| Ext | lnk |
| Category | Windows Shortcut |
| P-Size (bytes) | 460 |
| L-Size (bytes) | 460 |
| MD5 | 937387AC64DF0A096EFE717B0A9A8060 |



Operation MAZHAR, US Dept of Justice

### 4.12.3 Microsoft Office Metadata for Wa.Yakoon Ad.doc

| ⊟ Microsoft Office Metadata | |
|---|---|
| Code page | 1,256 |
| Title | Wa Yakoon Ad-deen Kulouhu Lil'aah |
| Subject | |
| Author | |
| Keywords | |
| Comments | |
| Template | Normal.dot |
| Last saved by | |
| Revision number | 62 |
| Total editing time | 8 hours 34 minutes 0 seconds |
| Create time | 26/09/2005 00:49:00 (2005-09-25 23:49:00 UTC) |
| Last saved time | 10/10/2005 19:43:00 (2005-10-10 18:43:00 UTC) |
| Number of pages | 1 |
| Number of words | 3,446 |
| Number of characters | 19,647 |
| Creating application | Microsoft Word 10.0 |
| Security | 0 |
| OS version: | Windows 5.1.2 |
| Application CLSID: | {00000000-0000-0000-0000-000000000000} |

Operation MAZHAR, US Dept of Justice

# 4.13 GFB/30 CJG/7:  Wa Yakoon Ad edited.doc

## 4.13.1 File details

| Name | Wa Yakoon Ad edited.doc |
|---|---|
| Item # | 531264 |
| Path | cjg-7ddimage.001/Partition5/VAIO[NTFS]/[root]/ WaYakoon Ad edited.doc |
| Created Date | 19/10/2005 12:07:17 (2005-10-19 11:07:17 UTC) |
| Accessed Date | 19/10/2005 14:26:11 (2005-10-19 13:26:11 UTC) |
| Modified Date | 19/10/2005 14:26:11 (2005-10-19 13:26:11 UTC) |
| Ext | doc |
| Category | Microsoft Word 2003 |
| P-Size (bytes) | 70656 |
| L-Size (bytes) | 70656 |
| MD5 | EB05AB2A55671567ECB853E7500FA745 |

## 4.13.2 Link file to above.

| Name | Wa Yakoon Ad edited.doc.lnk |
|---|---|
| Item # | 54004 |
| Path | cjg-7ddimage.001/Partition 1/VAIO [NTFS]/[root]/Documents and Settings/Mg/Recent/Wa Yakoon Ad edited.doc.lnk |
| Created Date | 19/10/2005 14:26:13 (2005-10-19 13:26:13 UTC) |
| Accessed Date | 21/10/2005 08:13:42 (2005-10-21 07:13:42 UTC) |
| Modified Date | 19/10/2005 14:26:13 (2005-10-19 13:26:13 UTC) |
| Ext | lnk |
| Category | Windows Shortcut |
| P-Size (bytes) | 408 |
| L-Size (bytes) | 408 |
| MD5 | F1F163BED0AADCD38A43C21A1CBA5A6A |

 METROPOLITAN POLICE
SO15 HIGH TECH UNIT

Operation MAZHAR, US Dept of Justice

### 4.13.3 Metadata

| ⊟ Microsoft Office Metadata | |
|---|---|
| Code page | 1,256 |
| Title | Wa Yakoon Ad-deen Kulouhu Lil'aah |
| Subject | |
| Author | |
| Keywords | |
| Comments | |
| Template | Normal.dot |
| Last saved by | Rh |
| Revision number | 10 |
| Total editing time | 2 hours 23 minutes 0 seconds |
| Create time | 19/10/2005 12:07:00 (2005-10-19 11:07:00 UTC) |
| Last saved time | 19/10/2005 14:26:00 (2005-10-19 13:26:00 UTC) |
| Number of pages | 1 |
| Number of words | 3,445 |
| Number of characters | 19,641 |
| Creating application | Microsoft Office Word |
| Security | 0 |
| OS version: | Windows 5.1.2 |
| Application CLSID: | {00000000-0000-0000-0000-000000000000} |

 Operation MAZHAR, US Dept of Justice

# 4.14 GFB/31 CJG/7:  Downloads:
#      wa.yakoon.al.deen.koloholillah.rmvb film

## 4.14.1 File details

| | |
|---|---|
| **Name** | **Wa.Yakoon.al.deen.koloho.lillah.rmvb** |
| **Item #** | 526940 |
| **Path** | cjg-7ddimage.001/Partition5/VAIO[NTFS]/[root]/Downloads/Wa.Yakoon.al.deen .koloho.lillah.rmvb |
| **Created Date** | 19/06/2005 19:10:17 (2005-06-19 18:10:17 UTC) |
| **Accessed Date** | 19/10/200514:26:17 (2005-10-19 13:26:17 UTC) |
| **Modified Date** | 19/06/2005 19:10:17 (2005-06-19 18:10:17 UTC) |
| **Ext** | rmvb |
| **Category** | Real Media |
| **P-Size (bytes)** | 158867456 |
| **L-Size (bytes)** | 158867179 |
| **MD5** | 48D2B8FD2990534E156EF705CD73D783 |

