

Operation MAZHAR, US Dept of Justice



Metropolitan Police Service  –  SO15 Counter Terrorism
Command  –  High Tech Unit

# Initial examination of exhibits seized during  Operation MAZHAR at the request of US Department of Justice

Operation MAZHAR, US Dept of Justice

9/26/2011

1



Operation MAZHAR, US Dept of Justice

## Table of Contents

1   Preface ........................................................................................ 4

   1.1    Introduction .................................................................. 4

   1.2    ACPO Guidelines ........................................................... 5

   1.3    Background ................................................................... 5

   1.4    Scope ........................................................................... 6

   1.5    Software Used ............................................................... 6

2   Search & Seizure ........................................................................ 7

3   Examination ............................................................................... 7

   3.1    CJG/7 Examination details; Photographs: ...................... 7

   3.2    Examination Details; Photographs: ................................ 9

   3.3    Examination Notes: ..................................................... 10

   3.4    INM/23 USB Thumb drive recovered ▓▓▓▓▓▓▓▓,
Queensway, London. Home address of Tariq Al-DAOUR. ..................... 10

   3.5    Examination Details; Photographs: ................................ 11

4   Exhibits Produced ..................................................................... 13

   4.1    GFB/1. 'My Chat Logs.rar' ............................................ 13

   4.2    GFB/2. 'ibnul_khattab82@yahoo.com' January 2004 ChatLog ...... 14

   4.3    GFB/3. 'ibnul_khattab82@yahoo.com' February 2004 ChatLog .... 14

   4.4    GFB/4. 'ibnul_khattab82@yahoo.com'  March 2004 ChatLog ....... 15

   4.5    GFB/5. 'ibnul_khattab82@yahoo.com' April 2004 ChatLog ........... 15

   4.6    GFB/6. 'ibnul_khattab82@yahoo.com' May 2004 ChatLog ........... 15

   4.7    GFB/7. 'ibnul_khattab82@yahoo.com' June 2004 ChatLog .......... 16

   4.8    GFB/8. 'ibnul_khattab82@yahoo.com' (July) 2004 ChatLog .......... 16

   4.9    GFB/9. 'ibnul_khattab82@yahoo.com' December 2003 ChatLog .. 17

   4.10   GFB/10. 'ibnul_khattab82@yahoo.com'  (July)  2004 ChatLog ...... 17

   4.11   GFB/11. 39 wasilah li-khidmat al-Jihad. ......................................... 18

   4.12   GFB/12 767.zip ............................................................. 19



Operation MAZHAR, US Dept of Justice

4.13    GFB/13 39.doc .................................................................................. 19

4.14    GFB/13/A 39-b.jpg ......................................................................... 20

4.15    GFB/13/B banar.gif ........................................................................ 21

4.16    GFB/14 blist.xml ............................................................................ 22

4.17    GFB/14/A Converted blist.xml to Excel (Removed all formatting). 22

4.18    GFB/15 anas003@yahoo.com.txt April 2004 Chatlog ................... 22

4.19    GFB/16 whoyoube83@hotmail.com January 2004 Chatlog .......... 23

4.20    GFB/17 salmaanz@hotmail.com December 2003 Chatlog ........... 23

5    Terms used: ............................................................................... 24

5.1    File Created ................................................................................... 24

5.2    Last Accessed ................................................................................ 24

5.3    Modified ........................................................................................ 24

5.4    ZIP/RAR ......................................................................................... 24

5.5    GAIM .............................................................................................. 25

5.6    IRC ................................................................................................. 25

5.7    JPG ................................................................................................. 25

5.8    Link Files ....................................................................................... 25

 Operation MAZHAR, US Dept of Justice

# 1 Preface

## 1.1 Introduction

I am employed by the Metropolitan Police Service as Computer Forensics Manager, currently posted to the High Tech Unit of the Counter Terrorism Command, New Scotland Yard London. I have held this position since 29th March 2010 and have specialised in Computer Forensics since 2003. I am formerly a Detective Constable having served 30 years with the Metropolitan Police the last 5 years of which I was posted to SO15 High Tech Unit. My work involves the supervision of a number of forensic examiners, together with the forensic analysis of computer equipment and the recovery of digitally stored evidence. This is conducted in accordance with the guidelines issued by the Association of Chief Police Officers (ACPO).