## 4.14.2 Link file details

*Documents and Settings/Mg/Recent/Wa.Yakoon.al.deen.koloho.lillah.rmvb.lnk*

| | |
|---|---|
| **Name** | **Wa.Yakoon.al.deen.koloho.lillah.rmvb.lnk** |
| **Item #** | 54006 |
| **Path** | cjg-7ddimage.001/Partition 1/VAIO [NTFS]/[root]/Documents and Settings/Mg/Recent/Wa.Yakoon.al.deen.koloho.lillah.rmvb.lnk |
| **Created Date** | 14/10/2005 14:52:44 (2005-10-14 13:52:44 UTC) |
| **Accessed Date** | 21/10/2005 08:13:42 (2005-10-21 07:13:42 UTC) |
| **Modified Date** | 14/10/2005 14:52:44 (2005-10-14 13:52:44 UTC) |
| **Ext** | lnk |
| **Category** | Windows Shortcut |
| **P-Size (bytes)** | 541 |
| **L-Size (bytes)** | 541 |
| **MD5** | 7765FDE34A9D55686C5915E77F779A4B |



Operation MAZHAR, US Dept of Justice

# Continued examination of CJG/33

## 4.15 GFB/11 CJG/33: 4M\Attic\abuqutaybah\www.e-prism.org\images\39 wasilah li-khidmat al-Jihad.

### 4.15.1 File details

| Name | 39_wasilah_likhidmat_al-Jihad.doc |
|---|---|
| Item # | 1430662 |
| Path | CJD-33.E01/Partition5/NONAME[NTFS]/[root]/Backup/ CGStuff/Attic/AbuQutaybah/www.e-prism.org/images /39_wasilah_likhidmat_al-Jihad.doc |
| Created Date | 14/05/2004 18:07:34 (2004-05-14 17:07:34 UTC) |
| Accessed Date | 20/10/2005 09:00:04 (2005-10-20 08:00:04 UTC) |
| Modified Date | 20/10/2003 10:23:22 (2003-10-20 09:23:22 UTC) |
| Ext | doc |
| Category | Microsoft Word 2000 |
| P-Size (bytes) | 438272 |
| L-Size (bytes) | 434688 |
| MD5 | 14C290AF94D198BD57597AEEFE7B4127 |

### 4.15.2 Metadata: 39_wasilah_likhidmat_al-Jihad.doc

| ⊟ Microsoft Office Metadata | |
|---|---|
| Code page | 65,001 |
| Title | مالة وسيلة للجهاد |
| Subject | |
| Author | ** |
| Keywords | |
| Comments | |
| Template | Normal |
| Last saved by | Reuven Paz |
| Revision number | 2 |
| Total editing time | 0 seconds |
| Last printed | 07/07/2003 12:02:00 (2003-07-07 11:02:00 UTC) |
| Create time | 10/08/2003 08:54:00 (2003-08-10 07:54:00 UTC) |
| Last saved time | 10/08/2003 08:54:00 (2003-08-10 07:54:00 UTC) |
| Number of pages | 1 |
| Number of words | 17,896 |
| Number of characters | 102,008 |
| Creating application | Microsoft Word 9.0 |
| Security | 0 |
| OS version: | Windows 4.10.2 |
| Application CLSID: | {00000000-0000-0000-0000-000000000000} |
| Category | <blob data> |
| Line Count | 850 |
| Paragraphs | 204 |
| Crop or Scale | Crop |
| Document Sections Count | Title=1 |
| Document Section Titles | مالة وسيلة للجهاد |
| Company | |
| Up-to-date Links | False |



Operation MAZHAR, US Dept of Justice

# Glossary of Terms

## 5   Terms used:

### 5.1   File Created

This indicates when a file was created in the location it currently resides. This can sometimes appear confusing, for example if a file has been copied from one location to another (e.g. a computer to a floppy disk or a thumb drive) the file created time and date would be after the last accessed or modified time as the file will retain this data after it has been copied.

### 5.2   Last Accessed

This indicates the date that the file was last accessed. A file does not have to be altered for the last accessed date to change, it only has to be accessed (this is an indication that the file has been opened but this is not always the case). Other processes running on a computer can cause the date to change without the file being opened.

### 5.3   Modified

This indicates the last date and time that a file was actually opened, edited and then saved. If a file is opened and the closed (but not altered), or opened, edited and closed without saving, then this data will not change.

The accuracy of dates and times that are referred to is dependent upon a number of factors, primarily the accuracy of the computer clock and the time of use when the files were created.

### 5.4   ZIP/RAR

A File archive containing one or more files compressed with RAR compression; uses a higher compression ratio than typical ZIP compression; incorporates a proprietary compression algorithm that is now used by other compressors, including 7-Zip for its .7Z files; may be extracted using a variety of programs.



Operation MAZHAR, US Dept of Justice

The RAR compressor can also create spanned, or multi-volume, archives, which are split across several compressed files. These files typically have file extensions from ".R00" to ".R99," or they may all have the standard ".RAR" extension.

The name "RAR" stands for "Roshal ARchive," which was named after Eugene Roshal, the RAR compression algorithm developer.

File compressed or "zipped" using Zip compression, a common type of compression in which every file in the archive is compressed separately; supported by most file compression/decompression programs.

## 5.5 GAIM

A multi platform instant messaging program that supports many commonly used instant messaging protocols. Basically allows user to run multiple **Instant Messaging** programs in one application. Add-on allows for messages to be securely encrypted.

## 5.6 IRC

Internet Relay Chat – A form of real time Internet Chat or synchronous conferencing. It is mainly designed for many to many communications in discussion forums but also allows for one to one communication. Technically it is different to the widely used **Instant Messaging** applications such as MSN or Yahoo Messenger.

## 5.7 JPG

A type of **file** which is a pictorial image, usually of a photograph, most digital cameras, for instance, produce their photographs as JPG files.

## 5.8 Link File:

A 'Link File' is a special sort of computer **file** which points to another file (or to another place) on a computer, or to a disk which has been used in the computer. It is usually created when a user of a computer looks at or reads a particular file. When that happens a link file will often be created to enable the user to get back to that file again quickly if they wish to. Link files are occasionally created by computer software programs.