I have completed the following training in respect of this role:

- ❖ I am a member of the International Association of Computer Investigative Specialists (IACIS) and have completed training in Forensic Computer Examination and a Forensic Computer Examiner training program with that organisation.
- ❖ I am a Certified Forensic Computer Examiner (CFCE) a Certified Electronic Evidence Collection Specialist and a Certified Instructor in Computer Forensics with the International Association of Computer Investigative Specialists (IACIS)
- ❖ The Forensic Computing Foundation Course at the Royal Military College of Science, Cranfield University;
- ❖ Access Data (FTK) Training to advanced level
- ❖ Encase Training to advanced level
- ❖ Helix Live Forensics & Incident Response provided by e-fense Inc.
- ❖ Apple Macintosh forensic training from BlackBag Technologies.

Operation MAZHAR, US Dept of Justice

## 1.2   ACPO Guidelines

The Association of Chief Police Officers (ACPO) have published *Guidelines for Computer Based Evidence*. This examination follows the four ACPO principles:

**Principle 1:**

No action taken by law enforcement agencies or their agents should change data held on a computer or storage media which may subsequently be relied upon in court.

**Principle 2:**

In circumstances where a person finds it necessary to access original data held on a computer or on storage media, that person must be competent to do so and be able to give evidence explaining the relevance and the implications of their actions.

**Principle 3:**

An audit trail or other record of all processes applied to computer-based electronic evidence should be created and preserved. An independent third party should be able to examine those processes and achieve the same result.

**Principle 4:**

The person in charge of the investigation (the case officer) has overall responsibility for ensuring that the law and these principles are adhered to.

## 1.3   Background

In this report I have examined a number of computers seized under search warrants granted under the Terrorism Act 2000, part of Operation **MAZHAR**. This operation was an investigation into a number of UK resident young Muslims who conspired to assist Al-Qaeda. These included Tariq **ALDAOUR**, Yunes **TSOULI** and Waseem **MUGHAL**,



Operation MAZHAR, US Dept of Justice

together with Syed Haris **AHMED** and Ehsanul **SADEQUEE** in the USA, Mirsad **BEKTASEVIC** in SWEEDEN, Abdul Basit **ABU-LIFA** and Abdul Kadir **CESUR** in Denmark. The aforementioned subjects were using the internet to communicate and disseminate extremist propaganda, they converted video files, translated documents, and websites were created and hosted funded by fraudulent use of compromised credit cards.

## 1.4 **Scope**

At the request of authorities in the USA I re-examined a number of computers and related media seized during the searches of premises in London and the Home Counties in October 2005, codenamed Operation **MAZHAR.**  My brief was to review the digital evidence for any evidential links between Ahmad **ABOUSAMRA**, Tariq **MEHANNA** and the subjects mentioned above including documents (*39 Ways to serve and participate in Jihad*), email and chat-logs.

## 1.5 **Software Used**

The following software licensed to SO15, Metropolitan Police was unutilised during my examinations.

- ❖ AccessData® FTK® Imager 3.0.0.1443.

- ❖ AccessData Forensic Toolkit 3.2.0.32216

- ❖ X-Ways Forensics 16.1 SR-5

- ❖ EnCase v6.18



Operation MAZHAR, US Dept of Justice

# Search, Seizure and Examination.

## 2   Search & Seizure

21st October 2005 I attended with other Metropolitan and Kent Police officers the home address of Waseem MUGHAL, ██████████ ███████████. Over the following hours I was responsible for identifying a number of computers and related media for seizure, these included, **CJG/7** (Room 7) Sony Vaio Laptop, **CJG/10** (Room 7) Sony USB thumb drive and **CJG/33** (Room 5) Computer Tower, together with a number of other computers and digital media.

## 3   Examination

### 3.1   CJG/7 Examination details; Photographs:

#### 3.1.1   Exhibit CJG/7 on desk (Mughal's Bedroom (Room 7)



#### 3.1.2   Lab Examination photographs,



#### 3.1.3   Examination Details; Notes:

On Saturday 22nd October 2005 DC BLACKBAND opened exhibit bag number MPSD40076834 containing, a Sony Vaio laptop, model VGN T1XP, serial number 28182050 5120787 assigned exhibit number **CJG/7.** DC BLACKBAND created a forensic image of the hard disk drive.



Operation MAZHAR, US Dept of Justice

## Image of the HDD using forensic software.

| Computer Equipment Details | | Case Ref. No. | SO13-117-2005 |
|---|---|---|---|
| Exhibit Ref. No. | CJG/7 | Description: | SONY LAPTOP |
| Bag Seal No. | MPSD40076834 | Examiner: | DC Matt Blackband |
| Serial Number: | 28182050 5120787 | Date: | 22nd Oct 05 |
| Make: | Sony Vaio | Model/Type: | VGN T1XP |
| Identifying Marks or Damage | | | |
| Gloved examination? YES    Photograph? YES    Disc Ref No: 22    Copied to server?  ? YES/NO | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | F2 | BIOS Password: | |
| Boot Sequence: | OPTICAL-HDD-FLOPPY-NETWORK | BIOS Type: | Phoenix v R0021G7 |
| System Time: | 12:06 | System Date: | 10:22:2005 |
| Actual Time: | 12:06 | Actual Date: | 22 Oct 05 |
| Examiner: | Matt Blackband | | |

| Imaging | |
|---|---|
| Method: | See notes below – various methods tried |
| Destination Drive: | FAT32                    Image copied to server?  Yes - 25th Oct 05 |
| Notes: | HDD removed. PCMCIA attachment for hard-drive (not available). HDD and laptop rebuilt. Internet shows BIOS key on Sony Vaio to be F3 then F1. Image to firewire FAT32 drive. |
| | 11:55 Power connected with battery removed. SPADA CD placed in bay. Powered up, F3 key hit followed by F1. |
| | Does not enter BIOS but enters dual boot screen showing Windows and SuSe linux 9.3. |
| | F10 Reboot. |
| | Retried, holding F3 key down, same result. |
| | F2 key tried – goes into BIOS. |
| | 12:05 boot sequence changed from; |
| |          Optical drive-HDD-Floppy-Network to |
| |          Optical drive-floppy-network-HDD |
| | Network boot is shown as disabled |
| | F10 Reboot. |
| | Dual boot screen appears again – power off |
| | HDD disabled in BIOS |
| | F10 Reboot – stops dual boot screen, but gives message 'operating system not found' |
| | Power off – retried using Linux Boot disc, same result |
| | 12:22 Retried using Helix which activates. Imaged using Grab Imager v.1.2.2 |
| | Default settings used. Image required changed from dd to sdd. |
| | Process left running – images after 10 hours 24 minutes but fails to verify after a further 24 hours. Image on drive would appear to be cloned image. |
| | Retried using Linux Boot disk version 4 to USB FAT32 drive – dd image completed and verified no errors 25th Oct 05 |
| Imaged By: | DC Matt Blackband | Date: | 22nd Oct 05 |



Operation MAZHAR, US Dept of Justice

# CJG/33 Unbranded computer tower recovered from Room 5

## 3.2    Examination Details; Photographs:

### 3.2.1    Lab examination Photographs

  

### 3.2.2    Examination Details; Notes:

On Saturday 22nd October 2005 I opened exhibit **CJG/33**, an unbranded computer tower containing a Maxtor DiamondMax 40 GB HDD serial number E133S9PNZ9999, I created a forensic image of the hard drive.

| Computer Equipment Details | | Case Ref. No. | SO13-117-2005 |
|---|---|---|---|
| Exhibit Ref. No. | CJG/33 | Description: | Unbranded Tower |
| Bag Seal No. | 3943410Z | Examiner: | DC Burridge |
| Serial Number: | N/A | Date: | 22/10/2005 |
| Make: | N/A | Model/Type: | |
| Identifying Marks or Damage:  No side cover, CD writer lose (Reaffixed 1 screw). HDD NOT secured. Network/Video card NOT secured. CD ROM Drive not connected  to MBD | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | DEL | BIOS Password: | None |
| Boot Sequence: | CD/HDD'0'/LS120 | BIOS Type: | Award |
| System Time: | 07.35 | System Date: | 22/10/2005 |
| Actual Time: | 07.35 | Actual Date: | 22/10/2005 |
| Examiner: | DC Burridge | | |

| Imaging | | | |
|---|---|---|---|
| Method: | FTK Imager | | |
| Encase/FTK Version: | 2.2 | | |
| Destination Drive: | | Image copied to server? YES/NO | |
| Notes: | | | |
| | Gloved examination YES/NO   Photograph YES/NO   Disc Ref. No | | |
| Imaged By: | DC Burridge | Date: | 22-10-2005 |



Operation MAZHAR, US Dept of Justice

# CJG/10 Sony USB Thumb Drive recovered from Desk in Mughal's bedroom (Room 7).

## 3.3  Examination Notes:

| Examination Record | | | |
|---|---|---|---|
| **Case Ref. No.** | SO13-117-2005 | **Exhibit Ref. No(s).** | CJG-10 |
| Type of Examination: | Level:  1   2   3   4   Other: | | |
| Examiner: | DC LYNCH | Start Date: | 23.10.2005 |
| **Examination Processes and Results** | | | |
| RECEIVED IN SEALED BAG A8369596 | | | |
| SONY USB THUMB DRIVE 256 MB | | | |
| NO WRITE PROTECT SWITCH | | | |
| WRITE PROTECTED VIA WINDOWS REGISTRY | | | |
| IMAGED IN ENCASE 5 | | | |
| ENCASE SHOWS 507,904 SECTORS | | | |
| VERIFIED 0 ERRORS | | | |

## 3.4  INM/23 USB Thumb drive recovered ███████████ Queensway, London. Home address of Tariq Al-DAOUR.

### 3.4.1  Examination Details; Notes:

30th April 2006 DS RICH examined INM/23 a Black USB Thumb Drive 'Mail' 64MB 0201282, with a clear slider on side pushed towards plug end. After write protecting the device it was forensically imaged.



Operation MAZHAR, US Dept of Justice

# DRH/1 Toshiba Qosmio Laptop serial number 45865903G recovered from ███████████ home address of Younes TSOULI.

## 3.5   Examination Details; Photographs:

### 3.5.1   DRH/1 at address



### 3.5.2   Lab examination photographs












Operation MAZHAR, US Dept of Justice

### 3.5.3   Examination Details; Notes:

| Computer Equipment Details | | Case Ref. No. | Op MAZHAR |
|---|---|---|---|
| Exhibit Ref. No. | DRH / 1 | Description: | one (1) TOSHIBA LAPTOP COMPUTER + POWER SUPPLY |
| Bag Seal No. | MPSE 50022496 | Examiner: | DS STUNT |
| Serial Number: | 45865903G | Date: | 22/10/2005 |
| Make: | TOSHIBA | Model/Type: | QOSMIO |
| Identifying Marks or Damage | | | |
| Gloved examination? YES/NO   Photograph? YES/NO   Disc Ref No: 25   Copied to server? YES/NO | | | |

| BIOS Settings | | | |
|---|---|---|---|
| BIOS Key: | F1 | BIOS Password: | N/A |
| Boot Sequence: | HDD – FDD – CD – ROM – LAN | BIOS Type: | ACPI BIOS 1.2• |
| System Time: | 01·54 | System Date: | 22/10/05 |
| Actual Time: | 01·55 | Actual Date: | 22/10/05 |
| Examiner: | DS STUNT | | |

| Physical Hard Disk Drive | | Case Ref. No. | Op MAZHAR |
|---|---|---|---|
| Exhibit. Ref. No. | DRH/1-HDD1 | No. Partitions: | |
| Make: | FUSITSU | Model: | MHT2080BH |
| Serial No: | NR0FTS42SRDS | Size: | 80 GB |
| Cylinders: | | Heads: | |
| Sectors: | 156301488 | Jumper Setting: | : : : : N/A |
| LBA: | | | |
| Imaging | | | |
| Method: | Via wiebetech sata writeblocker | | |
| Encase/FTK Version: | 5·02 | | |
| Destination Drive: | Image files 6 | Image copied to server? YES/NO | |
| Notes: | | | |
| | Gloved examination YES/NO   Photograph YES/NO   Disc Ref. No 25 | | |
| Imaged By: | DS STUNT | Date: | 22/10/05 |

| Physical Hard Disk Drive | | | |
|---|---|---|---|
| Exhibit. Ref. No. | DRH-1-HDD2 | No. Partitions: | |
| Make: | FUSITSU | Model: | MHT2080BH |
| Serial No: | NR0FTS42SRDP | Size: | 80 GB |
| Cylinders: | | Heads: | |
| Sectors: | 156301488 | Jumper Setting: | : : : : N/A |
| LBA: | | | |
| Imaging | | | |
| Method: | Via wiebetech sata writeblocker | | |
| Encase/FTK Version: | 5·03 | | |
| Destination Drive: | Image files 6 | Image copied to server? YES/NO | |
| Notes: | | | |
| Imaged By: | DS STUNT | Date: | 22/10/05 |



Operation MAZHAR, US Dept of Justice

# Exhibits identified during review of media seized during operation Mazhar, linking MEHANNA to subjects in Operation MAZHAR.

## 4   Exhibits Produced

### 4.1   GFB/1. 'My Chat Logs.rar'

**Digital exhibit**

RAR file archive containing a number of files and folders described below

Chat Logs.rar" recovered from INM-23.E01/NONAME [FAT16]/[root]/Biz/My Chat Logs.rar.

| Name | My Chat Logs.rar |
|------|------------------|
| Item # | 2233564 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar |
| Created Date | 23/07/2004 00:22:35 (2004-07-22 23:22:35 UTC) |
| Accessed Date | n/a |
| Modified Date | 23/07/2004 00:22:34 (2004-07-22 23:22:34 UTC) |
| Ext | rar |
| Category | Rar |
| P-Size (bytes) | 3469312 |
| L-Size (bytes) | 3469073 |
| MD5 | 5FFED4177B81C941AF94A62973000AFF |

My Chat Logs.rar Contained seven folders named by month each containing chatlog .txt files:

April 2004 (63 .txt files).

December 2004 (37 .txt files).

February 2004 (59 .txt files).

Januray 2004 (57 .txt files).

June 2005 (66 .txt files).

March 2004 (49 .txt files).

May 2004 (74 .txt files).



Additionally there were 62 other chat log .txt files. I produce the following exhibits from GFB/1 My Chat Logs.rar

Operation MAZHAR, US Dept of Justice

## 4.2  GFB/2. 'ibnul_khattab82@yahoo.com' January 2004 ChatLog

| Name | ibnul_khattab82@yahoo.com.txt |
| --- | --- |
| Item # | 2238987 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/ MyChatLogs.rar/January2004/ibnul_khattab82@y ahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 31/01/2004 18:01:20 (2004-01-31 18:01:20 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 20406 |
| MD5 | 00E57CB65F8A5202B832A2A75CF337B5 |

## 4.3  GFB/3. 'ibnul_khattab82@yahoo.com' February 2004 ChatLog

| Name | ibnul_khattab82@yahoo.com.txt |
| --- | --- |
| Item # | 2238926 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/ Biz/ MyChat ogs.rar/February2004/ ibnul_khattab 82@yahoo.com. txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 29/02/2004 01:01:48 (2004-02-29 01:01:48 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 25958 |
| MD5 | 50C7C25FDDD44879CFEE6260B93E3FC8 |

14

Operation MAZHAR, US Dept of Justice

## 4.4   GFB/4. 'ibnul_khattab82@yahoo.com' March 2004 ChatLog

| | |
|---|---|
| Name | ibnul_khattab82@yahoo.com.txt |
| Item # | 2239108 |
| Path | INM-3.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/March2004/ibnul_khattab82@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 31/03/2004 02:47:18 (2004-03-31 01:47:18 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 42965 |
| MD5 | E23ECC60F7913EAAC7A2E8D3CFEF8703 |

## 4.5   GFB/5. 'ibnul_khattab82@yahoo.com' April 2004 ChatLog

| | |
|---|---|
| Name | ibnul_khattab82@yahoo.com.txt |
| Item # | 2238831 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/April 2004/ibnul_khattab82@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 28/04/2004 22:15:34 (2004-04-28 21:15:34 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 61144 |
| MD5 | 9D76E00F3A632B44C9F3CCC4D22499C1 |

## 4.6   GFB/6. 'ibnul_khattab82@yahoo.com' May 2004 ChatLog

| | |
|---|---|
| Name | ibnul_khattab82@yahoo.com.txt |
| Item # | 2239167 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/May2004/ ibnul_khattab82 @yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 26/05/2004 18:26:54 (2004-05-26 17:26:54 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 31646 |
| MD5 | CEECBEBCEFE621E5DB6804B32A00F162 |



Operation MAZHAR, US Dept of Justice

## 4.7  GFB/7. 'ibnul_khattab82@yahoo.com' June 2004 ChatLog

| Name | ibnul_khattab82@yahoo.com.txt |
|---|---|
| Item # | 2239046 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/June2004/ ibnul_khattab82@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 29/06/2004 00:28:54 (2004-06-28 23:28:54 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 56615 |
| MD5 | 73C9A0BC9CE409475A8B70C37DCE193B |

## 4.8  GFB/8. 'ibnul_khattab82@yahoo.com' (July) 2004 ChatLog

| Name | ibnul_khattab82@yahoo.com.txt |
|---|---|
| Item # | 2239237 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/ibnul_khattab 82@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 22/07/2004 22:54:14 (2004-07-22 21:54:14 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 21814 |
| MD5 EDB0 | F0FF2908E7B15957B62B19E40877 |



Operation MAZHAR, US Dept of Justice

## 4.9  GFB/9. 'ibnul_khattab82@yahoo.com' December 2003 ChatLog

| Name | **ibnul_khattab82@yahoo.com.txt** |
|---|---|
| Item # | 2238880 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/December2003/ibnul_khattab82@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 26/12/2003 06:51:04 (2003-12-26 06:51:04 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 10188 |
| MD5 | 1A13E1C013FB012241F295D29C936FEB |

## 4.10  GFB/10. 'ibnul_khattab82@yahoo.com' (July) 2004 ChatLog

| Name | **ibnul_khattab82@yahoo.com.txt** |
|---|---|
| Item # | 2233771 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/MyChat Logs/ibnul_khattab 82@yahoo.com.txt |
| Created Date | 28/07/2004 04:00:40 (2004-07-28 03:00:40 UTC) |
| Accessed Date | n/a |
| Modified Date | 23/07/2004 22:02:40 (2004-07-23 21:02:40 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | 4096 |
| L-Size (bytes) | 3470 |
| MD5 | 6C7CF67729A6CD7EF291C835F5C26847 |



Operation MAZHAR, US Dept of Justice

# Examination of exhibit CJG/33

## 4.11 GFB/11. 39 wasilah li-khidmat al-Jihad.

### 4.11.1 File details

| Name | 39_wasilah_likhidmat_al-Jihad.doc |
|---|---|
| Item # | 1430662 |
| Path | CJD-33.E01/Partition5/NONAME[NTFS]/[root]/Backup/ CGStuff/Attic/AbuQutaybah/www.e-prism.org/images /39_wasilah_likhidmat_al-Jihad.doc |
| Created Date | 14/05/2004 18:07:34 (2004-05-14 17:07:34 UTC) |
| Accessed Date | 20/10/2005 09:00:04 (2005-10-20 08:00:04 UTC) |
| Modified Date | 20/10/2003 10:23:22 (2003-10-20 09:23:22 UTC) |
| Ext | doc |
| Category | Microsoft Word 2000 |
| P-Size (bytes) | 438272 |
| L-Size (bytes) | 434688 |
| MD5 | 14C290AF94D198BD57597AEEFE7B4127 |

### 4.11.2 Metadata: 39_wasilah_likhidmat_al-Jihad.doc

| Microsoft Office Metadata | |
|---|---|
| Code page | 65,001 |
| Title | مائة وسيلة للجهاد |
| Subject | |
| Author | ** |
| Keywords | |
| Comments | |
| Template | Normal |
| Last saved by | Reuven Paz |
| Revision number | 2 |
| Total editing time | 0 seconds |
| Last printed | 07/07/2003 12:02:00 (2003-07-07 11:02:00 UTC) |
| Create time | 10/08/2003 08:54:00 (2003-08-10 07:54:00 UTC) |
| Last saved time | 10/08/2003 08:54:00 (2003-08-10 07:54:00 UTC) |
| Number of pages | 1 |
| Number of words | 17,896 |
| Number of characters | 102,008 |
| Creating application | Microsoft Word 9.0 |
| Security | 0 |
| OS version: | Windows 4.10.2 |
| Application CLSID: | {00000000-0000-0000-0000-000000000000} |
| Category | <blob data> |
| Line Count | 850 |
| Paragraphs | 204 |
| Crop or Scale | Crop |
| Document Sections Count | Title=1 |
| Document Section Titles | مائة وسيلة للجهاد |
| Company | |
| Up-to-date Links | False |

18



Operation MAZHAR, US Dept of Justice

## 4.12  GFB/12 767.zip

| Name | 767.zip |
|---|---|
| Item # | 68189 |
| Path | cjg-7ddimage.001/Partition1/VAIO[NTFS]/[root]/My WebSites/maqdese/Maqdese/ww.tawhed.ws/files/767.zip |
| Created Date | 14/07/2005 09:32:27 (2005-07-14 08:32:27 UTC) |
| Accessed Date | 21/10/2005 08:31:59 (2005-10-21 07:31:59 UTC) |
| Modified Date | 27/11/2003 23:18:02 (2003-11-27 23:18:02 UTC) |
| Ext | zip |
| Category | Zip INSO |
| P-Size (bytes) | 225280 |
| L-Size (bytes) | 221800 |
| MD5 | F10672E678A849B9BA6FAED8975B9089 |

### 4.12.1 Contents of 767.zip

| Name | Size | Modified |
|---|---|---|
| ⊟ 🗀 cjg-7ddimage.001/Partiti... | | |
| 📄 39-b.jpg | 69,720 | 7/8/2003 4:53 PM |
| 📄 banar.gif | 35,741 | 7/8/2003 6:01 PM |
| 📄 39.doc | 500,736 | 7/8/2003 8:16 PM |

## 4.13  GFB/13 39.doc

| Name | 39.doc |
|---|---|
| Item # | 686643 |
| Path | cjg-7ddimage.001/Partition1/VAIO[NTFS]/[root]/MyWeb Sites/maqdese/ Maqdese/ www.tawhed.ws/files/767.zip/39.doc |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 07/08/2003 20:16:36 (2003-08-07 19:16:36 UTC) |
| Ext | doc |
| Category | Microsoft Word 2002 |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 500736 |
| MD5 | EB72EABE79327483319000721FFB19A9 |



Operation MAZHAR, US Dept of Justice

## 4.14 GFB/13/A 39-b.jpg

| Name | 39-b.jpg |
|---|---|
| Item # | 686642 |
| Path | cjg-7ddimage.001/Partition1/VAIO[NTFS]/[root]/MyWeb Sites/maqdese/Maqdese/www.tawhed.ws/files/767.zip/39-b.jpg |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 07/08/2003 16:53:18 (2003-08-07 15:53:18 UTC) |
| Ext | jpg |
| Category | JPEG |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 69720 |
| MD5 | 139DBC58DDF0FBD29FE50AFD744E68AE |





Operation MAZHAR, US Dept of Justice

## 4.15  **GFB/13/B** **banar.gif**

| Name | banar.gif |
|---|---|
| Item # | 686644 |
| Path | cjg-7ddimage.001/Partition1/VAIO[NTFS]/[root]/MyWeb Sites/maqdese/Maqdese/www.tawhed.ws/files/767.zip/banar.gif |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 07/08/2003 18:01:40 (2003-08-07 17:01:40 UTC) |
| Ext | gif |
| Category | GIF |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 35741 |
| MD5 | 77D43F5DA626E3EE0C2F9E6787A654DE |



Operation MAZHAR, US Dept of Justice

## 4.16 GFB/14 blist.xml

| Name | blist.xml |
|---|---|
| Item # | 26134 |
| Path | cjg-7ddimage.001/Partition1/VAIO[NTFS]/[root]/Documents and Settings/ Mg/ Application Data/.gaim/blist.xml |
| Created Date | 03/07/2005 03:21:47 (2005-07-03 02:21:47 UTC) |
| Accessed Date | 21/10/2005 22:06:22 (2005-10-21 21:06:22 UTC) |
| Modified Date | 21/10/2005 22:06:22 (2005-10-21 21:06:22 UTC) |
| Ext | xml |
| Category | XML |
| P-Size (bytes) | 40960 |
| L-Size (bytes) | 39617 |
| MD5 | 2AD58AF777B000074A1406047D5C28C8 |

## 4.17 GFB/14/A Converted blist.xml to Excel (Removed all formatting).

## 4.18 GFB/15 anas003@yahoo.com.txt April 2004 Chatlog

| Name | anas003@yahoo.com.txt |
|---|---|
| Item # | 2238818 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/April 2004/anas003@yahoo.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 30/04/2004 05:01:14 (2004-04-30 04:01:14 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 95253 |
| MD5 | 3BA2E94CBC1C25B4F5CF8E72F1CAEDCE |



Operation MAZHAR, US Dept of Justice

## 4.19  GFB/16 whoyoube83@hotmail.com January 2004 Chatlog

| Name | whoyoube83@hotmail.com.txt |
|---|---|
| Item # | 2239017 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/January 2004/whoyoube83@hotmail.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 27/01/2004 23:01:14 (2004-01-27 23:01:14 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 6968 |
| MD5 | CF1A06AED13CC191E687A08A31E755A6 |

## 4.20  GFB/17 salmaanz@hotmail.com December 2003 Chatlog

| Name | salmaanz@hotmail.com.txt |
|---|---|
| Item # | 2238893 |
| Path | INM-23.E01/NONAME[FAT16]/[root]/Biz/MyChat Logs.rar/December 2003/salmaanz@hotmail.com.txt |
| Created Date | n/a |
| Accessed Date | n/a |
| Modified Date | 31/12/2003 18:37:32 (2003-12-31 18:37:32 UTC) |
| Ext | txt |
| Category | Text |
| P-Size (bytes) | n/a |
| L-Size (bytes) | 48621 |
| MD5 | EC5D5C359B21451F0E65D74477D022CA |

 Operation MAZHAR, US Dept of Justice

# Glossary of Terms

## 5  Terms used:

### 5.1  File Created

This indicates when a file was created in the location it currently resides. This can sometimes appear confusing, for example if a file has been copied from one location to another (e.g. a computer to a floppy disk or a thumb drive) the file created time and date would be after the last accessed or modified time as the file will retain this data after it has been copied.

### 5.2  Last Accessed

This indicates the date that the file was last accessed. A file does not have to be altered for the last accessed date to change, it only has to be accessed (this is an indication that the file has been opened but this is not always the case). Other processes running on a computer can cause the date to change without the file being opened.

### 5.3  Modified

This indicates the last date and time that a file was actually opened, edited and then saved. If a file is opened and the closed (but not altered), or opened, edited and closed without saving, then this data will not change.

The accuracy of dates and times that are referred to is dependent upon a number of factors, primarily the accuracy of the computer clock and the time of use when the files were created.

### 5.4  ZIP/RAR

A File archive containing one or more files compressed with RAR compression; uses a higher compression ratio than typical ZIP compression; incorporates a proprietary compression algorithm that is now used by other compressors, including 7-Zip for its .7Z files; may be extracted using a variety of programs.



Operation MAZHAR, US Dept of Justice

The RAR compressor can also create spanned, or multi-volume, archives, which are split across several compressed files. These files typically have file extensions from ".R00" to ".R99," or they may all have the standard ".RAR" extension.

The name "RAR" stands for "Roshal ARchive," which was named after Eugene Roshal, the RAR compression algorithm developer.

File compressed or "zipped" using Zip compression, a common type of compression in which every file in the archive is compressed separately; supported by most file compression/decompression programs.

## 5.5   GAIM

A multi platform instant messaging program that supports many commonly used instant messaging protocols. Basically allows user to run multiple **Instant Messaging** programs in one application. Add-on allows for messages to be securely encrypted.

## 5.6   IRC

Internet Relay Chat – A form of real time Internet Chat or synchronous conferencing. It is mainly designed for many to many communications in discussion forums but also allows for one to one communication. Technically it is different to the widely used **Instant Messaging** applications such as MSN or Yahoo Messenger.

## 5.7   JPG

A type of **file** which is a pictorial image, usually of a photograph, most digital cameras, for instance, produce their photographs as JPG files.

## 5.8   Link Files

A 'Link File' is a special sort of computer **file** which points to another file (or to another place) on a computer, or to a disk which has been used in the computer. It is usually created when a user of a computer looks at or reads a particular file. When that happens a link file will often be created to enable the user to get back to that file again quickly if they wish to. Link files are occasionally created by computer software programs.